# EXHIBIT 3

**Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II Loss Chart**
**Class Period: December 7, 2020 through November 10, 2021**

Lookback Price $ 3.80

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lawrence, Donald Jon | | | | | | | | | | | |
| Account 1 | 3/17/2021 | 300 | ($16.47) | ($4,941.00) | | | | | | | |
| | 3/17/2021 | 605 | ($16.48) | ($9,969.55) | | | | | | | |
| | 3/17/2021 | 3,000 | ($15.91) | ($47,730.00) | | | | | | | |
| | 3/17/2021 | 595 | ($16.46) | ($9,793.70) | | | | | | | |
| | 3/19/2021 | 10,000 | ($16.00) | ($160,000.00) | | | | | | | |
| | 4/1/2021 | 9,200 | ($14.50) | ($133,400.00) | | | | | | | |
| | 4/5/2021 | 940 | ($14.20) | ($13,348.00) | | | | | | | |
| | 4/5/2021 | 8,500 | ($14.20) | ($120,700.00) | | | | | | | |
| | 4/29/2021 | 9,560 | ($13.79) | ($131,832.40) | | | | | | | |
| | 5/4/2021 | 864 | ($13.26) | ($11,456.64) | | | | | | | |
| | 5/4/2021 | 5,146 | ($13.27) | ($68,287.42) | | | | | | | |
| | 5/4/2021 | 1,300 | ($13.24) | ($17,212.00) | | | | | | | |
| | 5/4/2021 | 2,690 | ($13.25) | ($35,642.50) | | | | | | | |
| | | 52,700 | | ($764,313.21) | | | | | 52,700 | $200,244.19 | ($564,069.02) |
| Account 2 | 3/17/2021 | 300 | ($15.91) | ($4,773.00) | 3/19/2021 | 301 | $15.95 | $4,800.95 | | | |
| | 3/17/2021 | 2,700 | ($15.92) | ($42,984.00) | 3/19/2021 | 600 | $15.94 | $9,564.00 | | | |
| | 3/17/2021 | 1,500 | ($16.55) | ($24,817.50) | 3/19/2021 | 500 | $15.93 | $7,965.00 | | | |
| | 3/24/2021 | 3,500 | ($15.35) | ($53,725.00) | 3/19/2021 | 1,400 | $15.92 | $22,288.00 | | | |
| | 3/24/2021 | 2,050 | ($15.37) | ($31,498.25) | 3/19/2021 | 1,699 | $15.91 | $27,031.09 | | | |
| | 4/9/2021 | 8,350 | ($13.91) | ($116,148.50) | | | | | | | |
| | 4/13/2021 | 8,400 | ($13.11) | ($110,082.00) | | | | | | | |
| | 5/6/2021 | 3,200 | ($12.90) | ($41,280.00) | | | | | | | |
| | 5/11/2021 | 192 | ($11.91) | ($2,285.76) | | | | | | | |
| | 5/11/2021 | 2,098 | ($11.91) | ($24,987.18) | | | | | | | |
| | 5/11/2021 | 1,510 | ($11.91) | ($17,980.78) | | | | | | | |
| | 5/12/2021 | 2,000 | ($11.32) | ($22,640.20) | | | | | | | |
| | 5/12/2021 | 17,500 | ($11.33) | ($198,187.50) | | | | | | | |
| | 5/12/2021 | 1,000 | ($11.32) | ($11,324.00) | | | | | | | |
| | 5/13/2021 | 8,500 | ($10.37) | ($88,185.80) | | | | | | | |
| | 5/13/2021 | 500 | ($10.38) | ($5,187.50) | | | | | | | |
| | | 63,300 | | ($796,086.97) | | 4,500 | | $71,649.04 | 58,800 | $223,422.36 | ($501,015.57) |
| Account 3 | 2/22/2021 | 3,500 | ($16.82) | ($58,886.45) | | | | | | | |
| | 2/22/2021 | 201 | ($16.88) | ($3,392.88) | | | | | | | |
| | 2/22/2021 | 500 | ($16.89) | ($8,445.00) | | | | | | | |
| | 2/22/2021 | 936 | ($16.90) | ($15,818.40) | | | | | | | |
| | 2/22/2021 | 1,613 | ($16.86) | ($27,194.53) | | | | | | | |
| | 2/23/2021 | 1,700 | ($16.09) | ($27,353.00) | | | | | | | |
| | 2/24/2021 | 1,750 | ($16.34) | ($28,602.70) | | | | | | | |
| | 2/25/2021 | 400 | ($15.81) | ($6,324.00) | | | | | | | |
| | 2/25/2021 | 200 | ($15.81) | ($3,161.00) | | | | | | | |
| | 2/25/2021 | 300 | ($15.80) | ($4,740.00) | | | | | | | |
| | 2/25/2021 | 387 | ($15.82) | ($6,122.34) | | | | | | | |
| | 2/25/2021 | 493 | ($15.83) | ($7,804.19) | | | | | | | |
| | 3/3/2021 | 440 | ($15.11) | ($6,648.40) | | | | | | | |
| | 3/3/2021 | 3,114 | ($15.12) | ($47,083.68) | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3/3/2021 | 2,196 | ($15.13) | ($33,225.48) | | | |
| | 3/11/2021 | 70 | ($15.00) | ($1,050.00) | | | |
| | 3/11/2021 | 200 | ($14.99) | ($2,998.00) | | | |
| | | 18,000 | | ($288,850.05) | 18,000 | $68,394.60 | ($220,455.45) |
| Account 4 | 8/18/2021 | 1,960 | ($8.47) | ($16,591.40) | 1,960 | $7,447.41 | ($9,143.99) |
| Account 5 | 8/18/2021 | 1,100 | ($8.44) | ($9,282.57) | 1,100 | $4,179.67 | ($5,102.90) |
| Account 6 | 8/18/2021 | 920 | ($8.53) | ($7,847.60) | 920 | $3,495.72 | ($4,351.88) |

**TOTAL LOSS**:    ($1,304,138.81)