# EXHIBIT 4

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between Mary Lawrence ("Assignor") and Donald Jon Lawrence ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Mary Lawrence_____     ___2/5/2022___
Mary Lawrence                                        Date

**ASSIGNEE**:

_Donald Jon Lawrence_____     ___2/5/2022___
Donald Jon Lawrence                              Date