# EXHIBIT 5

**DECLARATION IN SUPPORT OF APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Donald Jon Lawrence, declare as follows:

1.      I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in the instant class action on behalf of investors in the securities of Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II ("Paysafe"), and for approval of my selection of The Rosen Law Firm, P.A. to be appointed as Lead Counsel. I have personal knowledge of the facts set forth below relating to my activities, actions, and beliefs and would testify competently thereto.

2.      I reside in Stark County, Ohio. I have been managing my own investment portfolio for approximately 30 years. I recently retired from a position as a pharmaceutical sales representative. I have a degree in Pharmacy from the University of Toledo. I purchased Paysafe securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I am informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. I understand my duties as Lead Plaintiff include fair and adequate representation to all members of the class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/8/2022_____

DocuSigned by:

*Donald Jon Lawrence*
E06AE7B371F141E...

Donald Jon Lawrence