**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>Defendants. | Case No. 1:21-cv-10611-AJN-KHP |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>Defendants. | Case No. 1:22-cv-00567-AJN-KHP |

**NOTICE OF THE MOTION OF ROBERT J. VIANI AND ERIC C. PRICE, AS TRUSTEE FOR THE ERIC C. PRICE & KRISTEN B. HENNIG-PRICE REV. LIVING TRUST UA 05/27/2015, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Alison J. Nathan, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, putative class members Robert J. Viani ("Mr. Viani") and Eric C. Price ("Mr. Price"), as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015, by their undersigned counsel, will respectfully move this Court for entry of an Order for: (1) consolidation of the above-captioned actions pursuant to Federal Rule of Civil Procedure 42(a); (2) appointment of Mr. Viani and Mr. Price as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approval of the selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class; and (4) any such further relief as the Court may deem just and proper.

This Motion is made on the grounds that Mr. Viani and Mr. Price are the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, Mr. Viani and Mr. Price submit herewith an accompanying memorandum of law and the Declaration of Naumon A. Amjed.

Dated:  February 8, 2022

Respectfully submitted,

**KESSLER TOPAZ MELTZER
  & CHECK, LLP**

*S/ Naumon A. Amjed*
Naumon A. Amjed
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

1

*Counsel for Robert J. Viani and Eric C. Price, as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015, and Proposed Lead Counsel for the Class*

2