**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-10611-AJN-KHP |
| Plaintiff, | |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD, | |
| Defendants. | |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00567-AJN-KHP |
| Plaintiff, | |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD, | |
| Defendants. | |

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE MOTION OF ROBERT J. VIANI AND ERIC C. PRICE, AS TRUSTEE FOR THE ERIC C. PRICE & KRISTEN B. HENNIG-PRICE REV. LIVING TRUST UA 05/27/2015, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Naumon A. Amjed, declare as follows:

1.       I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this Declaration in support of the motion filed by Robert J. Viani ("Mr. Viani") and Eric C. Price ("Mr. Price"), as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015 (the "Price Trust"), for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of their selection of Kessler Topaz Meltzer & Check, LLP to serve as Lead Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.       Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Mr. Viani's and Mr. Price's sworn certifications pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Charts of Mr. Viani's and the Price Trust's transactions and losses in Paysafe Limited and Foley Trasimene Acquisition Corp. II securities during the Class Period;

Exhibit C:    Joint Declaration of Robert J. Viani and Eric C. Price;

Exhibit D:    Notice of the pendency of *Wiley v. Paysafe Ltd. f/k/a Foley Trasimene Acquisition Corp. II, et al.*, No. 1:21-cv-10611-AJN-KHP (S.D.N.Y.), published on December 10, 2021, in *Business Wire*; and

Exhibit E:    Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of February 2022.

*S/ Naumon A. Amjed*
Naumon A. Amjed

1