# EXHIBIT B

*Total LIFO Losses:*    ($3,819,458.66)

**Robert J. Viani**
**LIFO Losses in Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II**
Class Period: 12/7/2020 - 11/10/2021
Retained Shares Valued At           $3.79

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/14/2020 | 5,000 | $15.25 | $76,250.00 | Sale | 2/25/2021 | 85 | $14.98 | $1,273.30 |
| Purchase | 12/14/2020 | 11,725 | $15.00 | $175,875.00 | Sale | 2/25/2021 | 482 | $14.97 | $7,215.54 |
| Purchase | 12/14/2020 | 3,275 | $15.00 | $49,108.63 | Sale | 2/26/2021 | 9,433 | $14.97 | $141,212.01 |
| Purchase | 12/14/2020 | 10,000 | $14.75 | $147,500.00 | Sale | 2/26/2021 | 10,000 | $15.63 | $156,300.00 |
| Purchase | 12/14/2020 | 20,000 | $14.60 | $292,000.00 | Retained Shares | | 250,000 | $3.79 | $948,688.52 |
| Purchase | 12/18/2020 | 12,652 | $13.85 | $175,230.20 | | | | | |
| Purchase | 12/18/2020 | 12,772 | $13.98 | $178,552.56 | | | | | |
| Purchase | 12/18/2020 | 1,262 | $13.97 | $17,630.14 | | | | | |
| Purchase | 12/18/2020 | 1,305 | $13.96 | $18,217.80 | | | | | |
| Purchase | 12/18/2020 | 1,740 | $13.95 | $24,273.00 | | | | | |
| Purchase | 12/18/2020 | 3,550 | $13.94 | $49,487.00 | | | | | |
| Purchase | 12/18/2020 | 4,743 | $13.93 | $66,069.99 | | | | | |
| Purchase | 12/18/2020 | 370 | $13.92 | $5,150.40 | | | | | |
| Purchase | 12/18/2020 | 3,864 | $13.91 | $53,748.24 | | | | | |
| Purchase | 12/18/2020 | 7,742 | $13.90 | $107,613.80 | | | | | |
| Purchase | 12/31/2020 | 830 | $15.19 | $12,607.70 | | | | | |
| Purchase | 12/31/2020 | 90 | $15.20 | $1,368.00 | | | | | |
| Purchase | 12/31/2020 | 14,080 | $15.27 | $215,001.60 | | | | | |
| Purchase | 12/31/2020 | 14,990 | $15.33 | $229,796.70 | | | | | |
| Purchase | 12/31/2020 | 10 | $15.32 | $153.20 | | | | | |
| Purchase | 12/31/2020 | 7,891 | $15.25 | $120,337.75 | | | | | |
| Purchase | 12/31/2020 | 2,109 | $15.24 | $32,141.16 | | | | | |
| Purchase | 12/31/2020 | 10,000 | $15.25 | $152,500.00 | | | | | |
| Purchase | 3/10/2021 | 8,400 | $14.70 | $123,480.00 | | | | | |
| Purchase | 3/10/2021 | 1,300 | $14.69 | $19,097.00 | | | | | |
| Purchase | 3/10/2021 | 300 | $14.68 | $4,404.00 | | | | | |
| Purchase | 3/12/2021 | 10,000 | $15.00 | $150,000.00 | | | | | |
| Purchase | 3/12/2021 | 2,000 | $14.90 | $29,800.00 | | | | | |
| Purchase | 3/12/2021 | 8,000 | $14.89 | $119,120.00 | | | | | |
| Purchase | 3/30/2021 | 4,323 | $15.19 | $65,666.37 | | | | | |
| Purchase | 3/30/2021 | 5,677 | $15.19 | $86,205.25 | | | | | |
| Purchase | 3/31/2021 | 10,000 | $14.75 | $147,500.00 | | | | | |
| Purchase | 3/31/2021 | 8,900 | $14.40 | $128,160.00 | | | | | |
| Purchase | 3/31/2021 | 1,100 | $14.39 | $15,829.00 | | | | | |
| Purchase | 3/31/2021 | 10,000 | $14.00 | $140,000.00 | | | | | |
| Purchase | 5/28/2021 | 100 | $11.33 | $1,133.00 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Purchase | 7/2/2021 | 37,561 | $11.42 | $428,946.62 | | |
| Purchase | 7/2/2021 | 10,100 | $11.41 | $115,241.00 | | |
| Purchase | 7/2/2021 | 200 | $11.41 | $2,281.80 | | |
| Purchase | 7/2/2021 | 939 | $11.40 | $10,704.60 | | |
| Purchase | 7/2/2021 | 100 | $11.40 | $1,139.99 | | |
| Purchase | 7/2/2021 | 1,000 | $11.40 | $11,395.00 | | |
| | | 270,000 | | $3,800,716.49 | 270,000 | $1,254,689.37 |

