# EXHIBIT C

**JOINT DECLARATION OF ROBERT J. VIANI
AND ERIC C. PRICE**

We, Robert J. Viani and Eric C. Price, as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     We respectfully submit this Joint Declaration in support of our motion for appointment as Lead Plaintiff in the securities class action litigation against Paysafe Limited (the "Company" or "Paysafe") f/k/a Foley Trasimene Acquisition Corp. II ("FTAC") and certain of the Company's executive officers and directors.  Each of us has personal knowledge about the information in this Declaration relating to ourselves.

2.     I, Robert J. Viani, am a resident of New York.  I own approximately forty restaurant franchise locations in New York, Ohio, Florida, and Georgia.  I received an associate's degree from Dutchess Community College.  I have been investing in the stock market since 2005.  I am familiar with the facts and circumstances that are the subject matter of this litigation.  As set forth in our motion for appointment as Lead Plaintiff and supporting papers, I suffered substantial losses from my investments in Paysafe and FTAC securities during the Class Period.  I understand the responsibilities and obligations with which a lead plaintiff is charged under the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel.  I accept these responsibilities and am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

3.     I, Eric C. Price, am a resident of California.  I am a trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015 (the "Price Trust").  I own and manage a number of rental properties.  I also personally manage the Price Trust's investments in the stock market (as well as other investments).  I received a bachelor's degree in finance from Pacific Union

College and an MBA from Pepperdine University. I have been investing in the stock market for twenty-four years. I am familiar with the facts and circumstances that are the subject matter of this litigation. As set forth in our motion for appointment as Lead Plaintiff and supporting papers, the Price Trust suffered substantial losses from its investments in Paysafe securities during the Class Period. I understand the responsibilities and obligations with which a lead plaintiff is charged under the PSLRA, which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I accept these responsibilities and am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

4.     We are each strongly motivated to recover the significant losses we suffered as a result of the defendants' violations of the federal securities laws. Accordingly, we believe that this case should be prosecuted by investors with a financial interest substantial enough to ensure that the action is prosecuted zealously, efficiently, and in the best interests of the class. Our principal goal in seeking to serve as Lead Plaintiff in this case is to maximize the class's recovery from all culpable parties.

5.     We believe that we can maximize the class's recovery by seeking joint appointment as Lead Plaintiff and by seeking the appointment of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel. We believe our ability to jointly lead this case would provide the class the benefits of joint decision-making and allow each of us to confer with the other as we lead this important litigation on behalf of our fellow investors.

6.     Prior to seeking appointment as Lead Plaintiff, we convened a joint conference call to formalize our commitment to jointly prosecute this litigation and to discuss our duties as Lead Plaintiff. During the joint conference call, we discussed our respective losses arising from

defendants' misconduct; the claims against the various defendants; and the procedures and protocols we would follow in jointly prosecuting the case. We intend to make all decisions jointly, taking into consideration Kessler Topaz's advice. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the class.

7.     We each understand that we are under no obligation to seek appointment as Lead Plaintiff (individually or as a group) or to propose the appointment of Kessler Topaz as Lead Counsel. Each of us understands that we were free to select and propose any qualified counsel to serve as Lead Counsel. We are also aware that multiple law firms have issued press releases alerting investors to the lead plaintiff deadline in this litigation.

8.     Through supervision of our proposed Lead Counsel, we will ensure that this action is prosecuted for the benefit of the class in an efficient and effective manner. In order to achieve this result, we plan on consulting with each other and with counsel regarding the prosecution of this lawsuit via telephone, email, and videoconference. We also understand that some of these meetings may need to be conducted without counsel. To this end, we each have exchanged contact information for one another, and are able to call each other with and without counsel as needed, including on an emergency basis if circumstances arise requiring such urgent communications.

9.     We hereby reaffirm our commitment to satisfying the fiduciary obligations that we will assume if appointed Lead Plaintiff, including by conferring with each other and counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure that the Paysafe securities litigation will be vigorously prosecuted consistently with the Lead Plaintiff's obligation under the PSLRA

and in the best interests of the class, and will seek to obtain the greatest possible recovery for the

class.

**[REMAINDER INTENTIONALLY BLANK]**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to me are true and correct to the best of my knowledge.

Executed this date ____2/7/2022_____.


_____ *Robert Viani* _____
Robert J. Viani

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to me and the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015 are true and correct to the best of my knowledge.

Executed this date _____2/7/2022_____.


_____ *Eric C. Price* _____
Eric C. Price, as trustee for the Eric C. Price &
Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015