# **EXHIBIT D**

PSFE, BFT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files...

Case 1:21-cv-10611-ER-KHP    Document 22-4    Filed 02/08/22    Page 2 of 4

**NewsRoom**

12/10/21 Bus. Wire 23:21:00

Business Wire
Copyright (c) 2021 Business Wire

December 10, 2021

PSFE, BFT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities
Fraud Lawsuit Against Paysafe Limited f/k/a Foley Trasimene Acquisition...

LOS ANGELES

PSFE, BFT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II

LOS ANGELES--(BUSINESS WIRE)--December 10, 2021-- Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York captioned Wiley v. Paysafe Limited, et al. (Case No. 21-cv-10611) on behalf of persons and entities that purchased or otherwise acquired Paysafe Limited ("Paysafe" or the "Company") (NYSE: PSFE , BFT) f/k/a Foley Trasimene Acquisition Corp. II ("FTAC") securities between December 7, 2020 and November 10, 2021 , inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have 60 days from this notice to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Paysafe investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/paysafe-limited/ . You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On March 30, 2021, Paysafe became a public entity via business combination with FTAC.

Then, on November 11, 2021, before the market opened, Paysafe announced that it was revising its revenue guidance for the full year 2021 downward from a range of $1,530 – $1,550 million to a range of $1,470 – $1,480 million. Paysafe attributed the revision to "[g]ambling regulations and softness in key European markets and performance challenges impacting the Digital Wallet segment" and "[t]he modified scope and timing of new eCommerce customer agreements relative to the Company's original expectations for these agreements."

On this news, the Company's share price fell $3.03 per share, or more than 40%, to close at $4.24 per share on November 11, 2021, on unusually heavy trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) that Paysafe was being negatively impacted by gambling regulations in key European markets; (2) that Paysafe was encountering performance challenges in its Digital Wallet

PSFE, BFT CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files...

Case 1:21-cv-10611-ER-KHP    Document 22-4    Filed 02/08/22    Page 3 of 4

segment; (3) that new eCommerce customer agreements were being pushed back; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn , Twitter , or Facebook .

If you purchased or otherwise acquired Paysafe securities during the Class Period, you may move the Court no later than 60 days from this notice to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com , or visit our website at www.glancylaw.com . If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

&

View source version on businesswire.com: https://www.businesswire.com/news/home/20211210005565/en/

Glancy Prongay & Murray LLP, Los Angeles Charles H. Linehan, 310-201-9150 or 888-773-9224 1925 Century Park East, Suite 2100 Los Angeles, CA 90067 www.glancylaw.comshareholders@glancylaw.com

State Keywords: California
Industry Keywords: Legal; Professional Services
Source: Glancy Prongay & Murray LLP

---- Index References ----

Company: BANQUE FRANCO TUNISIENNE 'B F T' S.A.; GPM Metals Inc.; Paysafe Limited; United States District Court of the District of Nevada; Palestine Securities Exchange Public Shareholding Company; GLANCY PRONGAY & MURRAY LLP; THE SOUTHERN COMPANY; LINKEDIN CORPORATION; BUSINESS FIRST BANCSHARES, INC.; LAWSUIT CAPITAL FUNDING LTD; NEW YORK STOCK EXCHANGE LLC; META PLATFORMS, INC.; ALIGHT GROUP, INC.; OBLONG, INC.; SECURITIES TRUST OF SCOTLAND PLC; TWITTER, INC.; IsoRay, Inc.

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Corporate Events (1CR05); Crime (1CR87); Criminal Law (1CR79); Financial Fraud (1FI18); Fraud (1FR30); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59); Social Issues (1SO05))

Industry: (Financial Services (1FI37); Investment Management (1IN34); Press Releases (1PR19); Securities Investment (1SE57))

Region: (Americas (1AM92); California (1CA98); North America (1NO39); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (businesswire.com; BFT; GPM; Paysafe Limited; Foley Trasimene Acquisition Corp. II; United States District Court; PSFE; Glancy Prongay & Murray LLP; Southern; LinkedIn; BUSINESS; Lawsuit; NYSE; Facebook; Foley Trasimene

Acquisition Corp.; WIRE; Securities; Twitter; Century Park) (Charles H. Linehan; Charles Linehan; Esquire) (North America; United States; California)

Keywords: Legal; Professional Services; CaliforniaLawsuit

Ticker Symbol: NYSE:PSFE

Word Count: 665

---

**End of Document**

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room