**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— x

LISA WILEY, Individually and On Behalf of :    Civil Action No. 1:21-cv-10611-AJN-KHP
All Others Similarly Situated,             :

                       :    <u>CLASS ACTION</u>

          Plaintiff,      :

                       :

    vs.                    :

                       :

PAYSAFE LIMITED f/k/a FOLEY     :
TRASIMENE ACQUISITION CORP. II,   :
RICHARD N. MASSEY, BRYAN D. COY,   :
PHILIP MCHUGH, and ISMAIL (IZZY)   :
DAWOOD,                     :

                       :

          Defendants.     :

                       :

———————————————————— x

JOHN PAUL O'BRIEN, Individually and On :    Civil Action No. 1:22-cv-00567-AJN-KHP
Behalf of All Others Similarly Situated,     :

                       :    <u>CLASS ACTION</u>

          Plaintiff,      :

                       :

    vs.                    :

                       :

PAYSAFE LIMITED f/k/a FOLEY     :
TRASIMENE ACQUISITION CORP. II,   :
WILLIAM P. FOLEY, II, RICHARD N.   :
MASSEY, BRYAN D. COY, PHILIP    :
MCHUGH, and ISMAIL DAWOOD,    :

                       :

          Defendants.     :

                       :

———————————————————— x

**NOTICE OF MOTION OF MOVANT ADAM BERRY**
**FOR CONSOLIDATION, APPOINTMENT AS**
**<u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that movant Adam Berry will and hereby does move this Court, on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) consolidating the related actions; (2) appointing the Adam Berry as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*; and (3) approving Adam Berry's selection of Johnson Fistel, LLP as lead counsel for the proposed class.  In support of this motion, Adam Berry submits the accompanying Memorandum of Law, the Declaration of Ralph M. Stone, and a [Proposed] Order.

DATED:  February 8, 2022

**JOHNSON FISTEL, LLP**

*/s/ Ralph M. Stone*
Ralph M. Stone (RS-4488)
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (212) 292-5690
Facsimile: (212) 292-5680
RalphS@johnsonfistel.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
MichaelF@johnsonfistel.com

***Counsel for Movant Adam Berry***

- 1 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing via U.S. first-class mail to any non-CM/ECF participants.

*/s/Ralph M. Stone*
RALPH M. STONE

- 2 -