**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ———————————————————— x | |
| LISA WILEY, Individually and On Behalf of All Others Similarly Situated, : | Civil Action No. 1:21-cv-10611-AJN-KHP |
| : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| : | |
| vs. : | |
| : | |
| PAYSAFE LIMITED f/k/a FOLEY : | |
| TRASIMENE ACQUISITION CORP. II, : | |
| RICHARD N. MASSEY, BRYAN D. COY, : | |
| PHILIP MCHUGH, and ISMAIL (IZZY) : | |
| DAWOOD, : | |
| : | |
| Defendants. : | |
| ———————————————————— x | |
| JOHN PAUL O'BRIEN, Individually and On : | Civil Action No. 1:22-cv-00567-AJN-KHP |
| Behalf of All Others Similarly Situated, : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| PAYSAFE LIMITED f/k/a FOLEY : | |
| TRASIMENE ACQUISITION CORP. II, : | |
| WILLIAM P. FOLEY, II, RICHARD N. : | |
| MASSEY, BRYAN D. COY, PHILIP : | |
| MCHUGH, and ISMAIL DAWOOD, : | |
| : | |
| Defendants. : | |
| ———————————————————— x | |

**[PROPOSED] ORDER GRANTING CONSOLIDATION AND APPOINTING MOVANT**
**ADAM BERRY AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Having considered the papers filed in support of movant Adam Berry's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and any responses thereto, and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following related actions are consolidated as *In re Paysafe Limited Securities Litigation*, Lead Case No. 1:21-cv-10611-AJN-KHP: *Wiley v. Paysafe Limited et al.*, No. 1:21-cv-10611-AJN-KHP and *O'Brien v. Paysafe Limited et al.*, No. 1:22-cv-00567-AJN-KHP;

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Adam Berry as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the law firm of Johnson Fistel, LLP is approved as Lead Counsel for the proposed class.

IT IS SO ORDERED.


DATED:_____        _____
                                          THE HONORABLE ALISON J. NATHAN
                                          UNITED STATES DISTRICT JUDGE