**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>   Defendants. | Case No.: 1:21-cv-10611-AJN-KHP<br><br>Hon. Alison J. Nathan<br>Magistrate Judge Katherine H. Parker |
| JOHN PAUL O'BRIEN, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>   Defendants. | Case No.: 1:22-cv-00567-AJN-KHP<br><br>Hon. Alison J. Nathan<br>Magistrate Judge Katherine H. Parker |

**NOTICE OF MOTION OF DR. RANGA THALLURI FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Dr. Ranga Thalluri ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Movant as Lead Plaintiff pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange

Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: February 8, 2022                               Respectfully Submitted,

                                                      **LEVI & KORSINSKY, LLP**

                                                      By: */s/ Adam M. Apton*
                                                      Adam M. Apton (AS-8383)
                                                      55 Broadway, 10th Floor
                                                      New York, NY 10006
                                                      Tel: (212) 363-7500
                                                      Fax: (212) 363-7171
                                                      Email: aapton@zlk.com

                                                      *Lead Counsel for Dr. Ranga Thalluri and*
                                                      *[Proposed] Lead Counsel for the Class*

2