**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x

LISA WILEY, Individually and On Behalf of   :   Civil Action No. 1:21-cv-10611-AJN-KHP
All Others Similarly Situated,              :
                                            :   CLASS ACTION
                                            :   ———————————
                    Plaintiff,              :
                                            :
        vs.                                 :
                                            :
PAYSAFE LIMITED f/k/a FOLEY                  :
TRASIMENE ACQUISITION CORP. II,             :
RICHARD N. MASSEY, BRYAN D. COY,            :
PHILIP MCHUGH, and ISMAIL (IZZY)            :
DAWOOD,                                     :
                                            :
                    Defendants.             :
                                            :
——————————————————————— x

JOHN PAUL O'BRIEN, Individually and On      :   Civil Action No. 1:22-cv-00567-AJN-KHP
Behalf of All Others Similarly Situated,    :
                                            :   CLASS ACTION
                                            :   ———————————
                    Plaintiff,              :
                                            :
        vs.                                 :
                                            :
PAYSAFE LIMITED f/k/a FOLEY                  :
TRASIMENE ACQUISITION CORP. II,             :
WILLIAM P. FOLEY, II, RICHARD N.            :
MASSEY, BRYAN D. COY, PHILIP                :
MCHUGH, and ISMAIL DAWOOD,                  :
                                            :
                    Defendants.             :
                                            :
——————————————————————— x

**DECLARATION OF RALPH M. STONE IN SUPPORT OF MOVANT ADAM BERRY'S
MOTION FOR CONSOLIDATION, APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Ralph M. Stone, declare as follows:

1.      I am a member in good standing of the bar of New York and am admitted to practice before this Court. I am Of Counsel for the law firm of Johnson Fistel, LLP, counsel for proposed lead plaintiff, Adam Berry.  I submit this declaration in support of Adam Berry's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of class action published on Businesswire on December 10, 2021;

Exhibit B:      Adam Berry's PSLRA Certification;

Exhibit C:      Adam Berry's Financial Interest Calculation, prepared by counsel;

Exhibit D:      Declaration of Adam Berry; and

Exhibit E:      Johnson Fistel, LLP firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of February, 2022.

/s/Ralph M. Stone
RALPH M. STONE

- 1 -