# EXHIBIT C

Paysafe Limited (NYSE: PSFE)
Adam Berry - Estimated LIFO Losses
Class Period: December 7, 2020 - November 10, 2021, inclusive

**Shares Purchased:**

| Date | Shares | Price | Total |
|---|---|---|---|
| 7/7/2021 | 1 | $ 11.2100 | $ 11.21 |
| 8/13/2021 | 1,000 | $ 10.2585 | $ 10,258.50 |
| 8/13/2021 | 3,802 | $ 10.2600 | $ 39,008.52 |
| 8/13/2021 | 2,613 | $ 10.2800 | $ 26,861.64 |
| 8/13/2021 | 16,842 | $ 10.2900 | $ 173,304.18 |
| 8/24/2021 | 3,000 | $ 8.7900 | $ 26,370.00 |
| 8/24/2021 | 10,000 | $ 8.8100 | $ 88,100.00 |
| 8/25/2021 | 79,535 | $ 8.5100 | $ 676,842.85 |
| 8/25/2021 | 1,100 | $ 8.5090 | $ 9,359.90 |
| 8/25/2021 | 1,200 | $ 8.5075 | $ 10,209.00 |
| 8/25/2021 | 2,642 | $ 8.5050 | $ 22,470.21 |
| 8/25/2021 | 3,862 | $ 8.5000 | $ 32,827.00 |
| 8/25/2021 | 973 | $ 8.4900 | $ 8,260.77 |
| 8/25/2021 | 34,362 | $ 8.5000 | $ 292,077.00 ` |
| 8/26/2021 | 12,000 | $ 8.3200 | $ 99,840.00 |
| 9/7/2021 | 12,000 | $ 8.9300 | $ 107,160.00 |
| 9/16/2021 | 18,000 | $ 8.2499 | $ 148,498.20 |
| 9/16/2021 | 17,710 | $ 8.2400 | $ 145,930.40 |
| 9/16/2021 | 44,190 | $ 8.2500 | $ 364,567.50 |
| 9/16/2021 | 100 | $ 8.2450 | $ 824.50 |
| 9/16/2021 | 100 | $ 8.2400 | $ 824.00 |
| 9/16/2021 | 22,917 | $ 8.2500 | $ 189,065.25 |
| 9/16/2021 | 36,983 | $ 8.2450 | $ 304,924.84 |
| 9/17/2021 | 76,000 | $ 8.2600 | $ 627,760.00 |
| 9/17/2021 | 700 | $ 8.2590 | $ 5,781.30 |
| 9/17/2021 | 8,300 | $ 8.2550 | $ 68,516.50 |
| 9/17/2021 | 60,000 | $ 8.2200 | $ 493,200.00 |
| 10/4/2021 | 101,961 | $ 7.5700 | $ 771,844.77 |
| 10/4/2021 | 1,800 | $ 7.5698 | $ 13,625.64 |
| 10/4/2021 | 2,199 | $ 7.5650 | $ 16,635.44 |
| 10/4/2021 | 7,538 | $ 7.5200 | $ 56,685.76 |
| 10/4/2021 | 5,742 | $ 7.5294 | $ 43,233.81 |
| 10/26/2021 | 19,531 | $ 7.6800 | $ 149,998.08 |
| 10/26/2021 | 1,302 | $ 7.6794 | $ 9,998.58 |
| 10/26/2021 | 200 | $ 7.6000 | $ 1,520.00 |
| 10/27/2021 | 16,295 | $ 7.5600 | $ 123,190.20 |
| 10/27/2021 | 49,842 | $ 7.6100 | $ 379,297.62 |
| 10/29/2021 | 512 | $ 7.5600 | $ 3,870.72 |
| 10/29/2021 | 200 | $ 7.5500 | $ 1,510.00 |
| 10/29/2021 | 52,602 | $ 7.5900 | $ 399,249.18 |
| 10/29/2021 | 60 | $ 7.5800 | $ 454.80 |
| 10/29/2021 | 300 | $ 7.5700 | $ 2,271.00 |
| 10/29/2021 | 150 | $ 7.5600 | $ 1,134.00 |
| 10/29/2021 | 12,313 | $ 7.6000 | $ 93,578.80 |
| 11/1/2021 | 12,690 | $ 7.8800 | $ 99,997.20 |
| 11/1/2021 | 4,000 | $ 7.9692 | $ 31,876.80 |
| 11/2/2021 | 13,000 | $ 7.8797 | $ 102,436.10 |

