# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ——————————————————————— x | | |
| LISA WILEY, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:21-cv-10611-AJN-KHP |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ——————————————————————— x | | |
| JOHN PAUL O'BRIEN, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No. 1:22-cv-00567-AJN |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ——————————————————————— x | | |

## DECLARATION OF ADAM BERRY

I, Adam Berry, declare as follows:

1.      I submit this declaration in support of my motion for appointment as lead plaintiff and approval of my choice of counsel.  I have personal knowledge about the information in this declaration.

2.      I am attorney in Dearborn, Michigan, with a practice focused primarily on civil litigation and bankruptcy law.  I have been practicing for more than ten years and I am admitted to practice in various state courts in Michigan as well as the United States District and Bankruptcy Courts for the Eastern District of Michigan.  I received my law degree from the Detroit Mercy School of Law and my undergraduate degree from the University of Michigan.  I invest in the stock market on my own behalf and consider myself a knowledgeable investor.

3.      I have been in regular contact with my attorneys at Johnson Fistel, LLP since I retained the firm in December 2021.  Prior to seeking appointment as lead plaintiff, my counsel informed me of the lead plaintiff requirements and the fiduciary duties imposed by the federal securities laws.  I am fully committed to putting forth the time and effort necessary to effectively undertake my duties as lead plaintiff.

4.      I believe that I am capable and qualified to serve as lead plaintiff.  I understand that a lead plaintiff serves as a fiduciary to the class of investors represented in the litigation.  Given my significant losses, I am highly motivated to maximize the potential recovery for myself and other similarly situated members of the putative class.

5.      I am committed to directing the prosecution of this case and supervising my counsel by, among other things, regularly communicating with my counsel, reviewing important pleadings and discovery, and attending any necessary hearings, depositions and trial.  As part of my duties

- 2 -

as lead plaintiff, I will be involved in and weigh in on important litigation decisions such as any proposed settlement of this action.

6.      Although I understand that the Court will approve any future award of attorneys' fees and expenses (as well as any proposed settlement), I will review and consider any fee and expense application to help ensure its reasonableness prior to its submission to the Court.

7.      Prior to moving to be appointed lead plaintiff, I reviewed the qualifications of my choice of lead counsel, Johnson Fistel, LLP, and I selected it to serve as lead counsel based upon its substantial experience in prosecuting securities class actions and other shareholder litigation.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 7th day of February 2022.

DocuSigned by:

*Adam Berry*

C5BC3EF3C05C438...

Adam Berry