**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>Defendants. | Case No. 21-CV-10611-AJN<br><br><u>CLASS ACTION</u> |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>Defendants. | Case No. 22-CV-00567-AJN |

**NOTICE OF MOTION OF RICHARD CAVALIER, SAMIH AJAMI, AND ALEXANDER SOO TO CONSOLIDATE RELATED ACTIONS, BE APPOINTED AS LEAD PLAINTIFF, AND FOR APPROVAL OF COUNSEL**

00674411;V1

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 42 and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42(a) of the Federal Rules of Civil Procedure, lead plaintiff movants Richard Cavalier, Samih Ajami, and Alexander Soo ("Movants") hereby move this Court, the Honorable Alison J. Nathan, United States District Judge, for an Order:

(a)  consolidating the above-captioned related actions (the "Actions")

(b)  appointing Movants as Lead Plaintiff; and

(c)  approving Movants' selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Joseph R. Seidman, Jr., the exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Dated: February 8, 2022

Respectfully submitted,

*/s/ Joseph R. Seidman, Jr.*
**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
            seidman@bernlieb.com

*Counsel for Movants and Proposed Lead*
*Counsel for the Proposed Class*

00674411;V1                                     1

## CERTIFICATE OF SERVICE

I, Joseph R. Seidman, Jr., hereby certify that on February 8, 2022, a true and correct copy of the annexed NOTICE OF MOTION OF RICHARD CAVALIER, SAMIH AJAMI, AND ALEXANDER SOO TO CONSOLIDATE RELATED ACTIONS, APPOINTING AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: February 8, 2021                                     /s/ *Joseph R. Seidman, Jr.*
                                                            Joseph R, Seidman, Jr.

00674411;V1                                  2