**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>Defendants. | Case No. 21-CV-10611-AJN<br><br><u>CLASS ACTION</u> |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>Defendants. | Case No. 22-CV-00567-AJN |

**[PROPOSED] ORDER CONSOLIDATING CASES,**
**APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL**

00674413;V1

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.    The Motion of Richard Cavalier, Samih Ajami, and Alexander Soo for Consolidation of the Related Actions, Appointment as Lead Plaintiffs, and Approval of Counsel is granted.

II.   Richard Cavalier, Samih Ajami, and Alexander Soo are hereby appointed as Lead Plaintiffs for the proposed class pursuant to 15 U.S.C. § 78u-4 as amended by the Private Securities Litigation Reform Act of 1995.

III.  Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed class.


SO ORDERED, this ___ day of _____, 2022


_____
The Honorable Alison J. Nathan
United States District Judge

00674413;V1