**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>          Defendants. | Case No.: 1:21-cv-10611-AJN-KHP<br><br>Hon. Alison J. Nathan<br>Magistrate Judge Katherine H. Parker |
| JOHN PAUL O'BRIEN, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>          Defendants. | Case No.: 1:22-cv-00567-AJN-KHP<br><br>Hon. Alison J. Nathan<br>Magistrate Judge Katherine H. Parker |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF DR. RANGA THALLURI'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Dr. Ranga Thalluri ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Paysafe Limited ("Paysafe" or the "Company") f/k/a Foley Trasimene Acquisition Corp. II ("FTAC") securities;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Paysafe securities;

**Exhibit C**:    Press Release published December 10, 2021, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Wiley v. Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II., et. al.,* Case No. 1:21-cv-10611-AJN-KHP;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: February 8, 2022                          Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Dr. Ranga Thalluri and*
*[Proposed] Lead Counsel for the Class*

2