# EXHIBIT B

| Client Name | Dr. Ranga Thalluri |
|---|---|
| Company Name | Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II |
| Ticker Symbol | PSFE |
| Security Type | |
| Class Period Start | 12-07-2020 |
| Class Period End | 11-10-2021 |
| 90-DAY Lookback Period Start | 11-11-2021 |
| 90-DAY Lookback Period End | 02-08-2022 |
| 90-DAY Lookback Average | $ 03.79 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $504,989.54 |
| *DURA LIFO\* Total* | $437,633.07 |
| Gross Shares Purchased | 140,000 |
| Net Shares Retained | 57,700 |
| Net Funds Expended | $729,066.25 |

### Dr. Ranga Thalluri - Account 1

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-07-2020 | 1000 | 12.7 | $ 12,700.00 | 2-21-202 | 1000 | | $ 14.48 | $ 14,480.00 | - | - | - | $ 03.79 | | -$ 1,780.00 | -$ 1,780.00 |
| 12-08-2020 | 2000 | 12.6 | $ 25,200.00 | 2-21-202 | 2000 | | $ 14.48 | $ 28,960.00 | - | - | - | $ 03.79 | | -$ 3,760.00 | -$ 3,760.00 |
| 12-09-2020 | 2000 | 12.785 | $ 25,570.00 | 2-21-202 | 2000 | | $ 14.48 | $ 28,960.00 | - | - | - | $ 03.79 | | -$ 3,390.00 | -$ 3,390.00 |
| 12-15-2020 | 1000 | 13.9 | $ 13,900.00 | 2-21-202 | 1000 | | $ 14.48 | $ 14,480.00 | - | - | - | $ 03.79 | | -$ 580.00 | -$ 580.00 |
| 12-15-2020 | 14 | 13.66 | $ 191.24 | 2-21-202 | 14 | | $ 14.48 | $ 202.72 | - | - | - | $ 03.79 | | -$ 11.48 | -$ 11.48 |
| 12-15-2020 | 986 | 13.678 | $ 13,486.51 | 2-21-202 | 986 | | $ 14.48 | $ 14,277.28 | - | - | - | $ 03.79 | | -$ 790.77 | -$ 790.77 |
| 12-23-2020 | 2000 | 14.5799 | $ 29,159.80 | 2-24-202 | 2000 | | $ 15.60 | $ 31,200.00 | - | - | - | $ 03.79 | | -$ 2,040.20 | -$ 2,040.20 |
| 12-31-2020 | 416 | 15.1899 | $ 6,319.00 | 1-05-202 | 416 | | $ 14.65 | $ 6,094.40 | - | - | - | $ 03.79 | | $ 224.60 | |
| 12-31-2020 | 584 | 15.1899 | $ 8,870.90 | 1-06-08 | 584 | | $ 15.08 | $ 8,804.38 | - | - | - | $ 03.79 | | $ 66.52 | |
| 12-31-2020 | 1000 | 15.14 | $ 15,140.00 | 1-05-202 | 1000 | | $ 14.65 | $ 14,650.00 | - | - | - | $ 03.79 | | $ 490.00 | |
| 01-04-2021 | 2000 | 14 | $ 28,000.00 | 1-05-202 | 2000 | | $ 14.65 | $ 29,300.00 | - | - | - | $ 03.79 | | -$ 1,300.00 | -$ 1,300.00 |
| 01-06-2021 | 2000 | 14.49 | $ 28,980.00 | 1-07-202 | 2000 | | $ 15.14 | $ 30,280.00 | - | - | - | $ 03.79 | | -$ 1,300.00 | -$ 1,300.00 |
| 01-27-2021 | 1000 | 15.85 | $ 15,850.00 | 2-03-202 | 1000 | | $ 17.36 | $ 17,360.00 | - | - | - | $ 03.79 | | -$ 1,510.00 | -$ 1,510.00 |
| 01-29-2021 | 1000 | 15.0299 | $ 15,029.90 | 2-03-202 | 1000 | | $ 17.36 | $ 17,360.00 | - | - | - | $ 03.79 | | -$ 2,330.10 | -$ 2,330.10 |
| 01-29-2021 | 685 | 15.21 | $ 10,418.85 | 2-03-202 | 685 | | $ 17.36 | $ 11,891.60 | - | - | - | $ 03.79 | | -$ 1,472.75 | -$ 1,472.75 |
| 01-29-2021 | 200 | 15.205 | $ 3,041.00 | 2-03-202 | 200 | | $ 17.38 | $ 3,476.00 | - | - | - | $ 03.79 | | -$ 435.00 | -$ 435.00 |
| 01-29-2021 | 100 | 15.205 | $ 1,520.50 | 2-03-202 | 100 | | $ 17.36 | $ 1,736.00 | - | - | - | $ 03.79 | | -$ 215.50 | -$ 215.50 |
