**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-CV-10611-AJN |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD, | |
| Defendants. | |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 22-CV-00567-AJN |
| Plaintiff, | |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD, | |
| Defendants. | |

**DECLARATION OF JOSEPH R. SEIDMAN, JR. IN SUPPORT OF**
**RICHARD CAVALIER, SAMIH AJAMI, AND ALEXANDER SOO'S MOTION**
**FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

00674412;V1

I, JOSEPH R. SEIDMAN, JR., hereby declare under penalties of perjury that:

1.     I am Senior Counsel with Bernstein Liebhard LLP. I make this Declaration in Support of Richard Cavalier, Samih Ajami, and Alexander Soo's Motion for Consolidation of the Related Actions, Appointment as Lead Plaintiffs, and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.     Attached hereto are true and correct copies of the following documents:

Exhibit A:     The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:     Richard Cavalier, Samih Ajami, and Alexander Soo's sworn certifications pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:     Assignment;

Exhibit D:     Loss Chart;

Exhibit E:     Joint Declaration; and

Exhibit F:     Firm Résumé of Bernstein Liebhard LLP.

Executed: February 8, 2022                    /s/ Joseph R. Seidman, Jr.
                                              JOSEPH R. SEIDMAN, JR.

## CERTIFICATE OF SERVICE

I, JOSEPH R. SEIDMAN, JR., hereby certify that on February 8, 2022, a true and correct copy of the annexed DECLARATION OF JOSEPH R. SEIDMAN, JR. IN SUPPORT OF RICHARD CAVALIER, SAMIH AJAMI, AND ALEXANDER SOO'S MOTION FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: February 8, 2022                                      /s/ Joseph R. Seidman, Jr.
                                                             Joseph R. Seidman, Jr.

00674412;V1                               2