# EXHIBIT C

**ASSIGNMENT**

CHELLEN CAVALIER, the undersigned assignor, hereby assigns, transfers and sets over to her husband RICHARD CAVALIER all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the state and/or federal securities laws of the United States of America in connection with the purchase of Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II securities.  Further, the Assignor hereby appoints RICHARD CAVALIER as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. RICHARD CAVALIER agrees to remit any proceeds received as a result of this assignment to the Assignor. This Assignment (which is coupled with an interest) may not be revoked without the written consent of RICHARD CAVALIER.  This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.  We declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 11, 2022
Dated: _____

_____
CHELLEN CAVALIER

Richard Cavalier
55664AD2CD30400...
_____
RICHARD CAVALIER

## ASSIGNMENT

CHELLEN CAVALIER, the undersigned assignor, hereby assigns, transfers and sets over to her husband RICHARD CAVALIER all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the state and/or federal securities laws of the United States of America in connection with the purchase of Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II securities.  Further, the Assignor hereby appoints RICHARD CAVALIER as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. RICHARD CAVALIER agrees to remit any proceeds received as a result of this assignment to the Assignor. This Assignment (which is coupled with an interest) may not be revoked without the written consent of RICHARD CAVALIER.  This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.  We declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

January 11, 2022

Dated: _____

DocuSigned by:

*Chellen Cavalier*

1F11C565D25A4D4...

_____

CHELLEN CAVALIER

_____

RICHARD CAVALIER

00670084;V1                                                      1