**EXHIBIT D**

**Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II (PSFE/BFT)**

FIFO/LIFO Losses
Class Period: 12/07/2020 - 11/10/2021

Hold Price:    $3.7997

| MOVANT | | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | |
| Samih Ajami  - Common Stock | | 02/22/21 | 1 | 16.9800 | 16.98 | 02/25/21 | 1 | 15.3046 | 15.30 | | | |
| | | 03/10/21 | 1 | 14.9400 | 14.94 | | | | | | | |
| | | 03/31/21 | 4 | 14.1399 | 56.56 | 06/10/21 | 5 | 11.8950 | 59.48 | | | |
| | Exchange BFT to PSFE | 03/31/21 | 1 | | 0.00 | 03/31/21 | 1 | | | | | |
| | | 06/10/21 | 1 | 11.8450 | 11.85 | | | | | | | |
| **Samih Ajami  - Common Stock Totals** | | | **8** | | **$100.32** | | **7** | | **$74.78** | **1** | **$3.80** | **($21.75)** |
| Samih Ajami - JBFT Jul 16 2021 15.0 Call | | 02/18/21 | 25 | 5.6000 | 14,000.00 | 02/23/21 | 1 | 4.9100 | 491.00 | | | |
| | | 02/18/21 | 10 | 5.4000 | 5,400.00 | 02/23/21 | 1 | 4.9600 | 496.00 | | | |
| | | 02/18/21 | 5 | 5.6000 | 2,800.00 | 02/24/21 | 5 | 5.0200 | 2,510.00 | | | |
| | | 02/18/21 | 5 | 5.6000 | 2,800.00 | 02/24/21 | 5 | 4.9900 | 2,495.00 | | | |
| | | 02/18/21 | 5 | 5.6000 | 2,800.00 | 02/24/21 | 5 | 4.9800 | 2,490.00 | | | |
| | | 02/19/21 | 5 | 5.6000 | 2,800.00 | 02/24/21 | 5 | 4.9600 | 2,480.00 | | | |
| | | 02/19/21 | 5 | 5.6000 | 2,800.00 | 02/25/21 | 10 | 4.2600 | 4,260.00 | | | |
| | | 02/19/21 | 5 | 5.5000 | 2,750.00 | 02/25/21 | 10 | 4.2500 | 4,250.00 | | | |
| | | 02/19/21 | 1 | 5.4800 | 548.00 | 02/25/21 | 5 | 4.3200 | 2,160.00 | | | |
| | | 02/19/21 | 1 | 5.5000 | 550.00 | 02/26/21 | 3 | 4.3000 | 1,290.00 | | | |
| | | 02/19/21 | 3 | 5.7700 | 1,731.00 | 03/01/21 | 1 | 4.3000 | 430.00 | | | |
| | | 02/19/21 | 5 | 5.6900 | 2,845.00 | 03/01/21 | 9 | 4.2200 | 3,798.00 | | | |
| | | 02/22/21 | 2 | 5.5400 | 1,108.00 | 03/01/21 | 50 | 4.2100 | 21,050.00 | | | |
| | | 02/22/21 | 1 | 5.6000 | 560.00 | | | | | | | |
| | | 02/22/21 | 1 | 5.4000 | 540.00 | | | | | | | |
| | | 02/22/21 | 1 | 5.4000 | 540.00 | | | | | | | |
| | | 02/23/21 | 5 | 4.9600 | 2,480.00 | | | | | | | |
| | | 02/24/21 | 2 | 5.3100 | 1,062.00 | | | | | | | |
| | | 02/24/21 | 5 | 5.0200 | 2,510.00 | | | | | | | |
| | | 02/24/21 | 5 | 5.0600 | 2,530.00 | | | | | | | |
| | | 03/01/21 | 3 | 4.5800 | 1,374.00 | | | | | | | |
| | | 03/01/21 | 5 | 4.4000 | 2,200.00 | | | | | | | |
| | | 03/01/21 | 5 | 4.4300 | 2,215.00 | | | | | | | |
| **Samih Ajami - JBFT Jul 16 2021 15.0 Call Totals** | | | **110** | | **$58,943.00** | | **110** | | **$48,200.00** | **-** | | **($10,743.00)** |

**Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II (PSFE/BFT)**

FIFO/LIFO Losses

Class Period: 12/07/2020 - 11/10/2021

Hold Price:    $3.7997

| MOVANT | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | **ESTIMATED LOSSES** |
| Samih Ajami - BFT Jul 16 2021 10.0 Call/PSFE Jul 16 2021 10.0 Call | 03/10/21 | 200 | 5.8500 | 117,000.00 | 03/10/21 | 2 | 5.6500 | 1,130.00 | | | |
| | 03/10/21 | 200 | 5.8500 | 117,000.00 | 03/11/21 | 3 | 5.7500 | 1,725.00 | | | |
| | 03/10/21 | 50 | 5.8000 | 29,000.00 | 03/11/21 | 5 | 5.8400 | 2,920.00 | | | |
| | 03/10/21 | 24 | 5.7500 | 13,800.00 | 03/11/21 | 5 | 5.8200 | 2,910.00 | | | |
| | 03/10/21 | 26 | 5.6200 | 14,612.00 | 03/16/21 | 5 | 7.1000 | 3,550.00 | | | |
| | 03/10/21 | 50 | 5.5500 | 27,750.00 | 03/16/21 | 5 | 7.2500 | 3,625.00 | | | |
| | 03/10/21 | 25 | 5.5800 | 13,950.00 | 03/17/21 | 5 | 6.6900 | 3,345.00 | | | |
| | 03/10/21 | 25 | 5.4400 | 13,600.00 | 03/18/21 | 2 | 6.4300 | 1,286.00 | | | |
| | 03/10/21 | 25 | 5.4800 | 13,700.00 | 03/18/21 | 3 | 6.4000 | 1,920.00 | | | |
| | 03/10/21 | 25 | 5.6000 | 14,000.00 | 03/22/21 | 3 | 6.4500 | 1,935.00 | | | |
| | 03/10/21 | 10 | 5.5500 | 5,550.00 | 03/22/21 | 2 | 6.4500 | 1,290.00 | | | |
| | 03/10/21 | 5 | 5.5200 | 2,760.00 | 04/16/21 | 215 | 3.9000 | 83,850.00 | | | |
| | 03/10/21 | 3 | 5.5000 | 1,650.00 | 04/16/21 | 52 | 3.8500 | 20,020.00 | | | |
| | 03/10/21 | 2 | 5.4900 | 1,098.00 | 04/16/21 | 93 | 3.8000 | 35,340.00 | | | |
| | 03/11/21 | 5 | 5.7400 | 2,870.00 | 05/07/21 | 5 | 3.5700 | 1,785.00 | | | |
| | 03/12/21 | 5 | 5.6800 | 2,840.00 | 06/10/21 | 350 | 2.0300 | 71,050.00 | | | |
| | 03/12/21 | 3 | 5.6600 | 1,698.00 | | | | | | | |
| | 03/12/21 | 2 | 5.7500 | 1,150.00 | | | | | | | |
| | 03/12/21 | 5 | 5.7000 | 2,850.00 | | | | | | | |
| | 03/12/21 | 5 | 5.7000 | 2,850.00 | | | | | | | |
| | 03/15/21 | 5 | 5.7500 | 2,875.00 | | | | | | | |
| Exchange | 03/31/21 | 660 | | 0.00 | 03/31/21 | 660 | | | | | |
| | 04/30/21 | 50 | 4.0000 | 20,000.00 | | | | | | | |
| | 05/17/21 | 5 | 1.7200 | 860.00 | | | | | | | |
| **Samih Ajami - BFT Jul 16 2021 10.0 Call/PSFE Jul 16 2021 10.0 Call Totals** | | **1,415** | | **$423,463.00** | | **1,415** | | **$237,681.00** | **-** | | **($185,782.00)** |
| Samih Ajami  - PSFE Jan 21 2022 15.0 Call | 06/10/21 | 325 | 1.4800 | 48,100.00 | | | | | | | |
| | 06/10/21 | 25 | 1.4900 | 3,725.00 | | | | | | | |
| | 06/17/21 | 50 | 1.2800 | 6,400.00 | | | | | | | |
| | 06/18/21 | 30 | 1.2700 | 3,810.00 | Expiration | 430 | 0.0000 | | | | |
| **Samih Ajami  - PSFE Jan 21 2022 15.0 Call Totals** | | **430** | | **$62,035.00** | | **430** | | **$0.00** | **-** | | **($62,035.00)** |
| **Samih Ajami Total** | | | | | | | | | | | **($258,581.75)** |

**Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II (PSFE/BFT)**

FIFO/LIFO Losses

Class Period: 12/07/2020 - 11/10/2021

Hold Price:    $3.7997

| MOVANT | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
| Richard Cavalier - Warrants | 01/26/21 | 2,400 | 5.4382 | 13,051.68 | 03/24/21 | 5,000 | 5.5000 | 27,500.00 | | | |
| | 01/26/21 | 2,600 | 5.4350 | 14,131.00 | | | | | | | |
| **Richard Cavalier - Warrants Totals** | | **5,000** | | **$27,182.68** | | **5,000** | | **$27,500.00** | **-** | | **$317.32** |
| Richard Cavalier - Common Stock | 01/26/21 | 1,000 | 17.6420 | 17,642.00 | *12/27/21* | *500* | *3.9402* | 1,970.10 | | | |
| | 03/24/21 | 2,000 | 15.7500 | 31,500.00 | | | | | | | |
| | 03/30/21 | 1,040 | 15.2800 | 15,891.20 | | | | | | | |
| | 03/30/21 | 1,183 | 15.2800 | 18,076.24 | | | | | | | |
| | 03/31/21 | 63 | 14.0000 | 882.00 | | | | | | | |
| | 04/15/21 | 4,311 | 14.1800 | 61,129.98 | | | | | | | |
| | 06/08/21 | 4,689 | 11.9899 | 56,220.64 | | | | | | | |
| | 07/07/21 | 3 | 11.2399 | 33.72 | | | | | | | |
| | 07/13/21 | 4,997 | 11.1900 | 55,916.43 | | | | | | | |
| **Richard Cavalier - Common Stock Totals** | | **19,286** | | **$257,292.21** | | **500** | | **$1,970.10** | **18,786** | **$71,380.54** | **($183,941.57)** |
| **Richard Cavalier Total** | | **24,286** | | **$284,474.89** | | **5,500** | | **$29,470.10** | **18,786** | **$71,380.54** | **($183,624.25)** |

**Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II (PSFE/BFT)**

FIFO/LIFO Losses

Class Period: 12/07/2020 - 11/10/2021

Hold Price:    $3.7997

| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALEXANDER SOO (Account 1) | 08/13/21 | 70 | 10.4700 | 732.90 | 12/29/21 | 5,000 | 3.9100 | 19,550.00 | | | |
| | 08/13/21 | 300 | 10.4700 | 3,141.00 | | | | | | | |
| | 08/13/21 | 300 | 10.4700 | 3,141.00 | | | | | | | |
| | 08/13/21 | 200 | 10.4700 | 2,094.00 | | | | | | | |
| | 08/13/21 | 200 | 10.4700 | 2,094.00 | | | | | | | |
| | 08/13/21 | 80 | 10.4700 | 837.60 | | | | | | | |
| | 08/13/21 | 70 | 10.4700 | 732.90 | | | | | | | |
| | 08/13/21 | 100 | 10.4700 | 1,047.00 | | | | | | | |
| | 08/13/21 | 67 | 10.4700 | 701.49 | | | | | | | |
| | 08/13/21 | 13 | 10.4700 | 136.11 | | | | | | | |
| | 08/13/21 | 100 | 10.4700 | 1,047.00 | | | | | | | |
| | 08/13/21 | 100 | 10.4700 | 1,047.00 | | | | | | | |
| | 08/13/21 | 100 | 10.4700 | 1,047.00 | | | | | | | |
| | 08/13/21 | 3,300 | 10.4699 | 34,550.67 | | | | | | | |
| | 11/09/21 | 3,000 | 7.6900 | 23,070.00 | | | | | | | |
| **ALEXANDER SOO (Account 1) Totals** | | **8,000** | | **$75,419.67** | | **5,000** | | **$19,550.00** | **3,000** | **$11,399.00** | **($44,470.67)** |
| ALEXANDER SOO (Account 2) | 12/09/20 | 77 | 13.1600 | 1,013.32 | 12/06/21 | 8,000 | 3.9406 | 31,524.71 | | | |
| | 12/09/20 | 50 | 13.1600 | 658.00 | | | | | | | |
| | 12/09/20 | 300 | 13.1600 | 3,948.00 | | | | | | | |
| | 12/09/20 | 300 | 13.1600 | 3,948.00 | | | | | | | |
| | 12/09/20 | 300 | 13.1600 | 3,948.00 | | | | | | | |
| | 12/09/20 | 140 | 13.1600 | 1,842.40 | | | | | | | |
| | 12/09/20 | 100 | 13.1600 | 1,316.00 | | | | | | | |
| | 12/09/20 | 10 | 13.1600 | 131.60 | | | | | | | |
| | 12/09/20 | 100 | 13.1600 | 1,316.00 | | | | | | | |
| | 12/09/20 | 87 | 13.1600 | 1,144.92 | | | | | | | |
| | 12/09/20 | 87 | 13.1600 | 1,144.92 | | | | | | | |
| | 12/09/20 | 50 | 13.1550 | 657.75 | | | | | | | |
| | 12/09/20 | 287 | 13.1550 | 3,775.49 | | | | | | | |
| | 12/09/20 | 700 | 13.1550 | 9,208.50 | | | | | | | |
| | 12/09/20 | 300 | 13.1550 | 3,946.50 | | | | | | | |
| | 12/09/20 | 2 | 13.1550 | 26.31 | | | | | | | |
| | 12/09/20 | 10 | 13.1550 | 131.55 | | | | | | | |
| | 12/09/20 | 100 | 13.1550 | 1,315.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3900 | 1,439.00 | | | | | | | |
| | 04/01/21 | 1,800 | 14.3900 | 25,902.00 | | | | | | | |
| | 04/01/21 | 100 | 14.3900 | 1,439.00 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 200 | 14.3850 | 2,877.00 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 300 | 14.3850 | 4,315.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 300 | 14.3850 | 4,315.50 | | | | | | | |

**Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II (PSFE/BFT)**

FIFO/LIFO Losses

Class Period: 12/07/2020 - 11/10/2021

Hold Price:    $3.7997

| MOVANT | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 200 | 14.3850 | 2,877.00 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 300 | 14.3850 | 4,315.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| | 04/01/21 | 100 | 14.3850 | 1,438.50 | | | | | | | |
| **ALEXANDER SOO (Account 2) Totals** | | **8,000** | | **$111,407.76** | | **8,000** | | **$31,524.71** | **-** | **$0.00** | **($79,883.05)** |
| ALEXANDER SOO (Account 3) | 12/09/20 | 5,000 | 13.1350 | 65,675.00 | | | | | 5,000 | 18,998.33 | (46,676.67) |
| | 12/15/20 | 3,000 | 14.1733 | 42,519.90 | | | | | 3,000 | 11,399.00 | (31,120.90) |
| | 11/01/21 | 8,000 | 7.9499 | 63,599.20 | | | | | 8,000 | 30,397.33 | (33,201.87) |
| **ALEXANDER SOO (Account 3) Totals** | | **16,000** | | **$171,794.10** | | **-** | | **$0.00** | **16,000** | **$60,794.67** | **($110,999.43)** |
| ALEXANDER K SOO Total | | **32,000** | | | | | | | **19,000** | | **($235,353.15)** |
| **TOTAL MOVANTS** | | | | | | | | | | | **($677,559.15)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $3.7997 per share.

Shares sold within 90 days after the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale