**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD, <br><br> Defendants. | Case No. 21-CV-10611-AJN <br><br> <u>CLASS ACTION</u> |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD, <br><br> Defendants. | Case No. 22-CV-00567-AJN |

**JOINT DECLARATION OF RICHARD CAVALIER, SAMIH AJAMI, AND ALEXANDER SOO IN SUPPORT OF THEIR MOTION FOR CONSOLIDATION OF RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

We, Richard Cavalier, Samih Ajami, and Alexander Soo ("Movants"), declare as follows:

1.    We respectfully submit this Joint Declaration in support of our Motion for

00674479;V1                                                        1

(i) Consolidation of Related Actions; (ii) Appointment as Lead Plaintiff; and (iii) Approval of Selection of Lead Counsel (the "Joint Declaration").

2. We understand that Congress passed the Private Securities Litigation Reform Act of 1995 ("PSLRA") to put investors with substantial losses in charge of securities class actions. We suffered very large losses in connection with our Paysafe, Ltd., f/k/a/ Foley Trasimene Acquisition Corp. II ("Paysafe") investments. Thus, we believe we are exactly what Congress had in mind when it created the PSLRA's lead plaintiff provisions – investors with real skin in the game who have an incentive to litigate their case vigorously and, thus, increase the chances for a successful outcome for the class they represent.

3. I, Richard Cavalier, live in Queensbury, New York. I have been investing in the United States stock market for over 20 years. I served in the United States Navy for 23 years. I am a retired Senior Chief Petty Officer with a 100% disability through the Veterans Administration. I have a Master's Degree in Human Resources.

4. As reflected in my certification, I purchased Paysafe common stock and suffered substantial losses of over $180,000 in its investments as a result of the violations of the federal securities laws alleged in this action. I have every motive to recover these losses and my interests are aligned with those of other class members.

5. I contacted and retained Bernstein Liebhard LLP ("Bernstein Liebhard") to represent me in this action.

6. After due consideration, I decided to seek appointment as Lead Plaintiff with Mr. Ajami and Mr. Soo, who also sustained significant losses of over $250,000, and $230,000, respectively, and have both expressed similar interests in maximizing a recovery for the proposed class. While I believe that appointing me, Mr. Ajami, and Mr. Soo will be beneficial to the class,

00674479;V1
2

I remain ready, willing, and able to serve as sole Lead Plaintiff should the Court prefer a single Lead Plaintiff.

7.   I, Samih Ajami, am a Doctor of Osteopathic Medicine living in Lansing, Michigan. I have been a doctor since 2015.  I attended Wayne State University in Detroit, Michigan and attained a Bachelor's Degree in biology with a Minor in Chemistry.  I have been investing for over 5 years.

8.   As reflected in my certification, I purchased Paysafe common stock and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. I have every motive to recover these losses and my interests are aligned with those of other class members.

9.   I contacted and retained Bernstein Liebhard LLP ("Bernstein Liebhard") to represent me in this action.

10.   After due consideration, I decided to seek appointment as Lead Plaintiff with Mr. Cavalier and Mr. Soo.  Mr. Cavalier and Mr. Soo have sustained significant losses of over $180,000 and $230,000, respectively, have expressed similar interests in maximizing a recovery for the proposed class.  While I believe that appointing me, Mr. Cavalier, and Mr. Soo will be beneficial to the class, I remain ready, willing, and able to serve as sole Lead Plaintiff should the Court prefer a single Lead Plaintiff.

11.   I, Alexander Soo, currently reside in the San Francisco area in California.  I have been a contractor for Nvidia for 16 months.  I also worked for Cisco for 16 years.  I have a degree in Electrical Engineering from Heal Technology School.  I have been investing for over 5 years.

12.   As reflected in my Certification, I purchased Paysafe common stock and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

00674479;V1                                                3

I have every motive to recover these losses and my interests are aligned with those of other class members.

13. After due consideration, I decided to seek appointment as Lead Plaintiff with Mr. Cavalier and Mr. Ajami. While I believe that appointing me, Mr. Cavalier, and Mr. Ajami as Lead Plaintiff will be beneficial to the proposed class, I remain ready, willing, and able to serve as sole Lead Plaintiff should the Court prefer a single Lead Plaintiff.

14. I contacted and retained Bernstein Liebhard to represent me in this action.

15. When Bernstein Liebhard informed us about one another, including that we all had substantial losses, we decided it made sense for us to jointly move for appointment as Lead Plaintiff.

16. We have exchanged contact information and been in communication with one another. If we are appointed as lead plaintiff, we have agreed to actively manage the prosecution of this case, including reviewing documents, having joint calls, discussing significant developments, and participating in discovery. At a minimum, we plan to convene joint calls whenever there are significant legal or factual developments in the case. We also agree that either of us can request a joint call, with or without counsel's participation or knowledge, to discuss the case at any time. We have also agreed to regularly communicate via email with each other and/or co-lead counsel as needed. Further, we agree to quarterly communications with one another and our counsel to discuss the progress of the litigation and have requested our counsel to provide us with regular status reports.

17. We believe this case is meritorious and that the class would benefit from the different backgrounds and individual experiences and the combined oversight that we would bring to the litigation.

00674479;V1                                4

18.     We understand that Lead Plaintiffs have fiduciary duties to all class members, which duties we take seriously.  We will fulfill our fiduciary duties and obligations as Lead Plaintiffs by vigorously prosecuting this case on behalf of all class members.

19.     We selected Bernstein Liebhard to serve as lead counsel on our behalf because we believe Bernstein Liebhard has the experience and ability to effectively and expeditiously bring this action to a successful resolution.

00674479;V1                                                     5

I, Richard Cavalier, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that

the foregoing is true and correct.

DocuSigned by:

Richard Cavalier

55664AD2CD30400...

02/08/2022

Executed: February __, 2022

_____

RICHARD CAVALIER

I, SAMIH AJAMI, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that

the foregoing is true and correct.

Executed: February __, 2022

DocuSigned by:

Dr. Samih Ajami

8C6DD7A845A849C...

_____

SAMIH AJAMI

DocuSign Envelope ID: 5A8D311A-7A9D-4DAB-BBA0-9D54C3878C59

I, ALEXANDER SOO, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury

that the foregoing is true and correct.

Executed: February \_\_, 2022

02/08/2022

DocuSigned by:

F561E0FABF124F4...

_____

ALEXANDER SOO

00674479;V1

8