**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated, | Case No: 1:21-cv-10611-AJN-KHP |
| Plaintiff, | CLASS ACTION |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD, | |
| Defendants. | |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00567-AJN-KHP |
| Plaintiff, | CLASS ACTION |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION**
**OF NECHUMA TEREBELO AND RYAN SCHICK**
**FOR CONSOLIDATION OF ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Nechuma Terebelo and Ryan Schick (together "Movants") will and hereby do respectfully move this Court for an Order:  (1) consolidating the above-captioned actions; (2) appointing Movants as Lead Plaintiff pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), on behalf of a putative "Class" consisting of all persons and entities, other than defendants, that purchased or otherwise acquired Paysafe Limited and/or Foley Trasimene Acquisition Corp. II securities between December 7, 2020 and November 10, 2021, inclusive; (3) approving Movants' selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Melissa A. Fortunato, the [Proposed] Order Consolidating Actions, Appointing Movants as Lead Plaintiff, and Approving Movants' Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: February 8, 2022                 Respectfully submitted,

                                        **BRAGAR EAGEL & SQUIRE, P.C.**

                                        By: */s/ Melissa A. Fortunato*
                                        Melissa A. Fortunato
                                        Marion C. Passmore
                                        810 Seventh Avenue, Suite 620
                                        New York, NY 10019
                                        Telephone:  (212) 308-5858
                                        Facsimile:  (212) 214-0506
                                        Email:  fortunato@bespc.com
                                               passmore@bespc.com

1

2

*Counsel for Movants and Proposed*
*Lead Counsel for the Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Melissa A. Fortunato, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 8th day of February, 2022.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato