**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>Defendants. | Case No: 1:21-cv-10611-AJN-KHP<br><br>CLASS ACTION |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>Defendants. | Case No. 1:22-cv-00567-AJN-KHP<br><br>CLASS ACTION |

**DECLARATION OF MELISSA A. FORTUNATO**
**IN SUPPORT OF THE MOTION OF NECHUMA TEREBELO AND**
**RYAN SCHICK FOR CONSOLIDATION OF ACTIONS, APPOINTMENT**
**AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Melissa A. Fortunato, hereby declare as follows:

1.       I am a Partner with the law firm of Bragar Eagel & Squire, P.C. ("BES"), counsel for lead plaintiff movants Nechuma Terebelo and Ryan Schick (together "Movants") and proposed lead counsel for the Class.

2.       I submit this Declaration, together with the attached exhibits, in support of Movants' Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of BES as Lead Counsel for the Class.

3.       Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:   Private Securities Litigation Reform Act of 1995 certifications signed by Movants, attaching their Paysafe Limited and/or Foley Trasimene Acquisition Corp. II securities transactions during the Class Period in a Schedule A thereto;

Exhibit 2:   Loss Chart detailing Movants' estimated financial losses;

Exhibit 3:   Movants' Joint Declaration;

Exhibit 4:   Press release published December 10, 2021, on *Business Wire* announcing the pendency of the first-filed securities class action against defendants herein:  *Wiley v. Paysafe Limited, et al.*, Case No. 1:21-cv-10611-AJN-KHP; and

Exhibit 5:   BES firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 8th day of February, 2022.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

1