# EXHIBIT 2

**Paysafe Limited**

| | |
|---|---|
| Company Name | Paysafe Limited |
| Ticker Symbol | PSFE |
| Security Type | Common Stock |
| Class Period Start | 12/07/2020 |
| Class Period End | 11/10/2021 |
| 90-DAY Lookback Period Start | 11/11/2021 |
| 90-DAY Lookback Period End | 02/08/2021 |
| 90-DAY Lookback Average | $3.7949 |

| **Movant** | **Loss** |
|---|---|
| Ryan Schick | ($330,633.00) |
| Nechuma Terebelo | ($204,112.87) |
| **Total Loss** | **($534,745.87)** |

| Client Name | Ryan Schick |
|---|---|
| Company Name | Paysafe Limited |
| Ticker Symbol | PSFE |
| Security Type | Common Stock |
| Class Period Start | 12/07/2020 |
| Class Period End | 11/10/2021 |
| 90-DAY Lookback Period Start | 11/11/2021 |
| 90-DAY Lookback Period End | 02/08/2021 |
| 90-DAY Lookback Average | $3.7949 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($330,633.00) |
| Net Shares Retained | 2,000.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/09/2020 | 763 | $13.09 | ($9,987.67) | | | ($9,987.67) |
| 12/09/2020 | 0.795 | $13.10 | ($10.41) | | | ($9,998.08) |
| 12/21/2020 | 135 | $14.70 | ($1,984.50) | | | ($11,982.58) |
| 12/21/2020 | 1.03 | $14.71 | ($15.15) | | | ($11,997.74) |
| 02/18/2021 | 590 | $16.93 | ($9,988.70) | | | ($21,986.44) |
| 02/18/2021 | 0.493 | $16.93 | ($8.35) | | | ($21,994.78) |
| 02/23/2021 | 200 | $15.89 | ($3,178.00) | | | ($25,172.78) |
| 02/23/2021 | 200 | $15.90 | ($3,180.00) | | | ($28,352.78) |
| 02/23/2021 | 150 | $15.94 | ($2,391.00) | | | ($30,743.78) |
| 02/23/2021 | 100 | $15.92 | ($1,592.00) | | | ($32,335.78) |
| 02/23/2021 | 950 | $10.52 | ($9,994.00) | | | ($42,329.78) |
| 02/23/2021 | 0.633 | $10.52 | ($6.66) | | | ($42,336.44) |
| 02/25/2021 | 657 | $15.19 | ($9,979.83) | | | ($52,316.27) |
| 02/25/2021 | 1.423 | $15.19 | ($21.62) | | | ($52,337.89) |
| 03/02/2021 | 1613 | $15.90 | ($25,646.70) | | | ($77,984.59) |
| 03/05/2021 | 4000 | $12.93 | ($51,720.00) | | | ($129,704.59) |
| 03/05/2021 | 2025 | $12.66 | ($25,636.50) | | | ($155,341.09) |
| 03/05/2021 | 1075 | $12.65 | ($13,598.75) | | | ($168,939.84) |
| 03/05/2021 | 1000 | $13.03 | ($13,030.00) | | | ($181,969.84) |
| 03/05/2021 | 500 | $12.66 | ($6,330.00) | | | ($188,299.84) |
| 03/05/2021 | 400 | $12.66 | ($5,064.00) | | | ($193,363.84) |
| 03/05/2021 | -1500 | | | $14.55 | $21,825.00 | ($171,538.84) |
| 03/05/2021 | -1500 | | | $14.83 | $22,245.00 | ($149,293.84) |
| 03/05/2021 | -3000 | | | $14.10 | $42,300.00 | ($106,993.84) |
| 03/05/2021 | -3000 | | | $14.14 | $42,420.00 | ($64,573.84) |
