# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-10611-AJN-KHP |
| Plaintiff, | |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD, | |
| Defendants. | |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00567-AJN |
| Plaintiff, | |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF CAMPBELL CAPITAL MANAGEMENT INC.'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, <u>APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Campbell Capital Management Inc. ("CCM") and proposed Lead Counsel for the Class in the above-captioned actions. I make this declaration in support of CCM's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published December 10, 2021, on *Business Wire*, announcing the pendency of the first-filed securities class action against Defendants herein;

Exhibit B:    CCM's Signed PSLRA Certification, and related Assignments;

Exhibit C:    Analysis of CCM's financial interest resulting from transactions on behalf of its assignor clients in Paysafe Limited securities;

Exhibit D:    Declaration of Clay Campbell in Support of Campbell Capital Management Inc.'s Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel; and

Exhibit E:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 8th day of February 2022.

                                        */s/ Gregory B. Linkh*
                                        Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On February 8, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh