# EXHIBIT B

**SWORN CERTIFICATION OF PLAINTIFF**
**PAYSAFE LIMITED SECURITIES LITIGATION**

I, Clay Campbell, President and Chief Investment Officer of Campbell Capital Management Inc. ("CCM"), certify that:

1. I am duly authorized to institute legal action on CCM's behalf, including legal action against Paysafe Limited (f/k/a Foley Trasimene Acquisition Corp. II) ("Paysafe"), and other defendants.

2. The individuals with authority over the accounts listed below are investment advisory clients of CCM and have assigned to CCM, all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with their purchases or acquisitions of Paysafe securities. CCM made all investment decisions with respect to the assignors' Paysafe securities transactions identified below.

3. I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on behalf of myself and CCM

4. I and CCM did not purchase the security that is the subject of this action, nor recommend it for purchase by any of the assignors, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

5. I and CCM are willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

6. The transactions in Paysafe securities during the class period set forth in the complaint, which reflects my personal transactions and those of the assignor clients are as follows:

   (See attached transactions)

7. I and CCM have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

8. I and CCM will not accept any payment for serving as a representative party, except to receive its pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/7/2022                                        *Clay Campbell*
_____        _____
Date                                            Clay Campbell
                                                President and Chief Investment Officer of CCM

**Campbell Capital Management Inc.'s Transactions in Paysafe Limited (PSFE)**

### Merceda Adam

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 500 | $15.5850 |
| 3/19/2021 | Bought | 250 | $15.8377 |

### Karen Aubuchon

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/9/2021 | Bought | 300 | $17.1299 |

### Article V Trust Aubuchon Family

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/10/2021 | Bought | 2,000 | $14.7965 |
| 3/19/2021 | Bought | 1,000 | $15.8047 |

### Clement Bezold

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 200 | $17.1187 |
| 1/27/2021 | Bought | 200 | $15.6180 |

### Darryl Blinski

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/10/2021 | Bought | 300 | $16.6666 |
| 10/5/2021 | Sold | -300 | $7.1883 |

### Colleen S Block Revocable Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 2/16/2021 | Bought | 1,000 | $16.8192 |
| 3/9/2021 | Bought | 1,000 | $14.8189 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### Colleen S Block

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 500 | $17.7722 |
| 5/26/2021 | Bought | 300 | $11.5949 |

### V Brown Family Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 300 | $15.5997 |
| 5/26/2021 | Bought | 200 | $11.6133 |

### Clay Campbell

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/10/2021 | Bought | 500 | $16.6520 |
| 2/17/2021 | Bought | 500 | $16.7518 |
| 4/21/2021 | Bought | 1,000 | $12.8057 |
| 9/20/2021 | Sold | -500 | $7.9630 |
| 9/20/2021 | Sold | -500 | $7.9630 |
| 9/20/2021 | Sold | -1,000 | $7.9630 |

### Kyle Campbell

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| Date | Bought | Shares | Price Bought |
| 2/17/2021 | Bought | 240 | $16.7756 |
| 9/20/2021 | Sold | -240 | $7.9226 |

### CG CAMPBELL HOLDINGS LLC

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 1,500 | $17.0637 |
| 1/25/2021 | Bought | 1,000 | $17.7502 |
| 1/27/2021 | Bought | 1,000 | $15.5630 |
| 3/9/2021 | Bought | 1,000 | $14.8079 |
| 4/12/2021 | Bought | 750 | $13.3149 |
| 4/21/2021 | Bought | 2,000 | $12.7947 |
| 8/13/2021 | Bought | 2,000 | $10.4000 |

### Clay Campbell Desc Trust Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/9/2021 | Bought | 500 | $17.1152 |

### Clay Campbell Desc Trust Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 220 | $17.1137 |
| 1/20/2021 | Bought | 500 | $17.3762 |
| 2/9/2021 | Bought | 750 | $17.1079 |
| 4/12/2021 | Bought | 500 | $13.3369 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### Dawn Campbell Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 700 | $16.8239 |

### James Campbell Trust Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 4/23/2021 | Bought | 1,000 | $12.8057 |
| 5/26/2021 | Bought | 750 | $11.5729 |

### James Campbell Trust Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 500 | $15.5850 |
| 5/26/2021 | Bought | 300 | $11.5949 |

### JE CAMPBELL HOLDNGS LLC

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 3,000 | $17.0674 |
| 1/25/2021 | Bought | 1,000 | $17.7612 |
| 1/27/2021 | Bought | 2,000 | $15.5685 |
| 2/10/2021 | Bought | 1,000 | $16.6410 |
| 3/5/2021 | Bought | 1,500 | $13.9630 |
| 5/26/2021 | Bought | 2,000 | $11.5638 |

