# EXHIBIT D

**DECLARATION OF CLAY CAMPBELL IN SUPPORT OF CAMPBELL CAPITAL MANAGEMENT INC.'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Clay Campbell, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of Campbell Capital Management Inc. ("CCM")'s Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the instant class action against Paysafe Limited (f/k/a Foley Trasimene Acquisition Corp. II) ("Paysafe").

2.      I, Clay Campbell, am the President and Chief Investment Officer ("CIO") of CCM. CCM is an investment adviser firm, incorporated in Florida. I am a retired Certified Public Accountant, and I have authority to act on CCM's behalf.

3.      The accounts identified in the Certification, filed concurrently herewith, belong to clients of CCM. CCM made the investment decisions with respect to the Paysafe purchases and sales in the accounts. The clients with authority over the accounts have assigned to CCM, all rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that they have or may have arising from violations of the federal securities laws of the United States of America in connection with their purchases or acquisitions of Paysafe securities. CCM has agreed to remit any proceeds received as a result of the assignments to the client assignors.

4.      I, on behalf of CCM, believe that the securities class action against Paysafe is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. CCM's clients suffered substantial losses on their Paysafe securities investments. CCM has the ability and competency to oversee this litigation to a successful

conclusion. It is for this reason that I, on behalf of CCM, decided to seek the appointment of CCM as lead plaintiff in this action.

5.      I and CCM are informed of and understand the requirements and duties imposed by the PSLRA. I and CCM understand the responsibilities of being a lead plaintiff, including CCM's fiduciary duty to the class. I understand that if CCM is appointed as lead plaintiff, CCM will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible recovery in good faith and with vigorous advocacy. I and CCM are committed to the prosecution of this case and will remain actively involved.

6.      CCM has selected counsel in this action based upon their experience and CCM is confident in their ability to work with CCM to protect the interest of the class. I and CCM understand that one of CCM's primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation. I, on behalf of CCM, will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

7.      I understand that, as the lead plaintiff in this action, CCM will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____2/8/2022_____.

_Clay Campbell_

_____

Clay Campbell, President and CIO
Campbell Capital Management Inc.

2