**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>Defendants. | Case No. 1:21-cv-10611-AJN-KHP |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>Defendants. | Case No. 1:22-cv-00567-AJN-KHP |

**REPLY DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF ROBERT J. VIANI AND ERIC C. PRICE, AS TRUSTEE FOR THE ERIC C. PRICE & KRISTEN B. HENNIG-PRICE REV. LIVING TRUST UA 05/27/2015, FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Naumon A. Amjed, declare as follows:

1.      I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP. I submit this Reply Declaration in support of the reply memorandum of law filed by Robert J. Viani  and Eric C. Price, as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Reply Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      *Cohen v. Luckin Coffee Inc.*, No. 1:20-cv-01293-JPC (S.D.N.Y. Apr. 13, 2020), ECF No. 67-7 [excerpted to remove cover page];

Exhibit B:      Notice of the pendency of *O'Brien v. Paysafe Ltd. f/k/a Foley Trasimene Acquisition Corp. II, et al.*, No. 1:22-cv-00567-AJN-KHP (S.D.N.Y.), published on January 21, 2022, in *Newsfile*;

Exhibit C:      Declaration of Kenneth N. Kotz; and

Exhibit D:      *City of Sunrise Firefighters' Pension Fund v. Citigroup Inc.*, No. 1:20-cv-09132-AJN  (S.D.N.Y.  Jan.  12,  2021),  ECF  No.  50-2 [excerpted to remove cover page].

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of March 2022.

*S/ Naumon A. Amjed*
Naumon A. Amjed

1