# EXHIBIT B

# Kessler Topaz Meltzer & Check, LLP Announces the Filing of a Securities Fraud Class Action Lawsuit Against Paysafe Limited F/K/A Foley Trasimene Acquisition Corp. II

Radnor, Pennsylvania--(Newsfile Corp. - January 21, 2022) - The law firm of Kessler Topaz Meltzer & Check, LLP (https://www.newsfilecorp.com/redirect/BNDe1HgQ8R) (www.ktmc.com (https://www.newsfilecorp.com/redirect/5pDbYhMbK1)) informs investors that the firm has filed a securities class action lawsuit against Paysafe Limited ("Paysafe") f/k/a Foley Trasimene Acquisition Corp. II ("FTAC") on behalf of investors who purchased or acquired Paysafe (NYSE: PSFE) or FTAC (NYSE: BFT) securities between **December 7, 2020, and November 10, 2021**, inclusive (the "Class Period"). This action, captioned *John Paul O'Brien v. Paysafe Limited, et al.*, Case No. 1:22-cv-00567 (the "*O'Brien* Action"), was filed in the United States District Court for the Southern District of New York.

There is another related class action case pending against Paysafe in the United States District Court for the Southern District of New York. That first-filed action issued a notice of its filing pursuant to the federal securities laws which triggered the deadline of February 8, 2022, for any investors who purchased Paysafe or FTAC securities to seek to be appointed as a lead plaintiff representative of the class. **The filing of the *O'Brien* Action *does not change* the February 8, 2022 lead plaintiff deadline.**



Paysafe Limited (PSFE) Investor Class Action Lawsuit for S…

**CANNOT VIEW THIS VIDEO? PLEASE CLICK HERE (https://www.newsfilecorp.com/redirect/L7mrJSbMXR)**

**CLICK HERE** (https://www.newsfilecorp.com/redirect/oJqD3srxkX) **TO SUBMIT YOUR PAYSAFE LOSSES. YOU CAN ALSO CLICK ON THE FOLLOWING LINK OR COPY AND PASTE IN YOUR BROWSER:** https://www.ktmc.com/paysafe-class-action-lawsuit?utm_source=PR&utm_medium=link&utm_campaign=paysafe (https://www.newsfilecorp.com/redirect/OLD4mCmw1N)

**LEAD PLAINTIFF DEADLINE: February 8, 2022**
**CLASS PERIOD: December 7, 2020 through November 10, 2021**

3/1/22, 2:18 PM    Kessler Topaz Meltzer & Check, LLP Announces the Filing of a Securities Fraud Class Action Lawsuit Against Paysafe Limited F/K/…

Case 1:21-cv-10611-ER-KHP    Document 55-2    Filed 03/01/22    Page 3 of 4

**CONTACT AN ATTORNEY TO DISCUSS YOUR RIGHTS**:

**James Maro, Esq. (484) 270-1453 or Toll Free (844) 887-9500 or Email at** info@ktmc.com (mailto:info@ktmc.com)

**PAYSAFE'S MISCONDUCT**

Paysafe, a Bermudian company with principal executive offices in Hamilton, Bermuda, provides end-to-end payment solutions through three primary business segments: Integrated Processing, Digital Wallet and eCash Solutions.

The Class Period commences on December 7, 2020, when FTAC announced that it had entered into a definitive agreement and plan of merger with Paysafe Group Holdings Limited. In connection with this announcement, the defendants represented that the transaction would position Paysafe for strong, accelerated growth. Thereafter, and throughout the Class Period, the defendants repeatedly assured investors that Paysafe was executing well against its strategy and was positioned for strong growth throughout 2021.

Investors began to learn the truth about Paysafe on August 16, 2021, when Paysafe announced its financial results for the second quarter of 2021 and provided disappointing guidance for the third quarter of 2021. Specifically, the defendants projected third quarter revenue of between $360 million and $375 million-well below analysts' estimate of $389 million. The defendants attributed this weak guidance to challenges in Paysafe's Digital Wallet segment, including "some softness in the . . . online gambling space" in European markets.

Nonetheless, Defendants assured investors that the company would rebound in the fourth quarter of 2021, stating that "Q4 is . . . where you start seeing a double-digit growth in Digital Wallet's revenue," and reiterating that despite a weak third quarter, the company still expected full-year 2021 revenue of between $1.53 billion and $1.55 billion due to strong fourth quarter expected results.

Following this news, the price of Paysafe common stock declined $1.58 per share, or more than 15%, from a close of $10.20 per share on August 13, 2021, to close at $8.62 per share on August 16, 2021.

Then, on November 11, 2021, Paysafe announced its third quarter 2021 financial results-including below-guidance quarterly revenue of $353.6 million-and lowered its full-year 2021 guidance for revenue and other financial metrics. Specifically, the defendants revealed that, due to "[g]ambling regulations and softness in key European markets and performance challenges impacting the Digital Wallet segment," as well as "modified scope and timing of new eCommerce customer agreements relative to [Paysafe]'s original expectations for these agreement," they now expected full-year 2021 revenue of between $1.47 billion and $1.48 billion. Additionally, the defendants provided disappointing guidance for the fourth quarter of 2021, projecting quarterly revenue of between $355 million and $385 million.

Following this news, the price of Paysafe common stock declined $3.03 per share, or more than 41%, from a close of $7.27 per share on November 10, 2021, to close at $4.24 per share on November 11, 2021.

The *O'Brien* Action alleges that, throughout the Class Period, the defendants misrepresented and/or failed to disclose that: (1) Paysafe was being negatively impacted by gambling regulations in key European markets; (2) Paysafe was encountering performance challenges in its Digital Wallet segment; (3) new eCommerce customer agreements were being pushed back; and (4) as a result, the defendants' statements about Paysafe's business, operations, and prospects lacked a reasonable basis.

**WHAT CAN I DO?**

Paysafe or former FTAC investors may, **_no later than February 8, 2022_** seek to be appointed as a lead plaintiff representative of the class through Kessler Topaz Meltzer & Check, LLP (https://www.newsfilecorp.com/redirect/PMrjkux4zY) or other counsel, or may choose to do nothing and remain an absent class member Kessler Topaz Meltzer & Check, LLP (https://www.newsfilecorp.com/redirect/w2yG5HwGgj) encourages Paysafe or former FTAC investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE** (https://www.newsfilecorp.com/redirect/gxqm1sGO1O) **TO SIGN UP FOR THE CASE**

**WHO CAN BE A LEAD PLAINTIFF?**

Case 1:21-cv-10611-ER-KHP   Document 55-2   Filed 03/01/22   Page 4 of 4

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

## ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP

Kessler Topaz Meltzer & Check, LLP (https://www.newsfilecorp.com/redirect/p4qrvsAkBP) prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries. At the end of the day, we have succeeded if the bad guys pay up, and if you recover your assets.

For more information about Kessler Topaz Meltzer & Check, LLP (https://www.newsfilecorp.com/redirect/YzmLpi5GBv) please visit www.ktmc.com (https://www.newsfilecorp.com/redirect/0K7gOHB7ZM).

## CONTACT:

Kessler Topaz Meltzer & Check, LLP
James Maro, Jr., Esq.
280 King of Prussia Road
Radnor, PA 19087
(844) 887-9500 (toll free)
info@ktmc.com (mailto:info@ktmc.com)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/111181 (https://www.newsfilecorp.com/redirect/RVzJ5CkRjp)