# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA WILEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-10611-AJN-KHP |
| Plaintiff, | |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD, | |
| Defendants. | |
| JOHN PAUL O'BRIEN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-00567-AJN |
| Plaintiff, | |
| v. | |
| PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD, | |
| Defendants. | |

## DECLARATION OF GREGORY B. LINKH IN SUPPORT OF CAMPBELL CAPITAL MANAGEMENT INC.'S REPLY <u>MEMORANDUM OF LAW</u>

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Campbell Capital Management Inc. ("CCM") and proposed Lead Counsel for the class in the above-captioned actions. I make this declaration in further support of CCM's Reply Memorandum of Law in Further Support of Its Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel, filed concurrently herewith. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A are true and correct copies of three assignment agreements originally filed by Kessler Topaz Meltzer & Check, LLP ("Kessler"), counsel to the Price/Viani Group in this action, in *Walling v. Kraft Heinz Company*, No. 19-cv-00214 (W.D. Penn., February 26, 2019), Dkt. No. 48-2 at 14, 16, 18.

3.      Attached hereto as Exhibit B are true and correct copies of two assignment agreements originally filed by Kessler in *Rosenberg v. Allergan PLC*, No. 17-cv-00025 (S.D.N.Y., January 3, 2017), Dkt. No. 16-1 at 10, 12.

4.      Attached hereto as Exhibit C are true and correct copies of two assignment agreements originally filed by Levi & Korsinsky, LLP ("Levi"), counsel to Thalluri in this action, in *Ng v. Berkeley Lights, Inc.*, No. 21-cv-09497 (N.D. Cal., December 8, 2021), Dkt. No. 21-2 at 5, 6.

5.      Attached hereto as Exhibit D is a true and correct copy of an assignment agreement originally filed by Levi in *Sanchez v. Hoegh LNG Partners LP*, No. 21-cv-19374 (D.N.J., October 27, 2021, Dkt. No. 14-3 at 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of March 2022.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 1, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh