# EXHIBIT A

**DECLARATION OF ASSIGNMENT BY
UNION INVESTMENT LUXEMBOURG S.A.
TO UNION ASSET MANAGEMENT HOLDING AG**

We, Giavanni Gay and Maria Löwenbrück, hereby declare as follows:

1.  We are Members of the Board of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under Luxembourg law by UIL.

3.  On behalf of the UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds on or around 25 April 2019, in an action against The Kraft Heinz Company ("Kraft"); (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Kraft. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIL.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17ᵗʰ day of ___April___, 2019 in Luxembourg/Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

_____
Giavanni Gay
Member of the Board

_____
Maria Löwenbrück
Member of the Board

For Union Asset Management Holding AG (Assignee):

_____
Dr. Carsten Fischer
General Counsel

_____
Jochen Riechwald
Counsel

**DECLARATION OF ASSIGNMENT BY**
**UNION INVESTMENT INSTITUTIONAL GMBH**
**TO UNION ASSET MANAGEMENT HOLDING AG**

We, Nikolaus Sillem and Dr. Nicolas Ebhardt, hereby declare as follows:

1.  We are Managing Directors of Union Investment Institutional GmbH ("UIN") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under German law by UIN.

3.  On behalf of the UIN, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds on or around 25 April 2019, in an action against The Kraft Heinz Company ("Kraft"); (b) declaring that UIN will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIN in any and all claims, demands, and causes of action of any kind whatsoever that UIN has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Kraft. Further, UIN hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIN.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2019 in Frankfurt, Germany.

For Union Investment Institutional GmbH (Assignor):

Nikolaus Sillem
Managing Director

Dr. Nicolas Ebhardt
Managing Director

For Union Asset Management Holding AG (Assignee):

Dr. Carsten Fischer
General Counsel

Jochen Riechwald
Counsel

**DECLARATION OF ASSIGNMENT BY**
**UNION INVESTMENT PRIVATFONDS GMBH**
**TO UNION ASSET MANAGEMENT HOLDING AG**

We, Giovanni Gay and FRANK-UWE LIEPE , hereby declare as follows:

1.  We are a Managing Director and an Authorized Representative of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Schedule A (the "Funds") are managed under German law by UIP.

3.  On behalf of the UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for appointment of Union as lead plaintiff on behalf of the Funds on or around 25 April 2019, in an action against The Kraft Heinz Company ("Kraft"); (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase and/or acquisition of the publicly traded securities of Kraft. Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIP.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25ᵗʰ day of ___APRIL___, 2019 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

_____
Giovanni Gay
Managing Director

ppa. _____
FRANK UWE RIEPE
Authorized Representative

For Union Asset Management Holding AG (Assignee):

_____
Dr. Carsten Fischer
General Counsel

_____
Jochen Riechwald
Counsel