# EXHIBIT B

**DECLARATION OF ASSIGNMENT BY
UNION INVESTMENT PRIVATFONDS GMBH
TO UNION ASSET MANAGEMENT HOLDING AG**

We, Dr. Björn Jesch and Dr. Frank Engels, hereby declare as follows:

1.  We are Managing Directors of Union Investment Privatfonds GmbH ("UIP") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Attachment 1 (the "Funds") are managed under German law by UIP.

3.  On behalf of the UIP, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for lead plaintiff on behalf of the Funds on or around 3 January 2017, in an action against Allergan PLC ("Allergan"); (b) declaring that UIP will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIP in any and all claims, demands, and causes of action of any kind whatsoever that UIP has or may have arising from violations of the United States federal securities laws in connection with the purchase of the publicly traded securities of Allergan.  Further, UIP hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Union agrees to remit any proceeds received as a result of this Assignment to UIP.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of ___January___, 2016 in Frankfurt, Germany.

For Union Investment Privatfonds GmbH (Assignor):

_____
Björn Jesch
Managing Director

_____
Dr. Frank Engels
Managing Director

For Union Asset Management Holding AG:

_____
Dr. Carsten Fischer
General Counsel

_____
Mr. Christian Munz
Legal Counsel

**DECLARATION OF ASSIGNMENT BY**
**UNION INVESTMENT LUXEMBOURG S.A.**
**TO UNION ASSET MANAGEMENT HOLDING AG**

We, Maria Löwenbrück and Dr. Joachim von Cornberg, hereby declare as follows:

1.  We are the Managing Directors of Union Investment Luxembourg S.A. ("UIL") and we have personal knowledge of all matters stated herein.

2.  The funds listed in Attachment 1 (the "Funds") are managed under German law by UIL.

3.  On behalf of the UIL, we hereby execute and submit this declaration: (a) authorizing the actions of Union Asset Management Holding AG ("Union") in taking legal action and moving for lead plaintiff on behalf of the Funds on or around 3 January 2017, in an action against Allergan PLC ("Allergan"); (b) declaring that UIL will be bound by the results of the litigation; and (c) assigning, transferring, and setting over to Union all rights, title, and interest of UIL in any and all claims, demands, and causes of action of any kind whatsoever that UIL has or may have arising from violations of the United States federal securities laws in connection with the purchase of the publicly traded securities of Allergan. Further, UIL hereby appoints Union as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Union agrees to remit any proceeds received as a result of this Assignment to UIL.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December, 2016 in Luxembourg, Luxembourg and Frankfurt, Germany.

For Union Investment Luxembourg S.A. (Assignor):

_____
Maria Löwenbrück
Assignor

_____
Dr. Joachim von Cornberg
Assignor

For Union Asset Management Holding AG:

_____
Dr. Carsten Fischer
General Counsel

_____
Mr. Christian Munz
Legal Counsel