# EXHIBIT C

DocuSign Envelope ID: 9B8E462E-C692-4CC8-8F13-9B5D74C7F1D7

## ASSIGNMENT

I, Ailin Liu, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Dong Liu, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Berkeley Lights, Inc. Further, the Assignor hereby appoints Dong Liu as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Dong Liu agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Dong Liu.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this ___2/3/2022___

DocuSigned by:

刘艾琳

DE2DD8D766704BB...

Ailin Liu

DocuSign Envelope ID: 6979E0BC-A87C-470F-A056-B66B04968CC8

# ASSIGNMENT

I, Shunmei Yang, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Dong Liu, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Berkeley Lights, Inc. Further, the Assignor hereby appoints Dong Liu as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Dong Liu agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Dong Liu.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this ___2/3/2022_____

DocuSigned by:

杨顺梅

DE2DD8D766704BB...

Shunmei Yang