# EXHIBIT D

## ASSIGNMENT

I, Annette Kelly, on behalf of Network Computers Inc. Retirement Plan & Trust, the undersigned Assignor ("Assignor"), as duly authorized to act on behalf of the Trust as the Trustee, hereby assigns, transfers, and sets over to Earl Kelly, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase of the publicly traded securities of Hoegh Lng Partners Lp. Further, the Assignor hereby appoints Earl Kelly as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Earl Kelly agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Earl Kelly.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

Signed this 12/24/2021

DocuSigned by:

BD32E5A58CEA433...

Annette Kelly, f/k/a Annette Taylor
Trustee, Network Computers Inc. Retirement Plan & Trust