UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

| | |
|---|---|
| LISA WILEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL (IZZY) DAWOOD,<br><br>Defendants. | 21-cv-10611 (ER) (KHP)<br><br>ORDER CONSOLIDATING RELATED ACTIONS<br><br><br><br>**CLASS ACTION** |
| JOHN PAUL O'BRIEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II, WILLIAM P. FOLEY, II, RICHARD N. MASSEY, BRYAN D. COY, PHILIP MCHUGH, and ISMAIL DAWOOD,<br><br>Defendants. | 22-cv-00567 (ER) (KHP)<br><br>**CLASS ACTION** |

WHEREAS, the above-captioned securities class actions ("Securities Class Actions") have been filed against defendants Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II, Richard N. Massey, Bryan D. Coy, Philip McHugh, Ismail Dawood, and William P. Foley alleging violations of the federal securities laws;

1

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may order all actions consolidated if they involve "common issues of law or fact." Fed. R. Civ. P. 42(a). The Securities Class Actions involve common legal and factual issues; thus, efficiency and consistency will result from their consolidation. *See* Fed. R. Civ. P. 42(a);

IT IS HEREBY ORDERED THAT:

## CONSOLIDATION OF SECURITIES CLASS ACTIONS

1. The Securities Class Actions are consolidated for all purposes including, but not limited to, discovery, pretrial proceedings, and trial proceedings pursuant to Fed. R. Civ. P. 42(a).

## MASTER DOCKET AND CAPTION

2. The docket in case no. 1:21-cv-10611 (ER) (KHP) shall constitute the Master Docket for this action.

3. Every pleading filed in the consolidated action shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE PAYSAFE LIMITED f/k/a FOLEY          Master File No. 1:21-cv-10611 (ER) (KHP)
TRASIMENE ACQUISITION CORP. II
SECURITIES LITIGATION,                     CLASS ACTION
---------------------------------------------------------X
    This Document Relates To:
```

4. The file in civil action no. 1:21-cv-10611 (ER) (KHP) shall constitute a master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

2

5.   All securities class actions subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the date on which a copy of this Order is mailed to the party's counsel.

6.   This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**SO ORDERED.**

Dated: May 5, 2022
     New York, New York

                                         _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge