**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQQUISITION CORP. II SECURITIES LITIGATION, | Master File No. 1:21-cv-10611-ER-KHP |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF CAMPBELL CAPITAL MANAGEMENT INC.'S OBJECTIONS PURSUANT TO FED. R. CIV. P. 72(a) TO MAGISTRATE JUDGE KATHARINE H. PARKER'S OPINION AND ORDER DATED MAY 10, 2022 APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Campbell Capital Management Inc. ("CCM").  I make this declaration in support of CCM's Objections Pursuant to Fed. R. Civ. P. 72(a) to Magistrate Judge Katharine H. Parker's Opinion and Order Dated May 10, 2022 Appointing Lead Plaintiffs and Approving Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy the transcript of the initial pretrial conference and oral argument held on May 5, 2022 before Magistrate Judge Katharine H. Parker.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 24th day of May 2022.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 24, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 24, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh