**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II SECURITIES LITIGATION | Master File No. 1:21-cv-10611 (ER) (KHP)<br><br>CLASS ACTION |

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO CAMPBELL CAPITAL MANAGEMENT INC.'S OBJECTIONS PURSUANT TO FED. R. CIV. P. 72(a) TO MAGISTRATE JUDGE KATHARINE H. PARKER'S OPINION AND ORDER DATED MAY 10, 2022 APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD COUNSEL**

I, Naumon A. Amjed, declare as follows:

1.      I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP. I submit this Declaration in support of Court-appointed Lead Plaintiff Robert J. Viani and Eric C. Price, as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015's memorandum of law in opposition to Campbell Capital Management Inc.'s ("CCM") objections to Magistrate Judge Katharine H. Parker's May 10, 2022 Opinion and Order.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sample list of cases in which counsel for CCM has moved on behalf of groups of apparently unrelated investors since 2019; and

Exhibit B:    *Sokolow v. LJM Funds Mgmt., Ltd.*, No. 1:18-cv-01039-RMD (N.D. Ill. May 1, 2018), ECF No. 103.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of June 2022.

*S/ Naumon A. Amjed*
Naumon A. Amjed

1