# **EXHIBIT A**

| Case | Description of Group |
|---|---|
| *Miller v. Sonus Networks, Inc.*, No. 18-cv-12344 (D. Mass. Jan. 7, 2019), ECF No. 9 | Two unrelated group members |
| *Lai v. PPDAI Grp. Inc.*, No. 18-cv-06716 (E.D.N.Y. Jan. 25, 2019), ECF No. 12 | Two unrelated group members |
| *In re Aphria, Inc. Sec. Litig.*, No. 18-cv-11376 (S.D.N.Y. Feb. 4, 2019), ECF No. 33 | Five group members; three members had a pre-litigation relationship with each other but not with the other two members |
| *Reiner v. Teladoc Health, Inc.*, No. 18-cv-11603 (S.D.N.Y. Feb. 11, 2019), ECF No. 15 | Three unrelated group members |
| *Lewis v. YRC Worldwide Inc.*, No. 19-cv-00001 (N.D.N.Y. Mar. 4, 2019), ECF No. 9 | Five unrelated group members |
| *Police & Fire Ret. Sys. of City of Detroit v. Axogen, Inc.*, No. 19-cv-00069 (M.D. Fla. Mar. 11, 2019), ECF No. 27 | Three unrelated group members |
| *In re Markel Corp. Sec. Litig.*, No. 19-cv-00319 (S.D.N.Y. Mar. 12, 2019), ECF No. 10 | Four unrelated group members |
| *Ito-Stone v. DBV Techs. S.A*, No. 19-cv-00525 (D.N.J. Mar. 18, 2019), ECF No. 5 | Two unrelated group members |
| *In re Micron Techs., Inc. Sec. Litig.*, No. 19-cv-00678 (S.D.N.Y. Mar. 25, 2019), ECF No. 27 | Two unrelated group members |
| *Karinski v. Stamps.com, Inc.*, No. 19-cv-01828 (C.D. Cal. Apr. 29, 2019), ECF No. 17 | Two unrelated group members |
| *Wyatt v. Mattel, Inc.*, No. 19-cv-01646 (C.D. Cal. May 6, 2019), ECF No. 9 | Two unrelated group members |
| *In re Inogen, Inc. Sec. Litig.*, No. 19-cv-01643 (C.D. Cal. May 6, 2019), ECF No. 40 | Four group members; two members had a pre-litigation relationship with each other but not with the other two members |
| *Carbone v. Amyris*, No. 19-cv-01765 (N.D. Cal. June 3, 2019), ECF No. 13 | Three unrelated group members |
| *In re Eventbrite, Inc. Sec. Litig.*, No. 19-cv-02019 (N.D. Cal. June 14, 2019), ECF No. 12 | Three unrelated group members |
| *May v. KushCo Holdings, Inc.*, No. 19-cv-00798 (C.D. Cal. July 1, 2019), ECF No. 32 | Three unrelated group members |

| Case | Description of Group |
|---|---|
| *Burr v. Equity Bancshares, Inc.*, No. 19-cv-4346 (S.D.N.Y. July 12, 2019), ECF No. 14 | Two unrelated group members |
| *In re CBL & Assocs. Props. Sec. Litig.*, No. 19-cv-00149 (E.D. Tenn. July 16, 2019), ECF No. 20 | Three unrelated group members |
| *In re RCI Hospitality Holdings, Inc. Sec. Litig.*, No. 19-cv-01841 (S.D. Tex. July 22, 2019), ECF No. 10 | Five unrelated group members |
| *Nikolov v. Livent Corp.*, No. 19-cv-02218 (E.D. Pa. July 22, 2019), ECF No. 7 | Three unrelated group members |
| *Derr v. Ra Medical Sys., Inc.*, No. 19-cv-01079 (S.D. Cal. Aug. 9, 2019), ECF No. 4 | Two unrelated group members |
| *In re Greenlane Holdings, Inc. Sec. Litig.*, No. 19-cv-81259 (S.D. Fla. Nov. 12, 2019), ECF No. 26 | Four unrelated group members |
| *Miller v. Cadence Bancorporation*, No. 19-cv-03492 (S.D. Tex. Nov. 15, 2019), ECF No. 17 | Two unrelated group members |
| *In re Overstock Sec. Litig.*, No. 19-cv-00709 (D. Utah Nov. 26, 2019), ECF No. 9 | Two unrelated group members |
| *Welch v. Meux*, No. 19-cv-01260 (W.D. La. Nov. 26, 2019), ECF No. 16 | Two unrelated group members |
| *Sterrett v. Sonim Techs., Inc.*, No. 19-cv-06416 (N.D. Cal. Dec. 6, 2019), ECF No. 30 | Two unrelated group members |
| *In re Hexo Corp. Sec. Litig.*, No. 19-cv-10965 (S.D.N.Y. Jan. 27, 2020), ECF No. 36 | Two unrelated group members |
| *In re Baozun Sec. Litig.*, No. 19-cv-11290 (S.D.N.Y. Feb. 10, 2020), ECF No. 22 | Three unrelated group members |
| *Feierstein v. Correvio Pharma Corp.*, No. 19-cv-11361 (S.D.N.Y. Feb. 10, 2020), ECF No. 12 | Three group members; two had a pre-litigation relationship with each other but not with the third member |
| *In re Luckin Coffee Inc. Sec. Litig.*, No. 20-cv-01293 (S.D.N.Y. Apr. 13, 2020), ECF No. 32 | Four unrelated group members |
| *Kasilingam v. Tilray, Inc.*, No. 20-cv-03459 (S.D.N.Y. May 5, 2020), ECF No. 36 | Two unrelated group members |
| *Yannes v. SCWorx Corp.*, No. 20-cv-03349 (S.D.N.Y. June 29, 2020), ECF No. 19 | Five group members; two had a pre-litigation relationship with each other but no apparent relationship with the other three |

