**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYSAFE LIMITED f/k/a FOLEY TRASIMENE ACQUISITION CORP. II SECURITIES LITIGATION | Master File No. 1:21-cv-10611(ER)(KHP) |

**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Lead Plaintiff Robert J. Viani ("Mr. Viani") and Eric C. Price ("Mr. Price"), as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015, respectfully submits this Notice of Supplemental Authority to apprise the Court of the recent decision denying a motion for reconsideration of the Honorable Alvin K. Hellerstein's prior order appointing a group of investors as lead plaintiff in *In re Sesen Bio, Inc. Sec. Litig.*, 21 Civ. 7025 (AKH) (S.D.N.Y. Aug. 31, 2022), ECF No. 90 (the "*Sesen Bio* Order," attached hereto as Exhibit A).  In denying reconsideration, the *Sesen Bio* Order specifically relies on Magistrate Judge Katharine H. Parker's Opinion and Order (ECF No. 67) in this litigation.  *See* Ex. A at 5.

The *Sesen Bio* Order denying reconsideration and maintaining the appointment of a group of investors as lead plaintiff is relevant to Campbell Capital Management Inc.'s ("CCM") objections (ECF No. 72, the "Objections") to the Opinion and Order appointing Mr. Viani and Mr. Price jointly as Lead Plaintiff in this litigation.

As an initial matter, contrary to the positon taken by CCM before this Court, the lead plaintiff group appointed in *Sesen Bio*—which is represented by CCM's counsel, Glancy Prongay & Murray LLP—argued that "the PSLRA permits a 'group of persons' to serve as lead plaintiff, ***without qualification***." *In re Sesen Bio, Inc. Sec. Litig.*, No. 1:21-cv-07025-AKH (S.D.N.Y. Nov. 15, 2021), ECF No. 58 at 5 (emphasis added) (attached hereto as Exhibit B).  Further, in concluding that the lead plaintiff group's submission of a joint declaration "is more than sufficient to satisfy the typicality and adequacy requirements of Rule 23," Judge Hellerstein ***expressly relied*** upon Magistrate Judge Parker's Opinion and Order "appointing multiple class members as lead plaintiffs where affidavits evinced a lack of a conflict[] and an ability to pursue the class claims." Ex. A at 5 (citing *In re Paysafe Ltd.*, 2022 WL 1471122, at *7 (S.D.N.Y. May 10, 2022)).  Judge Hellerstein's reliance on Magistrate Judge Parker's analysis further undermines CCM's incorrect

1

claim that the Opinion and Order "misapplies the relevant caselaw in this District." Objections at 6. Rather, Judge Hellerstein's reliance on the Opinion and Order confirms that Magistrate Judge Parker's application of the law to the evidence in this litigation is entirely consistent with the law in this District. In fact, the scrutiny applied to Mr. Viani and Mr. Price in the Opinion and Order far exceeds the permissive "without qualification" standard for appointment of groups that was advanced by CCM's counsel before Judge Hellerstein.

Accordingly, Lead Plaintiff respectfully requests that the Court reject CCM's Objections to the Opinion and Order.

Dated: September 2, 2022

Respectfully submitted,

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**

*S/ Naumon A. Amjed*
Naumon A. Amjed
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Lead Plaintiff Robert J. Viani and Eric C. Price, as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015, and Lead Counsel for the Class*

2