**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE PAYSAFE LIMITED f/k/a FOLEY
TRASIMENE ACQUISITION CORP. II
SECURITIES LITIGATION

Master File No. 1:21-cv-10611(ER)(KHP)

---

**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Lead Plaintiff Robert J. Viani ("Mr. Viani") and Eric C. Price ("Mr. Price"), as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015, respectfully submits this Notice of Supplemental Authority to apprise the Court of the recent decision from the Hon. Charles R. Breyer appointing a group of individual investors as lead plaintiff in *Pampena v. Musk*, No. 22-cv-05937-CRB, 2023 U.S. Dist. LEXIS 71169 (N.D. Cal. Apr. 24, 2023) (attached hereto as Exhibit A). Judge Breyer's ruling in *Musk* is relevant to Campbell Capital Management Inc.'s ("CCM") objections (ECF No. 72, the "Objections") to Magistrate Judge Parker's Opinion and Order (ECF No. 67) appointing Mr. Viani and Mr. Price jointly as Lead Plaintiff in this litigation.

Specifically, *Musk* confirms that the PSLRA allows for the appointment of a group of investors as lead plaintiff, despite lacking a pre-litigation relationship, if the group provides evidence of its members' ability to "work together effectively." *Musk*, 2023 U.S. Dist. LEXIS 71169, at *11-12. *Musk* also reiterates that mere "misgivings" about how a group of unrelated investors might work together "do not cast genuine and serious doubt on [the] plaintiff's willingness or ability to perform the functions of lead plaintiff." *Id.* at 11 (quoting *In re Mersho*, 6 F.4th 891, 901 (9th Cir. 2021)) (internal quotes omitted and alteration in original).

In appointing a group of investors without a pre-litigation relationship, the *Musk* court rejected a competing movant's argument that the group had "failed to explain whether and how they are able to function together as a cohesive lead plaintiff group." *Id.* The court observed, however, that members of the movant group had "submitted a joint declaration stating that they had initial discussions, understand their responsibilities as lead plaintiff, and 'established protocols to communicate with counsel and with each other.'" *Id.* (citation omitted). On the basis of this joint declaration, which was the only evidence before the court, the *Musk* court held that "the

1

members of the Group can work together effectively" and that the competing movant had failed to demonstrate the group's inadequacy.  *Id.* at \*11-12.

The same is true here.  As Magistrate Judge Parker correctly concluded in the Opinion and Order, Mr. Viani and Mr. Price's joint declaration—which contained the same types of representations made in *Musk*, as well as in many other cases where groups have been appointed as lead plaintiff (including groups represented by CCM's counsel here[1])—demonstrated that Mr. Viani and Mr. Price were fully capable of effectively fulfilling the responsibilities of a lead plaintiff.  Like the competing movant in *Musk*, CCM failed to present any evidence to the contrary, relying only on unsupported and insufficient "'misgivings' about how [Mr. Viani and Mr. Price] would work together."  *Mersho*, 6 F.4th at 901.  Judge Breyer's analysis in *Musk* further demonstrates that Magistrate Judge Parker's Opinion and Order was fully consistent with the case law regularly applied both in this District and throughout the country, and that CCM has failed to meet its "heavy burden" of proving that the Opinion and Order was clearly erroneous or contrary to law.  *See Khatabi v. Bonura*, No. 10 Civ. 1168 (ER), 2017 WL 10621191, at \*3 (S.D.N.Y. Apr. 21, 2017) (Ramos, J.).

Accordingly, Lead Plaintiff respectfully requests that the Court reject CCM's Objections to the Opinion and Order.

Dated:  April 25, 2023

Respectfully submitted,

**KESSLER TOPAZ MELTZER
    & CHECK, LLP**

*S/ Naumon A. Amjed*
Naumon A. Amjed
Ryan T. Degnan

---

[1]     *See* ECF No. 74-1 (listing dozens of cases in which counsel for CCM has sought to represent groups of apparently unrelated investors); ECF No. 76 (explaining that a group of unrelated investors represented by counsel for CCM had recently been appointed lead plaintiff in a decision specifically relying on Magistrate Judge Parker's Opinion and Order).

Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Lead Plaintiff Robert J. Viani and Eric C. Price, as trustee for the Eric C. Price & Kristen B. Hennig-Price Rev. Living Trust UA 05/27/2015, and Lead Counsel for the Class*

3