# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———————

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
212-455-2881

E-mail Address
cwaldman@stblaw.com

October 28, 2024

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square New York, New York 10007

      Re:    *In re Paysafe Limited f/k/a Foley Trasimene Acquisition Corp. II Securities Litigation,* 1:21-cv-10611-ER (S.D.N.Y.)

Dear Judge Ramos:

      We represent Defendant Paysafe Limited, f/k/a Foley Trasimene Acquisition Corp. II (the "Company"), as well as Defendants Phillip McHugh and Ismail Dawood (together with the Company, "Paysafe Defendants") in the above-referenced action. We write on behalf of all Defendants pursuant to Rule 2.D. of this Court's Individual Practices to respectfully request oral argument on the Defendants' motions to dismiss.

      Respectfully submitted,

/s/ *Craig S. Waldman*
Craig S. Waldman

cc:     All Counsel of Record (via ECF)

BEIJING    BOSTON    BRUSSELS    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    TOKYO    WASHINGTON, D.C.