UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYSAFE *f/k/a* FOLEY TRASIMENE ACQUISITION CORP. II SECURITIES LITIGATION, | **ORDER**<br>21-cv-10611 (ER) |

RAMOS, D.J.:

On March 31, 2025, the Court granted the FTAC Defendants' and Paysafe Defendants' motions to dismiss and allowed Plaintiffs to file a second consolidated amended complaint by April 21, 2025. The Court advised that if a second consolidated amended complaint was not filed by April 21, 2025, the case would be closed. Doc. 108. Plaintiffs did not file a second consolidated amended complaint. Accordingly, the Clerk of the Court is directed to close this case.

It is SO ORDERED.

Dated:  October 2, 2025
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.