*LIFO loss:*   ($2,546,027.12)

**Eric C. Price, as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015**
**LIFO Losses in Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II**
Class Period: 12/7/2020 - 11/10/2021

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/25/2021 | 63,405 | $12.04 | $763,396.20 | Sale | 9/15/2021 | 100 | $8.23 | $822.50 |
| Purchase | 6/25/2021 | 13,056 | $12.03 | $157,063.68 | Sale | 9/15/2021 | 9,900 | $8.22 | $81,378.00 |
| Purchase | 6/25/2021 | 12,799 | $12.02 | $153,843.98 | Sale | 9/15/2021 | 1,608 | $8.21 | $13,201.68 |
| Purchase | 6/25/2021 | 200 | $12.02 | $2,403.00 | Sale | 9/15/2021 | 8,392 | $8.20 | $68,818.60 |
| Purchase | 6/25/2021 | 100 | $12.01 | $1,201.00 | Sale | 9/15/2021 | 10,000 | $8.24 | $82,400.00 |
| Purchase | 7/1/2021 | 2,446 | $11.70 | $28,618.20 | Sale | 9/15/2021 | 10,000 | $8.22 | $82,200.00 |
| Purchase | 7/1/2021 | 2,900 | $11.70 | $33,929.71 | Sale | 9/15/2021 | 100 | $8.21 | $820.50 |
| Purchase | 7/1/2021 | 1,300 | $11.70 | $15,208.70 | Sale | 9/15/2021 | 9,900 | $8.20 | $81,180.00 |
| Purchase | 7/1/2021 | 600 | $11.70 | $7,017.00 | Sale | 9/15/2021 | 10,000 | $8.21 | $82,100.00 |
| Purchase | 7/1/2021 | 1,240 | $11.72 | $14,532.80 | Sale | 9/15/2021 | 10,000 | $8.24 | $82,401.00 |
| Purchase | 7/1/2021 | 1,300 | $11.72 | $15,229.50 | Sale | 9/15/2021 | 10,000 | $8.23 | $82,300.00 |
| Purchase | 7/1/2021 | 31,114 | $11.73 | $364,967.22 | Sale | 9/15/2021 | 961 | $8.26 | $7,937.86 |
| Purchase | 7/1/2021 | 100 | $11.73 | $1,172.50 | Sale | 9/15/2021 | 9,039 | $8.25 | $74,571.75 |
| Purchase | 7/2/2021 | 37,590 | $11.63 | $437,171.70 | Sale | 9/15/2021 | 4,800 | $8.28 | $39,744.00 |
| Purchase | 7/2/2021 | 2,560 | $11.63 | $29,760.00 | Sale | 9/15/2021 | 5,200 | $8.27 | $43,004.00 |
| Purchase | 7/2/2021 | 100 | $11.62 | $1,162.00 | Sale | 9/15/2021 | 7,300 | $8.28 | $60,444.73 |
| Purchase | 7/2/2021 | 135 | $11.64 | $1,570.94 | Sale | 9/15/2021 | 2,700 | $8.28 | $22,356.00 |
| Purchase | 7/6/2021 | 11,246 | $11.17 | $125,617.82 | Sale | 9/15/2021 | 100 | $8.27 | $826.50 |
| Purchase | 7/6/2021 | 3,900 | $11.17 | $43,543.50 | Sale | 9/15/2021 | 9,900 | $8.26 | $81,774.00 |
| Purchase | 7/6/2021 | 200 | $11.16 | $2,231.98 | Sale | 9/15/2021 | 10,000 | $8.26 | $82,600.00 |
| Purchase | 7/6/2021 | 10,369 | $11.21 | $116,236.49 | Sale | 9/15/2021 | 300 | $8.26 | $2,476.50 |
| Purchase | 7/6/2021 | 1,401 | $11.20 | $15,691.20 | Sale | 9/15/2021 | 4,600 | $8.25 | $37,950.00 |
| Purchase | 7/6/2021 | 400 | $11.20 | $4,479.60 | Sale | 9/15/2021 | 5,100 | $8.24 | $42,024.00 |
| Purchase | 7/6/2021 | 300 | $11.20 | $3,358.50 | Sale | 9/15/2021 | 10,000 | $8.26 | $82,601.00 |
| Purchase | 7/6/2021 | 102 | $11.23 | $1,145.46 | Sale | 9/15/2021 | 10,000 | $8.25 | $82,500.00 |
| Purchase | 7/6/2021 | 900 | $11.23 | $10,102.50 | Sale | 9/15/2021 | 1,700 | $8.23 | $13,991.00 |
| Purchase | 7/6/2021 | 37,000 | $11.27 | $416,986.30 | Sale | 9/15/2021 | 8,300 | $8.22 | $68,226.00 |