**Shares Sold*:**

| Date | Shares | Price | Total |
|---|---|---|---|
| 7/9/2021 | 1 | $ 11.3255 | $ 11.33 |
| 8/25/2021 | 123,674 | $ 8.6000 | $ 1,063,596.40 |
| 8/27/2021 | 10 | $ 8.5000 | $ 85.00 |
| 8/27/2021 | 11,990 | $ 8.4900 | $ 101,795.10 |
| 9/16/2021 | 3,550 | $ 8.2850 | $ 29,411.75 |
| 9/16/2021 | 126,450 | $ 8.2800 | $ 1,047,006.00 |
| 9/16/2021 | 8,000 | $ 8.2901 | $ 66,320.80 |
| 9/16/2021 | 2,000 | $ 8.2901 | $ 16,580.20 |
| 9/17/2021 | 50,000 | $ 8.2100 | $ 410,500.00 |
| 9/17/2021 | 30,000 | $ 8.2200 | $ 246,600.00 |
| 9/17/2021 | 101 | $ 8.2200 | $ 830.22 |
| 9/17/2021 | 9,899 | $ 8.2100 | $ 81,270.79 |
| 9/17/2021 | 500 | $ 8.2219 | $ 4,110.95 |
| 9/17/2021 | 500 | $ 8.2250 | $ 4,112.50 |
| 9/17/2021 | 500 | $ 8.2219 | $ 4,110.95 |
| 9/17/2021 | 100 | $ 8.2201 | $ 822.01 |
| 9/17/2021 | 50 | $ 8.2201 | $ 411.01 |
| 10/4/2021 | 4,828 | $ 7.2350 | $ 34,930.58 |
| 10/4/2021 | 25,172 | $ 7.2300 | $ 181,993.56 |
| 10/4/2021 | 10,000 | $ 7.2400 | $ 72,400.00 |
| 10/4/2021 | 10,000 | $ 7.2408 | $ 72,408.00 |
| 10/4/2021 | 10,000 | $ 7.2401 | $ 72,401.00 |
| 10/4/2021 | 5,000 | $ 7.2501 | $ 36,250.50 |
| 10/4/2021 | 5,000 | $ 7.2507 | $ 36,253.50 |
| 10/4/2021 | 2,500 | $ 7.2401 | $ 18,100.25 |
| 10/4/2021 | 2,500 | $ 7.2409 | $ 18,102.25 |
| 10/4/2021 | 1,500 | $ 7.2413 | $ 10,861.95 |
| 10/4/2021 | 500 | $ 7.2401 | $ 3,620.05 |
| 10/4/2021 | 500 | $ 7.2401 | $ 3,620.05 |
| 10/4/2021 | 200 | $ 7.2401 | $ 1,448.02 |
| 10/4/2021 | 147 | $ 7.2417 | $ 1,064.53 |
| 10/4/2021 | 200 | $ 7.2401 | $ 1,448.02 |
| 10/4/2021 | 200 | $ 7.2404 | $ 1,448.08 |
| 10/4/2021 | 50 | $ 7.2401 | $ 362.01 |
| 10/4/2021 | 50 | $ 7.2401 | $ 362.01 |
| 10/11/2021 | 10,000 | $ 7.2209 | $ 72,209.00 |
| 10/11/2021 | 100 | $ 7.2250 | $ 722.50 |
| 10/11/2021 | 9,900 | $ 7.2200 | $ 71,478.00 |
| 10/11/2021 | 10,000 | $ 7.2201 | $ 72,201.00 |
| 10/11/2021 | 10,000 | $ 7.2201 | $ 72,201.00 |
| 10/26/2021 | 500 | $ 7.6001 | $ 3,800.05 |
| 10/26/2021 | 500 | $ 7.6201 | $ 3,810.05 |
| 10/26/2021 | 333 | $ 7.6216 | $ 2,537.99 |
| 10/26/2021 | 1,000 | $ 7.5800 | $ 7,580.00 |
| 10/26/2021 | 1,000 | $ 7.5701 | $ 7,570.10 |
| 10/26/2021 | 500 | $ 7.5715 | $ 3,785.75 |
| 10/26/2021 | 500 | $ 7.5500 | $ 3,775.00 |