| 01-29-2021 | 15 | 15.2 | $ 228.00 | 2-03-202 | 15 | | $ 17.38 | $ 260.70 | - | - | - | $ 03.79 | | -$ 32.70 | -$ 32.70 |
| 03-01-2021 | 3000 | 15.37 | $ 46,110.00 | 3-16-202 | 3000 | | $ 17.16 | $ 51,480.00 | - | - | - | $ 03.79 | | -$ 5,370.00 | -$ 5,370.00 |
| 03-01-2021 | 1800 | 15.36 | $ 27,648.00 | 3-16-202 | 1800 | | $ 17.17 | $ 30,906.00 | - | - | - | $ 03.79 | | -$ 3,258.00 | -$ 3,258.00 |
| 03-01-2021 | 200 | 15.36 | $ 3,072.00 | 3-16-202 | 200 | | $ 17.16 | $ 3,432.00 | - | - | - | $ 03.79 | | -$ 360.00 | -$ 360.00 |
| 03-03-2021 | 5000 | 15.1999 | $ 75,999.50 | 3-16-202 | 5000 | | $ 17.15 | $ 85,750.00 | - | - | - | $ 03.79 | | -$ 9,750.50 | -$ 9,750.50 |
| 03-03-2021 | 3000 | 15.0899 | $ 45,269.70 | 3-16-202 | 3000 | | $ 17.15 | $ 51,450.00 | - | - | - | $ 03.79 | | -$ 6,180.30 | -$ 6,180.30 |
| 03-03-2021 | 1905 | 14.7 | $ 28,003.50 | 3-16-202 | 1905 | | $ 17.15 | $ 32,670.75 | - | - | - | $ 03.79 | | -$ 4,667.25 | -$ 4,667.25 |
| 03-03-2021 | 95 | 14.6999 | $ 1,396.49 | 3-16-202 | 95 | | $ 17.15 | $ 1,629.25 | - | - | - | $ 03.79 | | -$ 232.76 | -$ 232.76 |
| 03-31-2021 | 2000 | 15.38 | $ 30,760.00 | | | | | | - | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 23,171.29 | $ 23,171.29 |
| 03-31-2021 | 2000 | 14.8 | $ 29,600.00 | | | | | | - | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 22,011.29 | $ 22,011.29 |
| 03-31-2021 | 1300 | 14.3 | $ 18,590.00 | | | | | | - | 1300 | 1300 | $ 03.79 | $ 4,932.66 | $ 13,657.34 | $ 13,657.34 |
| 03-31-2021 | 700 | 14.27 | $ 9,989.00 | | | | | | - | 700 | 700 | $ 03.79 | $ 2,656.05 | $ 7,332.95 | $ 7,332.95 |
| 03-31-2021 | 3000 | 14.2 | $ 42,600.00 | | | | | | - | 3000 | 3000 | $ 03.79 | $ 11,383.06 | $ 31,216.94 | $ 31,216.94 |
| 03-31-2021 | 5000 | 13.95 | $ 69,750.00 | | | | | | - | 5000 | 5000 | $ 03.79 | $ 18,971.77 | $ 50,778.23 | $ 50,778.23 |
| 03-31-2021 | 5000 | 13.68 | $ 68,400.00 | | | | | | - | 5000 | 5000 | $ 03.79 | $ 18,971.77 | $ 49,428.23 | $ 49,428.23 |
| 04-09-2021 | 2000 | 13.93 | $ 27,860.00 | | | | | | - | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 20,271.29 | $ 20,271.29 |
| 04-16-2021 | 3000 | 13.63 | $ 40,890.00 | | | | | | - | 3000 | 3000 | $ 03.79 | $ 11,383.06 | $ 29,506.94 | $ 29,506.94 |
| 04-20-2021 | 2000 | 12.29 | $ 24,580.00 | 5-07-202 | 2000 | | $ 13.40 | $ 26,800.20 | - | - | - | $ 03.79 | | -$ 2,220.20 | -$ 2,220.20 |
| 05-11-2021 | 4000 | 11.67 | $ 46,680.00 | 5-18-202 | 4000 | | $ 12.13 | $ 48,520.40 | - | - | - | $ 03.79 | | -$ 1,840.40 | -$ 1,840.40 |
| 05-11-2021 | 1000 | 11.67 | $ 11,670.00 | | | | | | - | 1000 | 1000 | $ 03.79 | $ 3,794.35 | $ 7,875.65 | $ 7,875.65 |
| 06-14-2021 | 5000 | 11.62 | $ 58,100.00 | | | | | | - | 5000 | 5000 | $ 03.79 | $ 18,971.77 | $ 39,128.23 | $ 39,128.23 |
| 06-28-2021 | 40 | 12.27 | $ 490.80 | 1-11-2022 | | 40 | $ 03.98 | | $ 159.20 | 40 | - | $ 03.79 | | $ 331.60 | $ 331.60 |