| 03/18/2021 | 1200 | $16.17 | ($19,404.00) | | | ($83,977.84) |
| 03/18/2021 | 700 | $16.07 | ($11,249.00) | | | ($95,226.84) |
| 03/22/2021 | -500 | | | $16.74 | $8,370.00 | ($86,856.84) |
| 03/22/2021 | -811 | | | $16.55 | $13,422.05 | ($73,434.79) |
| 03/23/2021 | 2000 | $15.99 | ($31,980.00) | | | ($105,414.79) |
| 03/29/2021 | 1920 | $10.17 | ($19,526.40) | | | ($124,941.19) |
| 03/29/2021 | 80 | $10.16 | ($812.80) | | | ($125,753.99) |
| 03/29/2021 | -0.633 | | | $10.09 | $6.39 | ($125,747.60) |
| 03/29/2021 | -950 | | | $10.09 | $9,585.50 | ($116,162.10) |
| 03/31/2021 | 1000 | $13.98 | ($13,980.00) | | | ($130,142.10) |
| 03/31/2021 | 1000 | $14.05 | ($14,050.00) | | | ($144,192.10) |
| 03/31/2021 | 1000 | $14.50 | ($14,500.00) | | | ($158,692.10) |
| 03/31/2021 | 500 | $14.40 | ($7,200.00) | | | ($165,892.10) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 03/31/2021 | 300 | $14.39 | ($4,317.00) | | | ($170,209.10) |
| 03/31/2021 | 200 | $14.40 | ($2,880.00) | | | ($173,089.10) |
| 04/06/2021 | 2000 | $14.07 | ($28,140.00) | | | ($201,229.10) |
| 04/06/2021 | 472 | $14.05 | ($6,631.60) | | | ($207,860.70) |
| 04/06/2021 | 400 | $14.06 | ($5,624.00) | | | ($213,484.70) |
| 04/08/2021 | 1433 | $13.94 | ($19,976.02) | | | ($233,460.72) |
| 04/08/2021 | 717 | $13.93 | ($9,987.81) | | | ($243,448.53) |
| 04/08/2021 | 712 | $14.02 | ($9,982.24) | | | ($253,430.77) |
| 04/08/2021 | 1.617 | $13.94 | ($22.54) | | | ($253,453.31) |
| 04/08/2021 | 1.522 | $14.00 | ($21.31) | | | ($253,474.62) |
| 04/08/2021 | 0.88 | $13.93 | ($12.26) | | | ($253,486.88) |
| 04/09/2021 | 1436 | $13.92 | ($19,989.12) | | | ($273,476.00) |
| 04/09/2021 | 1000 | $13.82 | ($13,820.00) | | | ($287,296.00) |
| 04/09/2021 | 0.781 | $13.92 | ($10.87) | | | ($287,306.87) |
| 04/12/2021 | 2000 | $13.14 | ($26,280.00) | | | ($313,586.87) |
| 04/12/2021 | 1500 | $13.20 | ($19,800.00) | | | ($333,386.87) |
| 05/03/2021 | 2195 | $13.66 | ($29,983.70) | | | ($363,370.57) |
| 05/03/2021 | 1832 | $13.63 | ($24,970.16) | | | ($388,340.73) |
| 05/03/2021 | 1462 | $13.66 | ($19,970.92) | | | ($408,311.65) |
| 05/03/2021 | 2.189 | $13.63 | ($29.84) | | | ($408,341.48) |
| 05/03/2021 | 1.668 | $13.66 | ($22.78) | | | ($408,364.27) |
| 05/03/2021 | 1.305 | $13.66 | ($17.83) | | | ($408,382.10) |
| 05/12/2021 | 9630 | $11.20 | ($107,856.00) | | | ($516,238.10) |
| 05/12/2021 | 2490 | $11.16 | ($27,788.40) | | | ($544,026.50) |
| 05/12/2021 | 1000 | $11.08 | ($11,080.00) | | | ($555,106.50) |
| 05/12/2021 | 510 | $11.09 | ($5,655.90) | | | ($560,762.40) |