### Brooke Chamberlain

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 300 | $15.5997 |

### Barbara Chamberlain

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 300 | $15.5997 |

### Alexandre and Lori Chemla

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/20/2021 | Bought | 1,500 | $17.3615 |
| 1/27/2021 | Bought | 1,500 | $15.5703 |
| 4/12/2021 | Bought | 750 | $13.3296 |
| 5/26/2021 | Bought | 750 | $11.5729 |

### Danny and  Lourdes Correa

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |

### Nereida J. DiPauli Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 500 | $17.0857 |
| 1/27/2021 | Bought | 500 | $15.5850 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Nicole E Di Pauli Gould

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 500 | $17.0857 |
| 1/27/2021 | Bought | 500 | $15.5850 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Reed Downs

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 600 | $17.7686 |
| 5/26/2021 | Bought | 300 | $11.5949 |

### Alex X Drouet

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 300 | $17.7869 |

### Alex X Drouet and Jessica Schenck Drouet

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 800 | $16.8220 |
| 5/26/2021 | Bought | 400 | $11.5858 |

### Michael Evans

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 750 | $17.0784 |
| 1/27/2021 | Bought | 500 | $15.5850 |
| 3/9/2021 | Bought | 500 | $14.8299 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Ruth Honig Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 500 | $17.0857 |
| 1/27/2021 | Bought | 500 | $15.5850 |
| 3/9/2021 | Bought | 250 | $14.8518 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Ruth Honig Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/9/2021 | Bought | 300 | $14.8445 |

### Klaus George Federlin

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 500 | $15.5850 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Paula Federlin Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 450 | $17.7747 |
| 5/26/2021 | Bought | 250 | $11.6023 |

### Paula Federlin Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/9/2021 | Bought | 200 | $14.8629 |

### Lucille Flynn

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 2/16/2021 | Bought | 500 | $16.8302 |
| 5/26/2021 | Bought | 750 | $11.5729 |

### Michael Flynn

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 400 | $15.5905 |
| 3/8/2021 | Bought | 200 | $15.3254 |
| 3/9/2021 | Bought | 400 | $14.8354 |
| 5/26/2021 | Bought | 400 | $11.5858 |

### Arlene S Friedman Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/10/2021 | Bought | 1,000 | $14.8020 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### Michael and Cynthia Fulford

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/23/2021 | Bought | 300 | $12.8314 |

### Michael Fulford

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 300 | $17.1004 |
| 4/12/2021 | Bought | 100 | $13.4249 |
| 5/26/2021 | Bought | 200 | $11.6133 |

### Roselim Gallardo

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 200 | $15.6180 |

### Gamma Investments & Acquisition Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/20/2021 | Bought | 4,000 | $17.3569 |
| 1/27/2021 | Bought | 6,000 | $15.5648 |
| 3/5/2021 | Bought | 1,500 | $13.9630 |
| 3/19/2021 | Bought | 2,500 | $15.7981 |
| 3/31/2021 | Bought | 2,000 | $13.6830 |
| 5/26/2021 | Bought | 4,000 | $11.5610 |

### Martin and Leslie Genauer

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 2/16/2021 | Bought | 500 | $16.8302 |
| 5/26/2021 | Bought | 750 | $11.5729 |

### James H Griffin III Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/17/2021 | Bought | 1,200 | $16.7390 |
| 3/19/2021 | Bought | 2,000 | $15.7992 |
| 4/21/2021 | Bought | 1,000 | $12.8057 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### James H Griffin III Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/10/2021 | Bought | 500 | $14.8130 |

### Mark Hamende

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 3/10/2021 | Bought | 500 | $14.8130 |
| 4/21/2021 | Bought | 500 | $12.8167 |
| 5/26/2021 | Bought | 500 | $11.5803 |

Alek Hannessian

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 300 | $17.7869 |

Denise Hasty

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 300 | $17.7869 |
| 5/26/2021 | Bought | 200 | $11.6133 |

Janet Hernandez Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 800 | $17.7640 |
| 5/26/2021 | Bought | 500 | $11.5803 |

Janet Hernandez Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,500 | $15.5703 |
| 2/16/2021 | Bought | 1,000 | $16.8192 |
| 3/10/2021 | Bought | 500 | $14.8130 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

Richard E. Hernandez

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 2,000 | $15.5685 |
| 2/9/2021 | Bought | 1,000 | $17.1042 |
| 3/9/2021 | Bought | 1,000 | $14.8189 |
| 3/10/2021 | Bought | 1,000 | $14.8020 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

Edwin Hickey

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 1,000 | $17.0747 |
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

Lori Hickey

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 300 | $17.1004 |
| 5/26/2021 | Bought | 200 | $11.6133 |