| Case | Description of Group |
|---|---|
| *Schulze v. Hallmark Fin. Servs., Inc.*, No. 20-cv-01130 (N.D. Tex. July 6, 2020), ECF No. 12 | Two unrelated group members |
| *In re U.S. Oil Fund, LP Sec. Litig.*, No. 20-cv-04740 (S.D.N.Y. Aug. 18, 2020), ECF No. 32 | Two unrelated group members |
| *In re Cheetah Mobile, Inc. Sec. Litig.*, No. 20-cv-05696 (C.D. Cal. Aug. 25, 2020), ECF No. 20 | Two unrelated group members |
| *Kornecki v. Airbus SE*, No. 20-cv-10084 (D.N.J. Oct. 5, 2020), ECF No. 12 | Two unrelated group members |
| *In re Alteryx, Inc. Sec. Litig.*, No. 20-cv-01540 (C.D. Cal. Oct. 19, 2020), ECF No. 17 | Three unrelated group members |
| *In re STAAR Surgical Co. Sec. Litig.*, No. 20-cv-01533 (C.D. Cal. Oct. 19, 2020), ECF No. 26 | Two unrelated group members |
| *White v. Nano-X Imaging LTD*, No. 20-cv-04355 (E.D.N.Y. Nov. 16, 2020), ECF No. 15 | Two unrelated group members |
| *Bond v. Clover Health Invs., Corp.*, No. 21-cv-00096 (M.D. Tenn. Apr. 6, 2021), ECF No. 27 | Two unrelated group members |
| *Teifke v. Ebix, Inc.*, No. 21-cv-01589 (S.D.N.Y. Apr. 23, 2021), ECF No. 8 | Two unrelated group members |
| *Moradpour v. Velodyne Lidar, Inc.*, No. 21-cv-1486 (N.D. Cal. May 3, 2021), ECF No. 30 | Four unrelated group members |
| *Beltran v. SOS Ltd.*, No. 21-cv-07454 (D.N.J. June 1, 2021), ECF No. 8 | Two unrelated group members |
| *In re Danimer Sci., Inc. Sec. Litig.*, No. 21-cv-02708 (E.D.N.Y. July 13, 2021), ECF No. 17 | Four group members; two pairs of members had pre-litigation relationships but not with the other pair |
| *In re Sesen Bio, Inc. Sec. Litig.,* No. 21-cv-07025 (S.D.N.Y. Oct. 18, 2021), ECF No. 31 | Four group members; only two had a pre-litigation relationship |
| *Hoang v. ContextLogic, Inc.*, No. 21-cv-03930 (N.D. Cal. Nov. 24, 2021), ECF No. 27 | Two unrelated group members |
| *El Paso Firemen & Policemen's Pension Fund v. Innovage Holding Corp.*, No. 21-cv-02770 (D. Colo. Dec. 13, 2021), ECF No. 8 | Two unrelated group members |