| Purchase | 7/6/2021 | 1,600 | $11.27 | $18,030.40 | Sale | 9/15/2021 | 10,000 | $8.23 | $82,300.00 |
| Purchase | 7/6/2021 | 3,600 | $11.27 | $40,554.00 | Sale | 9/15/2021 | 10,000 | $8.22 | $82,200.00 |
| Purchase | 7/6/2021 | 85 | $11.27 | $957.94 | Sale | 9/15/2021 | 100 | $8.24 | $823.50 |
| Purchase | 7/14/2021 | 36,160 | $10.93 | $395,228.80 | Sale | 9/15/2021 | 9,900 | $8.23 | $81,477.00 |
| Purchase | 7/14/2021 | 400 | $10.93 | $4,370.00 | Sale | 9/15/2021 | 600 | $8.23 | $4,935.00 |
| Purchase | 7/14/2021 | 41 | $10.93 | $447.93 | Sale | 9/15/2021 | 200 | $8.22 | $1,644.20 |
| Purchase | 7/14/2021 | 36,671 | $10.79 | $395,680.09 | Sale | 9/15/2021 | 3,782 | $8.22 | $31,088.04 |
| Purchase | 7/14/2021 | 400 | $10.79 | $4,314.00 | Sale | 9/15/2021 | 10,418 | $8.21 | $85,531.78 |
| Purchase | 7/15/2021 | 37,558 | $10.64 | $399,617.12 | Sale | 9/15/2021 | 12,500 | $8.23 | $102,882.50 |
| Purchase | 7/15/2021 | 51 | $10.69 | $545.18 | Sale | 9/15/2021 | 15,000 | $8.26 | $123,825.00 |
| Purchase | 7/16/2021 | 50 | $10.68 | $533.75 | Sale | 9/15/2021 | 15,000 | $8.25 | $123,753.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/16/2021 | 7,756 | $10.67 | $82,756.52 | Sale | 9/15/2021 | 15,000 | $8.25 | $123,750.00 |
| Purchase | 7/16/2021 | 22,115 | $10.67 | $235,964.84 | Sale | 9/15/2021 | 100 | $8.26 | $825.50 |
| Purchase | 7/16/2021 | 1,620 | $10.67 | $17,277.30 | Sale | 9/15/2021 | 12,400 | $8.25 | $102,300.00 |
| Purchase | 7/16/2021 | 5,892 | $10.66 | $62,808.72 | Sale | 9/15/2021 | 200 | $8.26 | $1,651.00 |
| Purchase | 7/16/2021 | 6 | $10.67 | $64.04 | Sale | 9/15/2021 | 14,800 | $8.25 | $122,100.00 |
| Purchase | 7/16/2021 | 4,431 | $10.52 | $46,614.12 | Sale | 9/15/2021 | 17,500 | $8.27 | $144,726.75 |
| Purchase | 7/16/2021 | 3,123 | $10.52 | $32,853.65 | Sale | 9/15/2021 | 20,000 | $8.28 | $165,600.00 |
| Purchase | 7/16/2021 | 9,086 | $10.52 | $95,580.18 | Sale | 9/15/2021 | 100 | $8.29 | $828.50 |
| Purchase | 7/16/2021 | 300 | $10.52 | $3,155.70 | Sale | 9/15/2021 | 100 | $8.28 | $828.10 |
| Purchase | 7/16/2021 | 1,000 | $10.52 | $10,515.00 | Sale | 9/15/2021 | 6,600 | $8.28 | $54,648.00 |
| Purchase | 7/16/2021 | 1,677 | $10.43 | $17,490.94 | Sale | 9/15/2021 | 13,200 | $8.27 | $109,164.00 |
| Purchase | 8/4/2021 | 11,825 | $10.35 | $122,388.75 | Sale | 9/15/2021 | 100 | $8.29 | $828.50 |
| | | | | | Sale | 9/15/2021 | 5,400 | $8.28 | $44,712.00 |
| | | | | | Sale | 9/15/2021 | 300 | $8.28 | $2,482.50 |
| | | | | | Sale | 9/15/2021 | 14,200 | $8.27 | $117,434.00 |
| | | | | | Sale | 9/15/2021 | 4,350 | $8.26 | $35,931.00 |
| | | | | | Sale | 9/15/2021 | 15,650 | $8.25 | $129,112.50 |
| | | | | | Sale | 9/15/2021 | 242 | $8.27 | $2,001.34 |
| | | | | | Sale | 9/15/2021 | 100 | $8.26 | $826.01 |
| | | | | | Sale | 9/15/2021 | 6,357 | $8.26 | $52,508.82 |
| | | | | | Sale | 9/15/2021 | 18,011 | $8.25 | $148,590.75 |
| | | 422,210 | | $4,755,390.45 | | | 422,210 | | $3,481,958.91 |

*LIFO loss:*    ($1,273,431.55)