| Date | Shares | Price | Total | | Date | Shares | Price | Total |
|---|---|---|---|---|---|---|---|---|
| 11/3/2021 | 6,451 | $ 7.7499 | $ 49,994.60 | | 10/26/2021 | 200 | $ 7.5500 | $ 1,510.00 |
| 11/3/2021 | 2,421 | $ 7.7499 | $ 18,762.51 | | 10/26/2021 | 100 | $ 7.5400 | $ 754.00 |
| 11/3/2021 | 700 | $ 7.7497 | $ 5,424.79 | | 10/26/2021 | 100 | $ 7.5400 | $ 754.00 |
| 11/3/2021 | 100 | $ 7.7450 | $ 774.50 | | 10/27/2021 | 66,137 | $ 7.6800 | $ 507,932.16 |
| | | | | | 10/29/2021 | 315 | $ 7.6850 | $ 2,420.78 |
| | | | | | 10/29/2021 | 2,991 | $ 7.6800 | $ 22,970.88 |
| | | | | | 10/29/2021 | 891 | $ 7.6450 | $ 6,811.70 |
| | | | | | 10/29/2021 | 2,000 | $ 7.6410 | $ 15,282.00 |
| | | | | | 10/29/2021 | 60,740 | $ 7.6400 | $ 464,053.60 |
| | | | | | 11/2/2021 | 10,000 | $ 7.8000 | $ 78,000.00 |
| | | | | | 11/2/2021 | 10,000 | $ 7.8002 | $ 78,002.00 |
| | | | | | 11/2/2021 | 8,690 | $ 7.8101 | $ 67,869.77 |
| | | | | | 11/4/2021 | 200 | $ 7.7850 | $ 1,557.00 |
| | | | | | 11/4/2021 | 3,600 | $ 7.7800 | $ 28,008.00 |
| | | | | | 11/4/2021 | 2 | $ 7.7702 | $ 15.54 |
| | | | | | 11/4/2021 | 422 | $ 7.7700 | $ 3,278.94 |
| | | | | | 11/4/2021 | 800 | $ 7.7603 | $ 6,208.24 |
| | | | | | 11/4/2021 | 1,036 | $ 7.7600 | $ 8,039.36 |
| | | | | | 11/4/2021 | 4 | $ 7.6800 | $ 30.72 |
| | | | | | 11/4/2021 | 3,936 | $ 7.6708 | $ 30,192.27 |
| | | | | | 11/4/2021 | 10,000 | $ 7.6505 | $ 76,505.00 |
| | | | Post-Class Period Sales: | | 11/11/2021** | 55,000 | $ 4.2400 | $ 233,200.00 |
| | | | | | 11/23/2021** | 31,974 | $ 4.1944 | $ 134,111.75 |
| | | | | | 12/3/2021** | 22,698 | $ 3.9644 | $ 89,983.95 |
| Total | 781,841 | | $ 6,350,218.17 | | | 781,841 | | $ 5,823,811.44 |
| | | | | | Estimated LIFO Loss: | | | ($526,406.73) |

\* Includes some after hours transactions.

\*\* The share price used is the greater of the actual sales price or average daily closing price from 11/11/21 through date of sale. *See* 15 U.S.C. §78u-4(e).