| 06-28-2021 | 9960 | 12.35 | $ 123,006.00 | 1-11-2022 | | 9960 | $ 03.98 | | $ 39,640.80 | 9960 | - | $ 03.79 | | $ 83,365.20 | $ 83,365.20 |
| 07-02-2021 | 1000 | 11.4199 | $ 11,419.90 | 7-02-202 | 1000 | | $ 11.44 | $ 11,440.00 | - | - | - | $ 03.79 | | -$ 20.10 | -$ 20.10 |
| 07-16-2021 | 9300 | 10.42 | $ 96,906.00 | 1-11-2022 | | 9300 | $ 03.98 | | $ 37,014.00 | 9300 | - | $ 03.79 | | $ 59,892.00 | $ 59,892.00 |
| 07-16-2021 | 700 | 10.42 | $ 7,294.00 | 1-11-2022 | | 700 | $ 03.98 | | $ 2,786.07 | 700 | - | $ 03.79 | | $ 4,507.93 | $ 4,507.93 |
| 07-19-2021 | 1000 | 9.9 | $ 9,900.00 | 1-11-2022 | | 1000 | $ 03.98 | | $ 3,980.00 | 1000 | - | $ 03.79 | | $ 5,920.00 | $ 5,920.00 |
| 08-03-2021 | 3300 | 10.56 | $ 34,848.00 | 0-06-202 | 3300 | | $ 07.05 | $ 23,265.00 | - | - | - | $ 03.79 | | $ 11,583.00 | |
| 08-03-2021 | 6700 | 10.56 | $ 70,752.00 | 1-11-2022 | | 6700 | $ 03.98 | | $ 26,666.00 | 6700 | - | $ 03.79 | | $ 44,086.00 | $ 44,086.00 |
| 08-13-2021 | 50 | 10.2396 | $ 511.98 | 0-06-202 | 50 | | $ 07.05 | $ 352.50 | - | - | - | $ 03.79 | | $ 159.48 | |
| 08-13-2021 | 3100 | 10.235 | $ 31,728.50 | 0-06-202 | 3100 | | $ 07.05 | $ 21,857.48 | - | - | - | $ 03.79 | | $ 9,871.02 | |
| 08-13-2021 | 1850 | 10.235 | $ 18,934.75 | 0-06-202 | 1850 | | $ 07.05 | $ 13,042.50 | - | - | - | $ 03.79 | | $ 5,892.25 | |
| 08-19-2021 | 1100 | 8.08 | $ 8,888.00 | 0-06-202 | 1100 | | $ 07.07 | $ 7,777.77 | - | - | - | $ 03.79 | | $ 1,110.23 | |
| 08-19-2021 | 4000 | 8.08 | $ 32,320.00 | 0-06-202 | 4000 | | $ 07.07 | $ 28,280.40 | - | - | - | $ 03.79 | | $ 4,039.60 | |
| 08-19-2021 | 4000 | 8.08 | $ 32,320.00 | 0-06-202 | 4000 | | $ 07.06 | $ 28,240.40 | - | - | - | $ 03.79 | | $ 4,079.60 | |
| 08-19-2021 | 900 | 8.08 | $ 7,272.00 | 0-06-202 | 900 | | $ 07.05 | $ 6,345.72 | - | - | - | $ 03.79 | | $ 926.28 | |
| 08-26-2021 | 100 | 8.28 | $ 828.00 | 0-06-202 | 100 | | $ 07.09 | $ 709.01 | - | - | - | $ 03.79 | | $ 118.99 | |
| 08-26-2021 | 4000 | 8.28 | $ 33,120.00 | 0-06-202 | 4000 | | $ 07.09 | $ 28,360.40 | - | - | - | $ 03.79 | | $ 4,759.60 | |
| 08-26-2021 | 4000 | 8.28 | $ 33,120.00 | 0-06-202 | 4000 | | $ 07.07 | $ 28,280.00 | - | - | - | $ 03.79 | | $ 4,840.00 | |

| Trade Date | Shares | Price | Total Cost | Trade Date | Shares | Shares | Price | Proceeds | ... | ... | ... | Per Share | ... | ... | ... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-26-2021 | 1900 | 8.28 | $ 15,792.00 | 10-06-202 | 1900 | | $ 07.07 | $ 13,494.33 | - | - | - | $ 03.79 | | | $ 2,297.67 |
| 09-10-2021 | 1100 | 8.5492 | $ 9,404.12 | 10-06-202 | 1100 | | $ 07.11 | $ 7,821.88 | - | - | - | $ 03.79 | | | $ 1,582.24 |
| 09-10-2021 | 3900 | 8.5492 | $ 33,341.88 | 10-06-202 | 3900 | | $ 07.09 | $ 27,651.39 | - | - | - | $ 03.79 | | | $ 5,690.49 |
| 09-14-2021 | 3000 | 8.1799 | $ 24,539.70 | 10-06-202 | 3000 | | $ 07.11 | $ 21,331.50 | - | - | - | $ 03.79 | | | $ 3,208.20 |