| 05/12/2021 | 370 | $11.15 | ($4,125.50) | | | ($564,887.90) |
| 05/12/2021 | -111 | | | $11.39 | $1,264.29 | ($563,623.61) |
| 05/12/2021 | -200 | | | $11.40 | $2,280.00 | ($561,343.61) |
| 05/12/2021 | -400 | | | $11.41 | $4,564.00 | ($556,779.61) |
| 05/12/2021 | -601 | | | $11.38 | $6,839.38 | ($549,940.23) |
| 05/12/2021 | -1100 | | | $11.41 | $12,551.00 | ($537,389.23) |
| 05/12/2021 | -2949 | | | $11.40 | $33,618.60 | ($503,770.63) |
| 05/12/2021 | -7039 | | | $11.37 | $80,033.43 | ($423,737.20) |
| 05/13/2021 | -4200 | | | $10.50 | $44,100.00 | ($379,637.20) |
| 05/13/2021 | -5000 | | | $11.01 | $55,050.00 | ($324,587.20) |
| 05/13/2021 | -5000 | | | $11.08 | $55,400.00 | ($269,187.20) |
| 05/13/2021 | -9000 | | | $10.48 | $94,320.00 | ($174,867.20) |
| 05/17/2021 | 4000 | $11.25 | ($45,000.00) | | | ($219,867.20) |
| 05/19/2021 | 4500 | $11.54 | ($51,930.00) | | | ($271,797.20) |
| 05/19/2021 | 300 | $11.53 | ($3,459.00) | | | ($275,256.20) |
| 05/19/2021 | 200 | $11.52 | ($2,304.00) | | | ($277,560.20) |
| 05/24/2021 | 1132 | $11.62 | ($13,153.84) | | | ($290,714.04) |
| 05/24/2021 | 171 | $11.63 | ($1,988.73) | | | ($292,702.77) |
| 05/24/2021 | 0.969 | $11.63 | ($11.27) | | | ($292,714.04) |
| 05/24/2021 | 0.53 | $11.62 | ($6.16) | | | ($292,720.19) |
| 05/25/2021 | 5000 | $11.39 | ($56,950.00) | | | ($349,670.19) |
| 06/08/2021 | 1496 | $11.78 | ($17,622.88) | | | ($367,293.07) |
| 06/08/2021 | 200 | $11.79 | ($2,358.00) | | | ($369,651.07) |
| 06/08/2021 | 1.707 | $11.78 | ($20.11) | | | ($369,671.18) |
| 06/24/2021 | 2000 | $11.13 | ($22,260.00) | | | ($391,931.18) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 07/02/2021 | 10000 | $11.41 | ($114,100.00) | | | ($506,031.18) |
| 07/02/2021 | -3 | | | $11.47 | $34.41 | ($505,996.77) |
| 07/12/2021 | 13133 | $11.62 | ($152,605.46) | | | ($658,602.23) |
| 07/12/2021 | 1867 | $11.61 | ($21,675.87) | | | ($680,278.10) |
| 07/12/2021 | -6214 | | | $11.53 | $71,647.42 | ($608,630.68) |
| 07/12/2021 | -8325 | | | $11.64 | $96,903.00 | ($511,727.68) |
| 07/12/2021 | -9386 | | | $11.53 | $108,220.58 | ($403,507.10) |
| 07/13/2021 | 7713 | $11.28 | ($87,002.64) | | | ($490,509.74) |
| 07/13/2021 | 2287 | $11.26 | ($25,751.62) | | | ($516,261.36) |
| 07/13/2021 | -7071 | | | $11.05 | $78,134.55 | ($438,126.81) |
| 07/13/2021 | -8074 | | | $11.06 | $89,298.44 | ($348,828.37) |
| 07/13/2021 | -12000 | | | $11.04 | $132,480.00 | ($216,348.37) |
| 07/14/2021 | 13160 | $10.84 | ($142,654.40) | | | ($359,002.77) |
| 07/14/2021 | 5000 | $11.07 | ($55,350.00) | | | ($414,352.77) |
| 07/14/2021 | 5000 | $11.07 | ($55,350.00) | | | ($469,702.77) |
| 07/14/2021 | 5000 | $11.07 | ($55,350.00) | | | ($525,052.77) |
| 07/14/2021 | 4631 | $11.07 | ($51,265.17) | | | ($576,317.94) |
| 07/14/2021 | 1316 | $11.07 | ($14,568.12) | | | ($590,886.06) |
| 07/14/2021 | 1000 | $11.13 | ($11,130.00) | | | ($602,016.06) |
| 07/14/2021 | 351 | $11.06 | ($3,882.06) | | | ($605,898.12) |
| 07/14/2021 | 18 | $11.06 | ($199.08) | | | ($606,097.20) |
| 07/14/2021 | -7 | | | $10.84 | $75.88 | ($606,021.32) |
| 07/14/2021 | -30 | | | $10.83 | $324.90 | ($605,696.42) |
| 07/14/2021 | -100 | | | $10.85 | $1,085.00 | ($604,611.42) |
| 07/14/2021 | -405 | | | $10.86 | $4,398.30 | ($600,213.12) |
| 07/14/2021 | -1000 | | | $10.83 | $10,830.00 | ($589,383.12) |
| 07/14/2021 | -1000 | | | $10.83 | $10,830.00 | ($578,553.12) |
| 07/14/2021 | -1000 | | | $10.84 | $10,840.00 | ($567,713.12) |
| 07/15/2021 | -37000 | | | $10.78 | $398,860.00 | ($168,853.12) |
| 07/16/2021 | 8800 | $10.51 | ($92,488.00) | | | ($261,341.12) |
| 07/16/2021 | 5000 | $10.80 | ($54,000.00) | | | ($315,341.12) |
| 07/16/2021 | 5000 | $10.85 | ($54,250.00) | | | ($369,591.12) |
| 07/16/2021 | 4000 | $10.79 | ($43,160.00) | | | ($412,751.12) |
| 07/16/2021 | 4000 | $10.82 | ($43,280.00) | | | ($456,031.12) |
| 07/16/2021 | 3894 | $10.30 | ($40,108.20) | | | ($496,139.32) |
| 07/16/2021 | 2106 | $10.29 | ($21,670.74) | | | ($517,810.06) |
| 07/16/2021 | 1700 | $10.30 | ($17,510.00) | | | ($535,320.06) |
| 07/16/2021 | 1500 | $10.87 | ($16,305.00) | | | ($551,625.06) |
| 07/16/2021 | 1200 | $10.51 | ($12,612.00) | | | ($564,237.06) |
| 07/16/2021 | 1153 | $10.85 | ($12,510.05) | | | ($576,747.11) |
| 07/16/2021 | 1000 | $10.72 | ($10,720.00) | | | ($587,467.11) |
| 07/16/2021 | 1000 | $10.84 | ($10,840.00) | | | ($598,307.11) |
| 07/16/2021 | 300 | $10.29 | ($3,087.00) | | | ($601,394.11) |
| 07/16/2021 | -32 | | | $10.35 | $331.20 | ($601,062.91) |
| 07/16/2021 | -200 | | | $10.36 | $2,072.00 | ($598,990.91) |
| 07/16/2021 | -4368 | | | $10.32 | $45,077.76 | ($553,913.15) |
| 07/16/2021 | -15000 | | | $10.33 | $154,950.00 | ($398,963.15) |
| 07/23/2021 | 10000 | $10.42 | ($104,200.00) | | | ($503,163.15) |
| 07/23/2021 | 2500 | $10.40 | ($26,000.00) | | | ($529,163.15) |
| 07/23/2021 | -62 | | | $10.71 | $664.02 | ($528,499.13) |
| 07/23/2021 | -1500 | | | $10.70 | $16,050.00 | ($512,449.13) |

| Date | Quantity | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 07/26/2021 | -500 | | | $10.70 | $5,350.00 | ($507,099.13) |