## HICKEY INVESTMENTS LLLP

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 10,000 | $15.5641 |
| 3/19/2021 | Bought | 3,000 | $15.7974 |
| 4/21/2021 | Bought | 2,000 | $12.8002 |
| 5/26/2021 | Bought | 5,000 | $11.5605 |

## Doliner Trust for Jessica Hockman

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 250 | $17.1077 |
| 8/3/2021 | Sold | -250 | $10.6971 |

## Doliner Trust for Melissa Hockman

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 400 | $17.7777 |
| 5/26/2021 | Bought | 250 | $11.6023 |

## Rae Huo

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 400 | $17.7777 |
| 1/27/2021 | Bought | 200 | $15.6180 |

## Estelle Joakimsen

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 500 | $17.7722 |
| 5/26/2021 | Bought | 300 | $11.5949 |

## Madeline Jusino

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 300 | $17.7869 |
| 9/20/2021 | Sold | -300 | $7.9318 |

## Perry Michael Koussiafes

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 3/9/2021 | Bought | 400 | $14.8354 |
| 5/26/2021 | Bought | 500 | $11.5803 |

## Business Asia Consultants

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 500 | $17.0857 |
| 1/27/2021 | Bought | 500 | $15.5850 |

### Business Asia Consultants 401K PSP

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/9/2021 | Bought | 1,000 | $12.1560 |

### Lawrence S Kronick Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,500 | $15.5703 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Lawrence S Kronick

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Leslie Lazo

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### GST Non Tax-Exempt Marital Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 10,000 | $15.5641 |
| 5/26/2021 | Bought | 5,000 | $11.5605 |

### Keycap 2 LP

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 10,000 | $15.5641 |
| 5/26/2021 | Bought | 5,000 | $11.5605 |

### Kenneth Martin

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 5/26/2021 | Bought | 2,500 | $11.5627 |
| 6/9/2021 | Bought | 500 | $12.1670 |

### Daniel McAlpin

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 500 | $16.8302 |
| 5/26/2021 | Bought | 300 | $11.5949 |

### Daniel and Pamela McAlpin

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/20/2021 | Bought | 1,200 | $17.3634 |
| 1/27/2021 | Bought | 1,000 | $15.5740 |
| 5/26/2021 | Bought | 800 | $11.5720 |
| 6/1/2021* | Transfer Out | -1,200 | $0.0000 |
| 6/1/2021* | Transfer Out | -1,000 | $0.0000 |
| 6/1/2021* | Transfer Out | -800 | $0.0000 |

*Shares transferred to account The McAlpin Family Trust

### The McAlpin Family Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/1/2021* | Transfer In | 1,200 | $0.0000 |
| 6/1/2021* | Transfer In | 1,000 | $0.0000 |
| 6/1/2021* | Transfer In | 800 | $0.0000 |

*Shares received from account Daniel and Pamela McAlpin

### Juan Moreno

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 500 | $15.5850 |
| 3/9/2021 | Bought | 500 | $14.8299 |
| 3/19/2021 | Bought | 500 | $15.8157 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Proal Perry

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 500 | $15.5850 |
| 3/9/2021 | Bought | 500 | $14.8299 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Jody Rosenstein-Boles

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/17/2021 | Bought | 900 | $16.7420 |
| 5/26/2021 | Bought | 400 | $11.5858 |

### Gabriel Martin

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 300 | $17.7869 |

### Vinson and Randa Richter

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 5,000 | $15.5652 |
| 5/26/2021 | Bought | 2,500 | $11.5627 |

### Vinson Richter

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/10/2021 | Bought | 2,000 | $16.6355 |
| 3/19/2021 | Bought | 1,000 | $15.8047 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### 2012 Cianna V Schiff Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 300 | $17.7869 |

### SCHIFF FAM HOLDINGS NEVADA LTD

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/19/2021 | Bought | 2,000 | $15.7992 |
| 5/26/2021 | Bought | 1,500 | $11.5656 |

### Robert Schiff Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 1,500 | $17.0710 |
| 2/9/2021 | Bought | 900 | $17.1054 |
| 3/10/2021 | Bought | 600 | $14.8093 |
| 5/26/2021 | Bought | 750 | $11.5729 |

### Craig Schenck

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 3,000 | $15.5667 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### Kenneth Schenck

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 5,000 | $15.5652 |
| 3/19/2021 | Bought | 2,000 | $15.7992 |
| 5/26/2021 | Bought | 2,000 | $11.5638 |

### Jayne Lilly Siegel

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 180 | $17.1248 |

### Jayne Lilly Siegel Irrevocable Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/9/2021 | Bought | 1,000 | $17.1042 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### Lillian Siegel Trust fbo James

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/19/2021 | Bought | 3,000 | $15.7974 |
| 5/26/2021 | Bought | 2,000 | $11.5638 |