| 09-14-2021 | 3000 | 8.1799 | $ 24,539.70 | 10-06-202 | 3000 | | $ 07.11 | $ 21,330.30 | - | - | - | $ 03.79 | | | $ 3,209.40 |
| 09-14-2021 | 3000 | 8.1799 | $ 24,539.70 | 10-06-202 | 3000 | | $ 07.11 | $ 21,332.40 | - | - | - | $ 03.79 | | | $ 3,207.30 |
| **Total:** | **140,000** | | **$1,646,330.92** | | **82,300** | **27700** | | **$917,264.66** | **$110,246.07** | **57,700** | **30,000** | | **$113,830.65** | **$504,989.54** | **$437,633.07** |

| | |
|---|---|
| **Client Name** | Dr. Ranga Thalluri |
| **Company Name** | Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II |
| **Ticker Symbol** | PSFE |
| **Security Type** | |
| **Class Period Start** | 12-07-2020 |
| **Class Period End** | 11-10-2021 |
| **90-DAY Lookback Period Start** | 11-11-2021 |
| **90-DAY Lookback Period End** | 02-08-2022 |
| **90-DAY Lookback Average** | $ 03.79 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $89,367.01 |
| *DURA LIFO\* Total* | $89,367.01 |
| **Gross Shares Purchased** | 22,200 |
| **Net Shares Retained** | 14,200 |
| **Net Funds Expended** | $143,246.85 |

### Dr. Ranga Thalluri - Account 2

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 07-13-2021 | 5000 | 11.0499 | $ 55,249.50 | | | | | | - | 5000 | 5000 | $ 03.79 | $ 18,971.77 | $ 36,277.73 | $ 36,277.73 |
| 07-13-2021 | 5000 | 11.06 | $ 55,300.00 | | | | | | - | 5000 | 5000 | $ 03.79 | $ 18,971.77 | $ 36,328.23 | $ 36,328.23 |
| 07-13-2021 | 6200 | 11.04 | $ 68,448.00 | 8-02-202 | 6200 | | $ 11.24 | $ 69,688.62 | - | - | - | $ 03.79 | | -$ 1,240.62 | -$ 1,240.62 |
| 07-13-2021 | 1800 | 11.0397 | $ 19,871.46 | 8-02-202 | 1800 | | $ 11.24 | $ 20,232.18 | - | - | - | $ 03.79 | | -$ 360.72 | -$ 360.72 |
| 09-14-2021 | 700 | 8.1697 | $ 5,718.79 | | | | | | - | 700 | 700 | $ 03.79 | $ 2,656.05 | $ 3,062.74 | $ 3,062.74 |
| 09-14-2021 | 600 | 8.169 | $ 4,901.40 | | | | | | - | 600 | 600 | $ 03.79 | $ 2,276.61 | $ 2,624.79 | $ 2,624.79 |
| 09-14-2021 | 2900 | 8.165 | $ 23,678.50 | | | | | | - | 2900 | 2900 | $ 03.79 | $ 11,003.63 | $ 12,674.87 | $ 12,674.87 |
| **Total:** | **22,200** | | **$233,167.65** | | **8,000** | | | **$89,920.80** | | **14,200** | **14,200** | | **$53,879.84** | **$89,367.01** | **$89,367.01** |

| | |
|---|---|
| **Client Name** | Dr. Ranga Thalluri |
| **Company Name** | Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II |
| **Ticker Symbol** | PSFE |
| **Security Type** | |
| **Class Period Start** | 12-07-2020 |
| **Class Period End** | 11-10-2021 |
| **90-DAY Lookback Period Start** | 11-11-2021 |
| **90-DAY Lookback Period End** | 02-08-2022 |
| **90-DAY Lookback Average** | $ 03.79 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $354,421.08 |
| *DURA LIFO\* Total* | $354,421.08 |
| **Gross Shares Purchased** | 42,600 |
| **Net Shares Retained** | 42,600 |
| **Net Funds Expended** | $516,060.60 |