| 07/26/2021 | -1000 | | | $10.69 | $10,690.00 | ($496,409.13) |
| 07/26/2021 | -1000 | | | $10.70 | $10,700.00 | ($485,709.13) |
| 07/26/2021 | -1000 | | | $10.70 | $10,700.00 | ($475,009.13) |
| 07/26/2021 | -1000 | | | $10.70 | $10,700.00 | ($464,309.13) |
| 07/26/2021 | -1000 | | | $10.71 | $10,710.00 | ($453,599.13) |
| 07/26/2021 | -1000 | | | $10.71 | $10,710.00 | ($442,889.13) |
| 07/26/2021 | -1000 | | | $10.76 | $10,760.00 | ($432,129.13) |
| 08/03/2021 | 14557 | $10.68 | ($155,468.76) | | | ($587,597.89) |
| 08/03/2021 | 4300 | $10.67 | ($45,881.00) | | | ($633,478.89) |
| 08/03/2021 | 600 | $10.67 | ($6,402.00) | | | ($639,880.89) |
| 08/03/2021 | 400 | $10.67 | ($4,268.00) | | | ($644,148.89) |
| 08/03/2021 | 143 | $10.67 | ($1,525.81) | | | ($645,674.70) |
| 08/04/2021 | -1200 | | | $10.39 | $12,468.00 | ($633,206.70) |
| 08/04/2021 | -2200 | | | $10.39 | $22,858.00 | ($610,348.70) |
| 08/04/2021 | -2811 | | | $10.39 | $29,206.29 | ($581,142.41) |
| 08/04/2021 | -5000 | | | $10.36 | $51,800.00 | ($529,342.41) |
| 08/04/2021 | -5000 | | | $10.40 | $52,000.00 | ($477,342.41) |
| 08/04/2021 | -5000 | | | $10.40 | $52,000.00 | ($425,342.41) |
| 08/04/2021 | -5489 | | | $10.37 | $56,920.93 | ($368,421.48) |
| 08/06/2021 | 5000 | $10.88 | ($54,400.00) | | | ($422,821.48) |
| 08/13/2021 | 11721 | $10.49 | ($122,953.29) | | | ($545,774.77) |
| 08/13/2021 | 6633 | $10.47 | ($69,447.51) | | | ($615,222.28) |
| 08/13/2021 | 2000 | $10.28 | ($20,560.00) | | | ($635,782.28) |
| 08/13/2021 | 1246 | $10.49 | ($13,070.54) | | | ($648,852.82) |
| 08/13/2021 | 1000 | $10.28 | ($10,280.00) | | | ($659,132.82) |
| 08/13/2021 | 200 | $10.25 | ($2,050.00) | | | ($661,182.82) |
| 08/13/2021 | 200 | $10.47 | ($2,094.00) | | | ($663,276.82) |
| 08/13/2021 | 200 | $10.49 | ($2,098.00) | | | ($665,374.82) |
| 08/13/2021 | -283 | | | $10.27 | $2,906.41 | ($662,468.41) |
| 08/13/2021 | -1000 | | | $10.27 | $10,270.00 | ($652,198.41) |
| 08/13/2021 | -1000 | | | $10.27 | $10,270.00 | ($641,928.41) |
| 08/13/2021 | -7000 | | | $10.22 | $71,540.00 | ($570,388.41) |
| 08/13/2021 | -10000 | | | $10.20 | $102,000.00 | ($468,388.41) |
| 08/19/2021 | 1000 | $8.14 | ($8,140.00) | | | ($476,528.41) |
| 08/19/2021 | 171 | $8.13 | ($1,390.23) | | | ($477,918.64) |
| 08/19/2021 | -564 | | | $8.28 | $4,669.92 | ($473,248.72) |
| 08/19/2021 | -1000 | | | $8.29 | $8,290.00 | ($464,958.72) |
| 08/19/2021 | -6862 | | | $8.28 | $56,817.36 | ($408,141.36) |
| 08/19/2021 | -10574 | | | $8.27 | $87,446.98 | ($320,694.38) |