### Jim Siegel

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/9/2021 | Bought | 2,000 | $17.0987 |
| 2/16/2021 | Bought | 500 | $16.8302 |
| 3/9/2021 | Bought | 500 | $14.8299 |
| 4/21/2021 | Bought | 500 | $12.8167 |

### Jeffrey St. George

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 1,000 | $16.8192 |
| 5/26/2021 | Bought | 500 | $11.5803 |

### Maria St. George

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/9/2021 | Bought | 350 | $17.1246 |
| 5/26/2021 | Bought | 250 | $11.6023 |

### Toledo Family Rev Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 6,000 | $15.5648 |
| 5/26/2021 | Bought | 2,000 | $11.5638 |

### Art Veenendaal

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/17/2021 | Bought | 1,000 | $16.7408 |
| 7/15/2021 | Sold | -1,000 | $10.6549 |

### Veenendaal Family Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 4,000 | $15.5657 |
| 2/16/2021 | Bought | 1,000 | $16.8192 |

### Aizik Wolf

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 2,000 | $17.0692 |
| 1/27/2021 | Bought | 5,000 | $15.5652 |
| 5/26/2021 | Bought | 3,000 | $11.5619 |

### Louis Wolfson

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 1,000 | $17.7612 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### Randi Wolfson

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 3,000 | $15.5667 |
| 5/26/2021 | Bought | 1,500 | $11.5656 |

### Gavin Worsdale

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/20/2021 | Bought | 400 | $17.3817 |

### Kenneth & Victoria Worsdale

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 2,000 | $15.5685 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |
| 11/3/2021* | Transfer Out | -2,000 | $0.0000 |
| 11/3/2021* | Transfer Out | -1,000 | $0.0000 |

*Shares transferred to account Victoria Worsdale Account 1

### Victoria Worsdale Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 11/3/2021* | Transfer In | 2,000 | $0.0000 |
| 11/3/2021* | Transfer In | 1,000 | $0.0000 |

*Shares received from account Kenneth & Victoria Worsdale

### Victoria C. Worsdale Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/27/2021 | Bought | 200 | $15.6180 |

### Amy Zeiset

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/19/2021 | Bought | 250 | $15.8377 |

### Article IV Trust Aubuchon Family

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/25/2021 | Bought | 1,500 | $17.7576 |
| 1/27/2021 | Bought | 1,000 | $15.5740 |

### Connie Mields-Perry

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/10/2021 | Bought | 500 | $14.8130 |

### Susan Marie Van Cleve

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/23/2021 | Bought | 1,000 | $15.6310 |
| 5/26/2021 | Bought | 400 | $11.5858 |

### Thomas Cromer Revocable Trust

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/16/2021 | Bought | 2,000 | $16.8137 |
| 3/9/2021 | Bought | 1,000 | $14.8189 |
| 5/26/2021 | Bought | 1,000 | $11.5693 |

### Thomas Cromer

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/19/2021 | Bought | 600 | $17.0820 |
| 1/27/2021 | Bought | 600 | $15.5813 |
| 5/26/2021 | Bought | 500 | $11.5803 |

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/8/2022____ (the "Effective Date"), by and between Doliner Trust for Jessica Hockman ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Allison Hockman*

Doliner Trust for Jessica Hockman
By: Allison Hockman

2/8/2022

Date

**ASSIGNEE**:

*Clay Campbell*

Campbell Capital Management
By: Clay Campbell, President

2/8/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/8/2022_____ (the "Effective Date"), by and between Doliner Trust for Melissa Hockman ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Allison Hockman*
_____
Doliner Trust for Melissa Hockman
By: Allison Hockman

2/8/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/8/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/7/2022____ (the "Effective Date"), by and between ____Nicole DiPauli-Gould____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____      2/7/2022
                                          Date

**ASSIGNEE**:

_Clay Campbell_      2/8/2022
_____      _____
Campbell Capital Management      Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/8/2022_____ (the "Effective Date"), by and between ___Susan Marie Van Cleve___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Susan Marie Van Cleve_     2/8/2022
———————————————     ———————————
                          Date

**ASSIGNEE**:

_Clay Campbell_           2/8/2022
———————————————     ———————————
Campbell Capital Management     Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on <u>   2/6/2022   </u> (the "Effective Date"), by and between <u>  Aizik Wolf  </u> ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

<u>Aizik Wolf</u>

<u>2/6/2022</u>
Date

**ASSIGNEE**:

<u>Clay Campbell</u>

<u>2/7/2022</u>

Campbell Capital Management     Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between ___Alek Hannessian___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Alek Hannessian*
_____

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between ____Alex Drouet____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Alex Drouet_                    2/4/2022
_____        _____
                                Date

**ASSIGNEE**:

_Clay Campbell_                  2/7/2022
_____        _____
Campbell Capital Management      Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on __2/7/2022__ (the "Effective Date"), by and between __Amy Zeiset__ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Amy Zeiset*
_____