### Dr. Ranga Thalluri - Account 3

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-29-2021 | 3000 | 13.6499 | $ 40,949.70 | | | | | | - | 3000 | 3000 | $ 03.79 | $ 11,383.06 | $ 29,566.64 | $ 29,566.64 |
| 05-04-2021 | 10000 | 13.11 | $ 131,100.00 | | | | | | - | 10000 | 10000 | $ 03.79 | $ 37,943.55 | $ 93,156.45 | $ 93,156.45 |
| 05-06-2021 | 7000 | 12.9399 | $ 90,579.30 | | | | | | - | 7000 | 7000 | $ 03.79 | $ 26,560.48 | $ 64,018.82 | $ 64,018.82 |
| 05-06-2021 | 1000 | 12.9395 | $ 12,939.50 | | | | | | - | 1000 | 1000 | $ 03.79 | $ 3,794.35 | $ 9,145.15 | $ 9,145.15 |
| 05-06-2021 | 9000 | 12.9699 | $ 116,729.10 | | | | | | - | 9000 | 9000 | $ 03.79 | $ 34,149.19 | $ 82,579.91 | $ 82,579.91 |
| 05-06-2021 | 1100 | 12.83 | $ 14,113.00 | | | | | | - | 1100 | 1100 | $ 03.79 | $ 4,173.79 | $ 9,939.21 | $ 9,939.21 |
| 05-11-2021 | 5500 | 11.7 | $ 64,350.00 | | | | | | - | 5500 | 5500 | $ 03.79 | $ 20,868.95 | $ 43,481.05 | $ 43,481.05 |
| 10-01-2021 | 6000 | 7.55 | $ 45,300.00 | | | | | | - | 6000 | 6000 | $ 03.79 | $ 22,766.13 | $ 22,533.87 | $ 22,533.87 |
| **Total:** | **42,600** | | **$516,060.60** | | | | | | | **42,600** | **42,600** | | **$161,639.52** | **$354,421.08** | **$354,421.08** |

| | |
|---|---|
| **Client Name** | Dr. Ranga Thalluri |
| **Company Name** | Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II |
| **Ticker Symbol** | PSFE |
| **Security Type** | |
| **Class Period Start** | 12-07-2020 |
| **Class Period End** | 11-10-2021 |
| **90-DAY Lookback Period Start** | 11-11-2021 |
| **90-DAY Lookback Period End** | 02-08-2022 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $1,125,673.31 |
| *DURA LIFO\* Total* | $1,125,673.31 |
| **Gross Shares Purchased** | 159,174 |
| **Net Shares Retained** | 140,674 |
| **Net Funds Expended** | $1,659,440.38 |

**Dr. Ranga Thalluri - Account 4**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-08-2020 | 800 | 12.7 | $ 10,160.00 | 1-05-202 | 800 | | $ 14.66 | $ 11,728.00 | - | | - | - | $ 03.79 | | -$ 1,568.00 | -$ 1,568.00 |
| 12-08-2020 | 1200 | 12.6999 | $ 15,239.88 | 1-05-202 | 1200 | | $ 14.66 | $ 17,592.00 | - | | - | - | $ 03.79 | | -$ 2,352.12 | -$ 2,352.12 |
| 12-09-2020 | 2000 | 12.7499 | $ 25,499.80 | 2-28-202 | 2000 | | $ 16.54 | $ 33,080.00 | - | | - | - | $ 03.79 | | -$ 7,580.20 | -$ 7,580.20 |
| 12-09-2020 | 2000 | 12.655 | $ 25,310.00 | 2-28-202 | 2000 | | $ 16.54 | $ 33,080.00 | - | | - | - | $ 03.79 | | -$ 7,770.00 | -$ 7,770.00 |
| 12-14-2020 | 2000 | 14.6199 | $ 29,239.80 | 2-28-202 | 2000 | | $ 16.54 | $ 33,080.00 | - | | - | - | $ 03.79 | | -$ 3,840.20 | -$ 3,840.20 |
| 01-05-2021 | 2000 | 14.05 | $ 28,100.00 | 1-05-202 | 2000 | | $ 14.66 | $ 29,320.00 | - | | - | - | $ 03.79 | | -$ 1,220.00 | -$ 1,220.00 |
| 01-06-2021 | 788 | 14.49 | $ 11,418.12 | 1-07-202 | 788 | | $ 15.20 | $ 11,979.02 | - | | - | - | $ 03.79 | | -$ 560.90 | -$ 560.90 |