| 08/20/2021 | 5000 | $8.18 | ($40,900.00) | | | ($361,594.38) |
| 08/20/2021 | 1000 | $8.20 | ($8,200.00) | | | ($369,794.38) |
| 08/25/2021 | 14860 | $8.62 | ($128,093.20) | | | ($497,887.58) |
| 08/25/2021 | 10000 | $8.54 | ($85,400.00) | | | ($583,287.58) |
| 08/25/2021 | 2840 | $8.63 | ($24,509.20) | | | ($607,796.78) |
| 08/25/2021 | 1800 | $8.62 | ($15,516.00) | | | ($623,312.78) |
| 08/25/2021 | 400 | $8.62 | ($3,448.00) | | | ($626,760.78) |
| 08/25/2021 | 100 | $8.61 | ($861.00) | | | ($627,621.78) |
| 08/25/2021 | -2000 | | | $8.62 | $17,240.00 | ($610,381.78) |
| 08/27/2021 | -600 | | | $8.45 | $5,070.00 | ($605,311.78) |
| 08/27/2021 | -1700 | | | $8.46 | $14,382.00 | ($590,929.78) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 08/27/2021 | -2000 | | | $8.45 | $16,900.00 | ($574,029.78) |
| 08/27/2021 | -2000 | | | $8.45 | $16,900.00 | ($557,129.78) |
| 08/27/2021 | -3000 | | | $8.45 | $25,350.00 | ($531,779.78) |
| 08/27/2021 | -3000 | | | $8.46 | $25,380.00 | ($506,399.78) |
| 08/27/2021 | -5000 | | | $8.45 | $42,250.00 | ($464,149.78) |
| 08/27/2021 | -5000 | | | $8.46 | $42,300.00 | ($421,849.78) |
| 08/30/2021 | 15000 | $8.33 | ($124,950.00) | | | ($546,799.78) |
| 08/31/2021 | -1000 | | | $8.42 | $8,420.00 | ($538,379.78) |
| 08/31/2021 | -1000 | | | $8.42 | $8,420.00 | ($529,959.78) |
| 08/31/2021 | -1000 | | | $8.42 | $8,420.00 | ($521,539.78) |
| 08/31/2021 | -1000 | | | $8.43 | $8,430.00 | ($513,109.78) |
| 08/31/2021 | -1000 | | | $8.47 | $8,470.00 | ($504,639.78) |
| 08/31/2021 | -1000 | | | $8.49 | $8,490.00 | ($496,149.78) |
| 08/31/2021 | -2000 | | | $8.47 | $16,940.00 | ($479,209.78) |
| 08/31/2021 | -3000 | | | $8.42 | $25,260.00 | ($453,949.78) |
| 08/31/2021 | -3000 | | | $8.42 | $25,260.00 | ($428,689.78) |
| 09/02/2021 | 3000 | $8.99 | ($26,970.00) | | | ($455,659.78) |
| 09/02/2021 | -40 | | | $8.95 | $358.00 | ($455,301.78) |
| 09/02/2021 | -60 | | | $8.95 | $537.00 | ($454,764.78) |
| 09/02/2021 | -200 | | | $8.95 | $1,790.00 | ($452,974.78) |
| 09/02/2021 | -200 | | | $8.95 | $1,790.00 | ($451,184.78) |
| 09/02/2021 | -400 | | | $8.95 | $3,580.00 | ($447,604.78) |
| 09/03/2021 | 12000 | $9.05 | ($108,600.00) | | | ($556,204.78) |
| 09/03/2021 | -1500 | | | $9.11 | $13,665.00 | ($542,539.78) |
| 09/03/2021 | -2000 | | | $9.11 | $18,220.00 | ($524,319.78) |
| 09/03/2021 | -2500 | | | $9.11 | $22,775.00 | ($501,544.78) |
| 09/03/2021 | -2500 | | | $9.12 | $22,800.00 | ($478,744.78) |
| 09/03/2021 | -3000 | | | $9.11 | $27,330.00 | ($451,414.78) |