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/5/2022____ (the "Effective Date"), by and between Arlene S. Friedman Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Arlene S. Friedman*

Arlene S. Friedman Trust
By: Arlene S. Friedman

2/5/2022

Date

**ASSIGNEE**:

*Clay Campbell*

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/6/2022___ (the "Effective Date"), by and between ___ART VEENENDAAL___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Art V._

2/6/2022

Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022

Campbell Capital Management        Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Article IV Trust Aubuchon Family ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Karen Aubuchon*
_____
Article IV Trust Aubuchon Family
By: Karen Aubuchon

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Article V Trust Aubuchon Family ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Karen Aubuchon*
_____
Article V Trust Aubuchon Family
By: Karen Aubuchon

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on 2/4/2022 _____ (the "Effective Date"), by and between Barbara Chamberlain _____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Barbara Chamberlain*

2/4/2022

Date

**ASSIGNEE**:

*Clay Campbell*

2/7/2022

Campbell Capital Management          Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on __2/5/2022__ (the "Effective Date"), by and between __Brooke Chamberlain__ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Brooke Chamberlain*
_____

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between Business Asia Consultants ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____
Business Asia Consultants
By: Larry Kronick

2/5/2022
_____
Date

**ASSIGNEE**:

_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/5/2022____ (the "Effective Date"), by and between Business Asia Consultants 401K PSP ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

Business Asia Consultants 401K PSP
By: Larry Kronick

2/5/2022
Date

**ASSIGNEE**:

Campbell Capital Management
By: Clay Campbell, President

2/7/2022
Date

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between CG CAMPBELL HOLDINGS LLC ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Clay Campbell*
_____
CG CAMPBELL HOLDINGS LLC
By: Clay Campbell

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022____ (the "Effective Date"), by and between ___Clay Campbell_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Clay Campbell*

2/5/2022

Date

**ASSIGNEE**:

*Clay Campbell*

2/7/2022

Campbell Capital Management     Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/5/2022____ (the "Effective Date"), by and between Clay Campbell Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Clay Campbell*
_____
Clay Campbell Trust
By: Clay Campbell

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on 2/4/2022 (the "Effective Date"), by and between Clement Bezold ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

Clement Bezold

2/4/2022

Date

**ASSIGNEE**:

Clay Campbell

2/7/2022

Date

Campbell Capital Management
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/5/2022_____ (the "Effective Date"), by and between ___Colleen Block_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.


**ASSIGNOR**:

_Colleen Block_____

_2/5/2022_____
Date


**ASSIGNEE**:

_Clay Campbell_____

_2/7/2022_____
Campbell Capital Management        Date
By: Clay Campbell, President

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between Colleen S. Block Revocable Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Colleen S. Block*
_____
Colleen S. Block Revocable Trust
By: Colleen S. Block

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/5/2022_____ (the "Effective Date"), by and between __Connie Mields- Perry_____("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Connie Mields- Perry_____     2/5/2022_____
                                   Date

**ASSIGNEE**:

_Clay Campbell_____             2/7/2022_____
Campbell Capital Management         Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between ____Craig Schenck____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Craig Schenck*
_____

2/4/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on <u>   2/4/2022   </u> (the "Effective Date"), by and between <u>  Daniel McAlpin  </u> ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Daniel McAlpin*
_____

2/4/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/5/2022_____ (the "Effective Date"), by and between _Danny Correa_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Danny Correa*
_____

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/4/2022___ (the "Effective Date"), by and between ___Darryl Blinski___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Darryl Blinski_

2/4/2022
_____
Date

**ASSIGNEE**:

_Clay Campbell_

Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Dawn Campbell Trust IRA BDA ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Clay Campbell*
_____
Dawn Campbell Trust IRA BDA
By: Clay Campbell

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between ____DENISE HASTY____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_DENSE HASTY_                    2/4/2022
_____          _____
                                 Date

**ASSIGNEE**:

_Clay Campbell_                  2/7/2022
_____          _____
Campbell Capital Management       Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between ___Edwin Hickey___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Edwin Hickey*
_____       ___2/5/2022___
                              Date

**ASSIGNEE**:

*Clay Campbell*
_____       ___2/7/2022___
Campbell Capital Management    Date
By: Clay Campbell, President

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/5/2022____ (the "Effective Date"), by and between 2012 Cianna V Schiff Trust  ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____
2012 Cianna V Schiff Trust
By: Robert Schiff

2/5/2022
_____
Date

**ASSIGNEE**:

_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between ___Estelle Joakimsen___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Estelle Joakimsen_      2/4/2022
_____  _____
                                     Date