| 01-06-2021 | 1212 | 14.5 | $ 17,574.00 | 1-07-202 | 1212 | | $ 15.20 | $ 18,424.58 | - | | - | - | $ 03.79 | | -$ 850.58 | -$ 850.58 |
| 01-11-2021 | 1000 | 14.64 | $ 14,640.00 | 1-11-202 | 1000 | | $ 15.16 | $ 15,160.00 | - | | - | - | $ 03.79 | | -$ 520.00 | -$ 520.00 |
| 01-27-2021 | 1000 | 15.83 | $ 15,830.00 | 2-03-202 | 1000 | | $ 17.36 | $ 17,360.00 | - | | - | - | $ 03.79 | | -$ 1,530.00 | -$ 1,530.00 |
| 01-27-2021 | 400 | 15.3588 | $ 6,143.52 | 2-03-202 | 400 | | $ 17.36 | $ 6,944.00 | - | | - | - | $ 03.79 | | -$ 800.48 | -$ 800.48 |
| 01-27-2021 | 100 | 15.34 | $ 1,534.00 | 2-03-202 | 100 | | $ 17.36 | $ 1,736.00 | - | | - | - | $ 03.79 | | -$ 202.00 | -$ 202.00 |
| 01-28-2021 | 1000 | 15.0798 | $ 15,079.80 | 2-03-202 | 1000 | | $ 17.36 | $ 17,360.00 | - | | - | - | $ 03.79 | | -$ 2,280.20 | -$ 2,280.20 |
| 01-29-2021 | 1000 | 15.12 | $ 15,120.00 | 2-03-202 | 1000 | | $ 17.36 | $ 17,360.00 | - | | - | - | $ 03.79 | | -$ 2,240.00 | -$ 2,240.00 |
| 01-29-2021 | 1000 | 15.0097 | $ 15,009.70 | 2-03-202 | 1000 | | $ 17.36 | $ 17,360.00 | - | | - | - | $ 03.79 | | -$ 2,350.30 | -$ 2,350.30 |
| 02-10-2021 | 1000 | 16.57 | $ 16,570.00 | 2-22-202 | 1000 | | $ 17.79 | $ 17,790.10 | - | | - | - | $ 03.79 | | -$ 1,220.10 | -$ 1,220.10 |
| 02-24-2021 | 2000 | 16.24 | $ 32,480.00 | | | | | | - | | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 24,891.29 | $ 24,891.29 |
| 02-25-2021 | 247 | 15.83 | $ 3,910.01 | | | | | | - | | 247 | 247 | $ 03.79 | $ 937.21 | $ 2,972.80 | $ 2,972.80 |
| 02-25-2021 | 1753 | 15.86 | $ 27,802.58 | | | | | | - | | 1753 | 1753 | $ 03.79 | $ 6,651.50 | $ 21,151.08 | $ 21,151.08 |
| 02-25-2021 | 1000 | 15.265 | $ 15,265.00 | | | | | | - | | 1000 | 1000 | $ 03.79 | $ 3,794.35 | $ 11,470.65 | $ 11,470.65 |
| 02-26-2021 | 84 | 14.68 | $ 1,233.12 | | | | | | - | | 84 | 84 | $ 03.79 | $ 318.73 | $ 914.39 | $ 914.39 |
| 03-03-2021 | 2000 | 15.2 | $ 30,400.00 | | | | | | - | | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 22,811.29 | $ 22,811.29 |
| 03-04-2021 | 2000 | 14.05 | $ 28,100.00 | | | | | | - | | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 20,511.29 | $ 20,511.29 |
| 03-04-2021 | 3000 | 14 | $ 42,000.00 | | | | | | - | | 3000 | 3000 | $ 03.79 | $ 11,383.06 | $ 30,616.94 | $ 30,616.94 |
| 03-04-2021 | 2000 | 13.4799 | $ 26,959.80 | | | | | | - | | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 19,371.09 | $ 19,371.09 |
| 03-31-2021 | 2000 | 15.3 | $ 30,600.00 | | | | | | - | | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 23,011.29 | $ 23,011.29 |
| 03-31-2021 | 2000 | 15.0099 | $ 30,019.80 | | | | | | - | | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 22,431.09 | $ 22,431.09 |
| 04-09-2021 | 2000 | 13.87 | $ 27,740.00 | | | | | | - | | 2000 | 2000 | $ 03.79 | $ 7,588.71 | $ 20,151.29 | $ 20,151.29 |
| 04-09-2021 | 2290 | 13.84 | $ 31,693.60 | | | | | | - | | 2290 | 2290 | $ 03.79 | $ 8,689.07 | $ 23,004.53 | $ 23,004.53 |