| 09/10/2021 | -4900 | | | $8.61 | $42,189.00 | ($409,225.78) |
| 09/13/2021 | 2000 | $8.48 | ($16,960.00) | | | ($426,185.78) |
| 09/13/2021 | 1000 | $8.49 | ($8,490.00) | | | ($434,675.78) |
| 09/13/2021 | 300 | $8.46 | ($2,538.00) | | | ($437,213.78) |
| 09/13/2021 | 125 | $8.50 | ($1,062.50) | | | ($438,276.28) |
| 09/24/2021 | 20000 | $8.15 | ($163,000.00) | | | ($601,276.28) |
| 09/27/2021 | -20700 | | | $7.96 | $164,772.00 | ($436,504.28) |
| 09/28/2021 | 20000 | $7.95 | ($159,000.00) | | | ($595,504.28) |
| 09/28/2021 | 15000 | $7.85 | ($117,750.00) | | | ($713,254.28) |
| 09/28/2021 | 3000 | $7.79 | ($23,370.00) | | | ($736,624.28) |
| 09/28/2021 | -300 | | | $7.82 | $2,346.00 | ($734,278.28) |
| 09/28/2021 | -500 | | | $7.81 | $3,905.00 | ($730,373.28) |
| 09/28/2021 | -683 | | | $7.82 | $5,341.06 | ($725,032.22) |
| 09/28/2021 | -7400 | | | $7.81 | $57,794.00 | ($667,238.22) |
| 09/28/2021 | -36117 | | | $7.80 | $281,712.60 | ($385,525.62) |
| 10/01/2021 | 14632 | $7.62 | ($111,495.84) | | | ($497,021.46) |
| 10/01/2021 | 8700 | $7.59 | ($66,033.00) | | | ($563,054.46) |
| 10/01/2021 | 5000 | $7.53 | ($37,650.00) | | | ($600,704.46) |
| 10/01/2021 | 4056 | $7.58 | ($30,744.48) | | | ($631,448.94) |
| 10/01/2021 | 1000 | $7.59 | ($7,590.00) | | | ($639,038.94) |
| 10/01/2021 | 1000 | $7.60 | ($7,600.00) | | | ($646,638.94) |
| 10/01/2021 | 312 | $7.58 | ($2,364.96) | | | ($649,003.90) |
| 10/01/2021 | 300 | $7.59 | ($2,277.00) | | | ($651,280.90) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 10/01/2021 | -1123 | | | $7.68 | $8,624.64 | ($642,656.26) |
| 10/01/2021 | -2165 | | | $7.67 | $16,605.55 | ($626,050.71) |
| 10/01/2021 | -5000 | | | $7.67 | $38,350.00 | ($587,700.71) |
| 10/01/2021 | -5000 | | | $7.68 | $38,400.00 | ($549,300.71) |
| 10/01/2021 | -7835 | | | $7.67 | $60,094.45 | ($489,206.26) |
| 10/01/2021 | -8877 | | | $7.68 | $68,175.36 | ($421,030.90) |
| 10/04/2021 | 20000 | $7.23 | ($144,600.00) | | | ($565,630.90) |
| 10/05/2021 | -0.909 | | | $7.19 | $6.54 | ($565,624.37) |
| 10/05/2021 | -200 | | | $7.20 | $1,440.00 | ($564,184.37) |
| 10/05/2021 | -400 | | | $7.19 | $2,876.00 | ($561,308.37) |
| 10/05/2021 | -1800 | | | $7.21 | $12,978.00 | ($548,330.37) |
| 10/05/2021 | -3366 | | | $7.20 | $24,235.20 | ($524,095.17) |
| 10/05/2021 | -5903 | | | $7.21 | $42,560.63 | ($481,534.54) |
| 10/05/2021 | -10497 | | | $7.20 | $75,578.40 | ($405,956.14) |
| 10/05/2021 | -22270 | | | $7.19 | $160,121.30 | ($245,834.84) |
| 10/06/2021 | 20000 | $7.09 | ($141,800.00) | | | ($387,634.84) |