**ASSIGNEE**:

_Clay Campbell_      2/7/2022
_____  _____
Campbell Capital Management    Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between ____Gabriel Martin____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____   2/5/2022
                            _____
                            Date

**ASSIGNEE**:

_Clay Campbell_              2/7/2022
_____   _____
Campbell Capital Management  Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/6/2022___ (the "Effective Date"), by and between Gamma Investments & Acquisition Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Aizik Wolf*
_____
Gamma Investments & Acquisition Trust
By: Aizik Wolf

2/6/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/4/2022____ (the "Effective Date"), by and between ____Gavin Worsdale____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____          2/4/2022
                                 _____
                                 Date

**ASSIGNEE**:

_____          2/7/2022
Campbell Capital Management       _____
By: Clay Campbell, President      Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between GST Non Tax-Exempt Marital Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Jeff Silver*
GST Non Tax-Exempt Marital Trust
By: Jeff Silver

2/5/2022
Date

**ASSIGNEE**:

*Clay Campbell*
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between HICKEY INVESTMENTS LLLP ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Edwin Hickey*
_____
HICKEY INVESTMENTS LLLP
By: Edwin Hickey

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between James Campbell Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Clay Campbell*

James Campbell Trust
By: Clay Campbell

2/7/2022

Date

**ASSIGNEE**:

*Clay Campbell*

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between James Campbell Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*James Campbell*
_____
James Campbell Trust
By: James Campbell

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/7/2022_____ (the "Effective Date"), by and between James Campbell Trust Ira BDA ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Clay Campbell*
_____
James Campbell Trust Ira BDA
By: Clay Campbell

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/5/2022_____ (the "Effective Date"), by and between __James Griffin_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____    _2/5/2022_____
                                   Date

**ASSIGNEE**:

_Clay Campbell_____    _2/7/2022_____
Campbell Capital Management         Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on __2/4/2022__ (the "Effective Date"), by and between __Janet Hernandez__ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Janet Hernandez_

2/4/2022

Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022

Campbell Capital Management          Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/7/2022_ (the "Effective Date"), by and between _Jayne Lilly Siegel_ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Jayne Lilly Siegel_                2/7/2022
_____          _____
                                 Date

**ASSIGNEE**:

_Clay Campbell_                   2/7/2022
_____          _____
Campbell Capital Management       Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Jayne Lilly Siegel Irrevocable Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Jayne Lilly Siegel*

Jayne Lilly Siegel Irrevocable Trust
By: Jayne Lilly Siegel

2/7/2022

Date

**ASSIGNEE**:

*Clay Campbell*

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/4/2022___ (the "Effective Date"), by and between JE CAMPBELL HOLDNGS LLC ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Clay Campbell*
_____
JE CAMPBELL HOLDNGS LLC
By: Clay Campbell

2/4/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/6/2022_____ (the "Effective Date"), by and between ___Jeffrey St. George___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____     _2/6/2022_____
                                     Date

**ASSIGNEE**:

_Clay Campbell_____     _2/7/2022_____
Campbell Capital Management           Date
By: Clay Campbell, President

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/7/2022_____ (the "Effective Date"), by and between ___James R. Siegel___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*James R. Siegel*
_____    2/7/2022
                                   _____
                                   Date

**ASSIGNEE**:

*Clay Campbell*
_____    2/7/2022
Campbell Capital Management          _____
By: Clay Campbell, President         Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/4/2022____ (the "Effective Date"), by and between ____JODY ROSENSTEIN BOLES____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____   ____2/4/2022____
                            Date

**ASSIGNEE**:

_____   ____2/7/2022____
Campbell Capital Management   Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between _____Juan Moreno_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____    _____2/4/2022_____
                             Date

**ASSIGNEE**:

_____    _____2/7/2022_____
Campbell Capital Management   Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/7/2022_____ (the "Effective Date"), by and between ____Karen Aubuchon____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Karen Aubuchon*
_____

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on $\underline{\hspace{1cm}2/4/2022\hspace{1cm}}$ (the "Effective Date"), by and between $\underline{\hspace{0.3cm}\text{Kendall Campbell}\hspace{0.3cm}}$ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____    2/4/2022
                             _____
                             Date

**ASSIGNEE**:

_____    2/7/2022
Campbell Capital Management   Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/6/2022_ (the "Effective Date"), by and between _Kenneth Martin_ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Kenneth Martin_

_2/6/2022_

Date

**ASSIGNEE**:

_Clay Campbell_

_2/7/2022_

Campbell Capital Management     Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/6/2022_____ (the "Effective Date"), by and between __KENNETH SCHENCK_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

KENNETH SCHENCK

2/6/2022

Date

**ASSIGNEE**:

Clay Campbell

2/7/2022

Campbell Capital Management          Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between Keycap 2 LP ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Jeff Silver*