| 04-12-2021 | 500 | 13.2893 | $ 6,644.65 | | | | | | - | | 500 | 500 | $ 03.79 | $ 1,897.18 | $ 4,747.47 | $ 4,747.47 |
| 04-19-2021 | 4000 | 13.05 | $ 52,200.00 | | | | | | - | | 4000 | 4000 | $ 03.79 | $ 15,177.42 | $ 37,022.58 | $ 37,022.58 |
| 04-19-2021 | 5500 | 12.7699 | $ 70,234.45 | | | | | | - | | 5500 | 5500 | $ 03.79 | $ 20,868.95 | $ 49,365.50 | $ 49,365.50 |
| 04-19-2021 | 1400 | 12.9193 | $ 18,087.02 | | | | | | - | | 1400 | 1400 | $ 03.79 | $ 5,312.10 | $ 12,774.92 | $ 12,774.92 |
| 04-27-2021 | 5000 | 13.93 | $ 69,650.00 | | | | | | - | | 5000 | 5000 | $ 03.79 | $ 18,971.77 | $ 50,678.23 | $ 50,678.23 |
| 04-29-2021 | 3000 | 13.803 | $ 41,409.00 | | | | | | - | | 3000 | 3000 | $ 03.79 | $ 11,383.06 | $ 30,025.94 | $ 30,025.94 |
| 05-03-2021 | 5500 | 13.63 | $ 74,965.00 | | | | | | - | | 5500 | 5500 | $ 03.79 | $ 20,868.95 | $ 54,096.05 | $ 54,096.05 |
| 05-06-2021 | 5450 | 12.77 | $ 69,596.50 | | | | | | - | | 5450 | 5450 | $ 03.79 | $ 20,679.23 | $ 48,917.27 | $ 48,917.27 |
| 05-06-2021 | 400 | 12.769 | $ 5,107.60 | | | | | | - | | 400 | 400 | $ 03.79 | $ 1,517.74 | $ 3,589.86 | $ 3,589.86 |
| 05-06-2021 | 700 | 12.7675 | $ 8,937.25 | | | | | | - | | 700 | 700 | $ 03.79 | $ 2,656.05 | $ 6,281.20 | $ 6,281.20 |
| 05-06-2021 | 3200 | 12.765 | $ 40,848.00 | | | | | | - | | 3200 | 3200 | $ 03.79 | $ 12,141.94 | $ 28,706.06 | $ 28,706.06 |
| 05-06-2021 | 2850 | 12.8 | $ 36,480.00 | | | | | | - | | 2850 | 2850 | $ 03.79 | $ 10,813.91 | $ 25,666.09 | $ 25,666.09 |
| 05-06-2021 | 100 | 12.799 | $ 1,279.90 | | | | | | - | | 100 | 100 | $ 03.79 | $ 379.44 | $ 900.46 | $ 900.46 |
| 05-06-2021 | 300 | 12.795 | $ 3,838.50 | | | | | | - | | 300 | 300 | $ 03.79 | $ 1,138.31 | $ 2,700.19 | $ 2,700.19 |
| 05-06-2021 | 8400 | 12.7499 | $ 107,099.16 | | | | | | - | | 8400 | 8400 | $ 03.79 | $ 31,872.58 | $ 75,226.58 | $ 75,226.58 |
| 05-06-2021 | 200 | 12.7497 | $ 2,549.94 | | | | | | - | | 200 | 200 | $ 03.79 | $ 758.87 | $ 1,791.07 | $ 1,791.07 |
| 05-06-2021 | 400 | 12.745 | $ 5,098.00 | | | | | | - | | 400 | 400 | $ 03.79 | $ 1,517.74 | $ 3,580.26 | $ 3,580.26 |
| 05-11-2021 | 4500 | 11.75 | $ 52,875.00 | | | | | | - | | 4500 | 4500 | $ 03.79 | $ 17,074.60 | $ 35,800.40 | $ 35,800.40 |
| 05-11-2021 | 1000 | 11.6699 | $ 11,669.90 | | | | | | - | | 1000 | 1000 | $ 03.79 | $ 3,794.35 | $ 7,875.55 | $ 7,875.55 |
| 05-11-2021 | 2976 | 11.72 | $ 34,878.72 | | | | | | - | | 2976 | 2976 | $ 03.79 | $ 11,292.00 | $ 23,586.72 | $ 23,586.72 |
| 05-11-2021 | 7024 | 11.73 | $ 82,391.52 | | | | | | - | | 7024 | 7024 | $ 03.79 | $ 26,651.55 | $ 55,739.97 | $ 55,739.97 |
| 05-11-2021 | 3700 | 11.73 | $ 43,401.00 | | | | | | - | | 3700 | 3700 | $ 03.79 | $ 14,039.11 | $ 29,361.89 | $ 29,361.89 |
| 05-27-2021 | 700 | 11.3799 | $ 7,965.93 | | | | | | - | | 700 | 700 | $ 03.79 | $ 2,656.05 | $ 5,309.88 | $ 5,309.88 |