| 10/07/2021 | 1600 | $7.29 | ($11,664.00) | | | ($399,298.84) |
| 10/07/2021 | 1400 | $7.29 | ($10,206.00) | | | ($409,504.84) |
| 10/14/2021 | 4000 | $7.82 | ($31,280.00) | | | ($440,784.84) |
| 10/14/2021 | 2000 | $7.72 | ($15,440.00) | | | ($456,224.84) |
| 10/14/2021 | 1000 | $7.81 | ($7,810.00) | | | ($464,034.84) |
| 11/01/2021 | 2000 | $7.94 | ($15,880.00) | | | ($479,914.84) |
| 11/04/2021 | -32000 | | | $7.51 | $240,320.00 | ($239,594.84) |
| 11/05/2021 | 17400 | $7.71 | ($134,154.00) | | | ($373,748.84) |
| 11/05/2021 | 10000 | $7.69 | ($76,900.00) | | | ($450,648.84) |
| 11/05/2021 | 2600 | $7.69 | ($19,994.00) | | | ($470,642.84) |
| 11/11/2021 | -1693 | | | $4.43 | $7,499.99 | ($463,142.85) |
| 11/11/2021 | -4307 | | | $4.43 | $19,080.01 | ($444,062.84) |
| 11/11/2021 | -12000 | | | $4.41 | $52,920.00 | ($391,142.84) |
| 11/11/2021 | -12000 | | | $4.41 | $52,920.00 | ($338,222.84) |
| **Retained Shares** | 2,000 | | | | **Subtotal** | ($338,222.84) |
| | | | | | **Retained Share Value** | $7,589.84 |
| | | | | | **Total** | ($330,633.00) |

| Client Name | Nechuma Terebelo |
|---|---|
| Company Name | Paysafe Limited |
| Ticker Symbol | PSFE |
| Security Type | Common Stock |
| Class Period Start | 12/07/2020 |
| Class Period End | 11/10/2021 |
| 90-DAY Lookback Period Start | 11/11/2021 |
| 90-DAY Lookback Period End | 02/08/2021 |
| 90-DAY Lookback Average | $3.7949 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($204,112.87) |
| Net Shares Retained | 17,250.00 |

**Account 1**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/5/2021 | 350 | $17.73 | ($6,205.50) | | | ($6,205.50) |
| 2/5/2021 | 2100 | $17.96 | ($37,716.00) | | | ($43,921.50) |
| 2/5/2021 | 300 | $17.95 | ($5,385.00) | | | ($49,306.50) |
| 2/5/2021 | 100 | $17.94 | ($1,794.00) | | | ($51,100.50) |
| 2/8/2021 | 1400 | $17.51 | ($24,514.00) | | | ($75,614.50) |
| 2/10/2021 | 571 | $16.49 | ($9,415.79) | | | ($85,030.29) |
| 2/10/2021 | 429 | $16.48 | ($7,069.92) | | | ($92,100.21) |
| 2/11/2021 | 1000 | $16.05 | ($16,050.00) | | | ($108,150.21) |
| 3/3/2021 | 500 | $15.32 | ($7,660.00) | | | ($115,810.21) |
| 3/3/2021 | 2500 | $15.77 | ($39,425.00) | | | ($155,235.21) |
| 3/17/2021 | 2000 | $15.80 | ($31,600.00) | | | ($186,835.21) |
| 4/6/2021 | 3000 | $14.33 | ($42,990.00) | | | ($229,825.21) |
| 4/12/2021 | 3000 | $13.25 | ($39,750.00) | | | ($269,575.21) |
| **Retained Shares** | 17,250 | | | | **Subtotal** | ($269,575.21) |
| | | | | | **Retained Share Value** | $65,462.34 |
| | | | | | **Total** | ($204,112.87) |