Keycap 2 LP
By: Jeff Silver

2/5/2022

Date

**ASSIGNEE**:

*Clay Campbell*

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between ___Klaus George Federlin___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_(signature)_        2/5/2022

Date

**ASSIGNEE**:

_(signature)_ Clay Campbell        2/7/2022

Campbell Capital Management        Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between ____Kyle Campbell____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Kyle Campbell*
_____                2/5/2022
                                       _____
                                       Date

**ASSIGNEE**:

*Clay Campbell*
_____                2/7/2022
Campbell Capital Management            _____
By: Clay Campbell, President           Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between ___Larry Kronick___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____          ___2/5/2022___
                                          Date

**ASSIGNEE**:

_____          ___2/7/2022___
Campbell Capital Management               Date
By: Clay Campbell, President

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between Lawrence S. Kronick Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

Lawrence S. Kronick Trust
By: Lawrence S. Kronick

2/5/2022

Date

**ASSIGNEE**:

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on 2/7/2022 _____ (the "Effective Date"), by and between _Leslie Lazo_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Leslie Lazo_

2/7/2022
_____
Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022
_____
Date

Campbell Capital Management
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Lillian Siegel Trust fbo James Siegel ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*James R. Siegel*

Lillian Siegel Trust fbo James Siegel
By: James Siegel

2/7/2022

Date

**ASSIGNEE**:

*Clay Campbell*

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/4/2022____ (the "Effective Date"), by and between ____Lori Chemla____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____   2/4/2022
                          _____
                          Date

**ASSIGNEE**:

_Clay Campbell_           2/7/2022
_____   _____
Campbell Capital Management   Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between _____Lori Hickey_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Lori Hickey*

_____

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*

_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between ___Louis Wolfson___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Louis Wolfson_

2/7/2022

Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022

Campbell Capital Management       Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/7/2022_____ (the "Effective Date"), by and between _Lucille Flynn_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Lucille Flynn_____

2/7/2022
_____
Date

**ASSIGNEE**:

_Clay Campbell_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on 2/4/2022 _____ (the "Effective Date"), by and between _Madeline Jusino_ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Madeline Jusino_

2/4/2022

Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022

Campbell Capital Management    Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/6/2022___ (the "Effective Date"), by and between ___Maria St. George___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

___[signature]___                    2/6/2022
                                     _____
                                     Date

**ASSIGNEE**:

___[signature]___                    2/7/2022
                                     _____
Campbell Capital Management          Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/7/2022_ (the "Effective Date"), by and between _Mark Hamende_ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Mark Hamende_

2/7/2022

Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022

Campbell Capital Management          Date
By: Clay Campbell, President

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/4/2022____ (the "Effective Date"), by and between ____Martin Genauer____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Martin Genauer_

2/4/2022

Date

**ASSIGNEE**:

_Clay Campbell_

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/4/2022___ (the "Effective Date"), by and between The McAlpin Family Trust  ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Daniel McAlpin*

The McAlpin Family Trust
By: Daniel McAlpin

2/4/2022

Date

**ASSIGNEE**:

*Clay Campbell*

Campbell Capital Management
By: Clay Campbell, President

2/7/2022

Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/5/2022___ (the "Effective Date"), by and between ___Merceda Adam___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Merceda Adam*

2/5/2022

Date

**ASSIGNEE**:

*Clay Campbell*

2/7/2022

Campbell Capital Management          Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/4/2022_ (the "Effective Date"), by and between _Michael Evans_ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_(signature)_

2/4/2022

Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022

Campbell Capital Management    Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/7/2022_____ (the "Effective Date"), by and between ____Michael Flynn____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Michael Flynn*
_____

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/7/2022_____ (the "Effective Date"), by and between _Michael Fulford_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____    2/7/2022
                             _____
                             Date

**ASSIGNEE**:

_Clay Campbell_____    2/7/2022
Campbell Capital Management    Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Nereida J. DiPauli Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____
Nereida J. DiPauli Trust
By: Nereida J. DiPauli

2/7/2022
_____
Date

**ASSIGNEE**:

_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Nereida J. DiPauli Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.


**ASSIGNOR**:

_____
Nereida J. DiPauli Trust
By: Nereida J. DiPauli

2/7/2022
_____
Date


**ASSIGNEE**:

_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/5/2022____ (the "Effective Date"), by and between ___Paula Federlin___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Paula Federlin*
_____

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/6/2022_____ (the "Effective Date"), by and between ___Perry Koussiafes___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Perry Koussiafes_

2/6/2022

Date

**ASSIGNEE**:

_Clay Campbell_

2/7/2022

Campbell Capital Management     Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/5/2022_____ (the "Effective Date"), by and between ___Proal Perry_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Proal Perry_____     _2/5/2022_____
                                       Date

**ASSIGNEE**:

_Clay Campbell_____     _2/7/2022_____
Campbell Capital Management     Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ____2/7/2022____ (the "Effective Date"), by and between ____Rae Huo____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Rae Huo_                          2/7/2022
_____          _____
                               Date

**ASSIGNEE**:

_Clay Campbell_                    2/7/2022
_____          _____
Campbell Capital Management     Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between ____Randi Wolfson____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____     2/4/2022
                                     _____
                                     Date

**ASSIGNEE**:

_____     2/7/2022
Campbell Capital Management           _____
By: Clay Campbell, President          Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between ___REED DOWNS_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.