| 06-10-2021 | 5900 | 11.8399 | $ 69,855.41 | | | | | | - | | 5900 | 5900 | $ 03.79 | $ 22,386.69 | $ 47,468.72 | $ 47,468.72 |
| 06-22-2021 | 6500 | 11.13 | $ 72,345.00 | | | | | | - | | 6500 | 6500 | $ 03.79 | $ 24,663.31 | $ 47,681.69 | $ 47,681.69 |
| 07-01-2021 | 1450 | 11.6899 | $ 16,950.36 | | | | | | - | | 1450 | 1450 | $ 03.79 | $ 5,501.81 | $ 11,448.54 | $ 11,448.54 |
| 07-01-2021 | 330 | 11.689 | $ 3,857.37 | | | | | | - | | 330 | 330 | $ 03.79 | $ 1,252.14 | $ 2,605.23 | $ 2,605.23 |
| 07-01-2021 | 1120 | 11.685 | $ 13,087.20 | | | | | | - | | 1120 | 1120 | $ 03.79 | $ 4,249.68 | $ 8,837.52 | $ 8,837.52 |
| 07-02-2021 | 189 | 11.51 | $ 2,175.39 | | | | | | - | | 189 | 189 | $ 03.79 | $ 717.13 | $ 1,458.26 | $ 1,458.26 |
| 07-02-2021 | 2811 | 11.52 | $ 32,382.72 | | | | | | - | | 2811 | 2811 | $ 03.79 | $ 10,665.93 | $ 21,716.79 | $ 21,716.79 |
| 07-02-2021 | 1700 | 11.43 | $ 19,431.00 | | | | | | - | | 1700 | 1700 | $ 03.79 | $ 6,450.40 | $ 12,980.60 | $ 12,980.60 |
| 07-02-2021 | 500 | 11.4299 | $ 5,714.95 | | | | | | - | | 500 | 500 | $ 03.79 | $ 1,897.18 | $ 3,817.77 | $ 3,817.77 |
| 07-02-2021 | 100 | 11.425 | $ 1,142.50 | | | | | | - | | 100 | 100 | $ 03.79 | $ 379.44 | $ 763.06 | $ 763.06 |
| 07-13-2021 | 1370 | 11.05 | $ 15,138.50 | | | | | | - | | 1370 | 1370 | $ 03.79 | $ 5,198.27 | $ 9,940.23 | $ 9,940.23 |
| 07-13-2021 | 1030 | 11.0499 | $ 11,381.40 | | | | | | - | | 1030 | 1030 | $ 03.79 | $ 3,908.19 | $ 7,473.21 | $ 7,473.21 |
| 07-13-2021 | 200 | 11.0497 | $ 2,209.94 | | | | | | - | | 200 | 200 | $ 03.79 | $ 758.87 | $ 1,451.07 | $ 1,451.07 |
| 07-16-2021 | 930 | 10.59 | $ 9,848.70 | | | | | | - | | 930 | 930 | $ 03.79 | $ 3,528.75 | $ 6,319.95 | $ 6,319.95 |
| 07-16-2021 | 670 | 10.5897 | $ 7,095.10 | | | | | | - | | 670 | 670 | $ 03.79 | $ 2,542.22 | $ 4,552.88 | $ 4,552.88 |

| Date | Shares | Price | Amount | | | | Shares | Shares | Price | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-03-2021 | 7600 | 10.6299 | $80,787.24 | | | - | 7600 | 7600 | $03.79 | $28,897.10 | $51,950.14 | $51,950.14 |
| 08-03-2021 | 500 | 10.6699 | $5,334.95 | | | - | 500 | 500 | $03.79 | $1,897.18 | $3,437.77 | $3,437.77 |
| 08-19-2021 | 10000 | 8.12 | $81,200.00 | | | - | 10000 | 10000 | $03.79 | $37,943.55 | $43,256.45 | $43,256.45 |
| 08-26-2021 | 6500 | 8.28 | $53,820.00 | | | - | 6500 | 6500 | $03.79 | $24,663.31 | $29,156.69 | $29,156.69 |
| 09-14-2021 | 2100 | 8.1699 | $17,156.79 | | | - | 2100 | 2100 | $03.79 | $7,968.15 | $9,188.64 | $9,188.64 |
| **Total:** | **159,174** | | **$1,958,794.08** | **18,500** | **$299,353.70** | | **140,674** | **140,674** | | **$533,767.07** | **$1,125,673.31** | **$1,125,673.31** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $2,074,450.94 |
| *DURA LIFO* Total* | $2,007,094.48 |
| Gross Shares Purchased | 363,974 |
| Net Shares Retained | 255,174 |
| Net Funds Expended | $3,047,814.09 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.