**ASSIGNOR**:

REED DOWNS

_____     ____2/4/2022____
                                     Date


**ASSIGNEE**:

Clay Campbell

_____     ____2/7/2022____
Campbell Capital Management          Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/4/2022___ (the "Effective Date"), by and between ___Richard Hernandez___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Richard Hernandez*                     2/4/2022
_____          _____
                                 Date

**ASSIGNEE**:

*Clay Campbell*                          2/7/2022
_____          _____
Campbell Capital Management       Date
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between Robert Schiff Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____

Robert Schiff Trust
By: Robert Schiff

2/5/2022
_____
Date

**ASSIGNEE**:

_____

Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/4/2022_____ (the "Effective Date"), by and between ___ROSELIM GALLARDO_____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

ROSELIM GALLARDO

2/4/2022
Date

**ASSIGNEE**:

Clay Campbell

2/7/2022
Date

Campbell Capital Management
By: Clay Campbell, President

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between ____Ruth Honig____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Ruth Honig*
_____

2/4/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/4/2022_____ (the "Effective Date"), by and between SCHIFF FAM HOLDINGS NEVADA LTD  ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____

SCHIFF FAM HOLDINGS NEVADA LTD
By: Lori Chemla

_2/4/2022_____
Date

**ASSIGNEE**:

_____

Campbell Capital Management
By: Clay Campbell, President

_2/7/2022_____
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _2/7/2022_ (the "Effective Date"), by and between _Thomas Cromer_ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**<u>ASSIGNOR</u>:**

_Thomas Cromer_

2/7/2022

Date

**<u>ASSIGNEE</u>:**

_Clay Campbell_

2/7/2022

Campbell Capital Management          Date
By: Clay Campbell, President

DocuSign Envelope ID: Z88BE633-176C-48E7-B56D-422F49C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/7/2022___ (the "Effective Date"), by and between Thomas Cromer Revocable Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. <u>Acceptance</u>. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. <u>Successors</u>. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Thomas Cromer*
_____
Thomas Cromer Revocable Trust
By: Thomas Cromer

2/7/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

DocuSign Envelope ID: 788BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/4/2022___ (the "Effective Date"), by and between Toledo Family Rev Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_____

Toledo Family Rev Trust
By: Gilbert Toledo

2/4/2022
_____
Date

**ASSIGNEE**:

_____

Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

DocuSign Envelope ID: Z88BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/4/2022___ (the "Effective Date"), by and between V Brown Family Trust  ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Victor Brown*
_____
V Brown Family Trust
By: Victor Brown

2/4/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date

DocuSign Envelope ID: Z88BE633-176C-48E7-B56D-422F48C92A28

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on ___2/4/2022___ (the "Effective Date"), by and between Veenendaal Family Trust ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_Art V._
Veenendaal Family Trust
By: Art Veenendaal

2/4/2022
Date

**ASSIGNEE**:

_Clay Campbell_
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
Date

# ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between ___Victoria Worsdale___ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

_V Cw_____        ___2/5/2022___
                                     Date

**ASSIGNEE**:

_Clay Campbell_____        ___2/7/2022___
Campbell Capital Management          Date
By: Clay Campbell, President

## ASSIGNMENT AGREEMENT

This Assignment Agreement is made and entered into on _____2/5/2022_____ (the "Effective Date"), by and between ____Vinson Richter____ ("Assignor") and Campbell Capital Management ("Assignee") (collectively, the "Parties").

The Parties hereby agree as follows:

1. Assignment. Assignor hereby assigns, conveys, transfers, and sets over unto Assignee all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations of the federal securities laws of the United States of America in connection with Assignor's purchase or acquisition of Paysafe Limited securities. Furthermore, the Assignor hereby appoints the Assignee as his attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Assignee agrees to remit any proceeds received as a result of this assignment to the Assignor.

2. Acceptance. As of the Effective Date, Assignee hereby accepts the foregoing assignment.

3. Successors. This assignment shall be binding upon and inure to the benefit of the Parties, their successors, and assigns.

**ASSIGNOR**:

*Vinson Richter*
_____

2/5/2022
_____
Date

**ASSIGNEE**:

*Clay Campbell*
_____
Campbell Capital Management
By: Clay Campbell, President

2/7/2022
_____
Date